1  Jeffrey W. Guise (SBN 164,203)
   Peter R. Munson (SBN 193,216)
2  Lorelei P. Westin (SBN 235,833)
   WILSON SONSINI GOODRICH & ROSATI
3  12235 El Camino Real, Ste. 200
   San Diego, California 92130
4  Telephone: (858) 350-2300
   Facsimile: (858) 350-2399
5
   Attorneys for Plaintiff SKINMEDICA, INC.
6

**FILED**

**'09 JAN 22 AM 11: 33**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

*ORIGINAL*

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  SKINMEDICA, INC.,                    )  CASE NO.
                                         )
11            Plaintiff,                 )  **'09 CV 0122 W NLS**
                                         )
12       v.                              )  COMPLAINT FOR PATENT
                                         )  INFRINGEMENT; TRADE SECRET
13  HISTOGEN INC., a Delaware Corporation; )  MISAPPRORIATION; UNFAIR
    HISTOGEN AESTHETICS LLC, a California )  COMPETITION
14  Limited Liability Company; GAIL K.   )
    NAUGHTON, an individual,             )
15                                       )
              Defendants.                )  JURY DEMAND
16  _____ )

17

18

19

20

21

22

23

24

25

26

27

28

1   Plaintiff SKINMEDICA, INC. ("SkinMedica") for its Complaint against Defendants

2   Histogen, Inc., Histogen Aesthetics LLC and Gail K. Naughton (collectively "Defendants")

3   alleges as follows:

**THE PARTIES**

4

5   1.   Plaintiff SkinMedica is a corporation organized and existing under the laws of the

6   State of Delaware with its principal place of business located at 5909 Sea Lion Place, Carlsbad,

7   California.

8   2.   On information and belief, Defendant Histogen, Inc. ("Histogen") is a corporation

9   organized and existing under the laws of the Delaware and doing business within this judicial

10   district.  On information and belief, Histogen maintains a principal office at 9855 Towne Centre

11   Drive, San Diego, California.

12   3.   On information and belief, Defendant Histogen Aesthetics LLC ("Histogen

13   Aesthetics") is a limited liability company organized and existing under the laws of California

14   and doing business within this judicial district.  On information and belief, Histogen Aesthetics

15   maintains a principal office at 9855 Towne Centre Drive, San Diego, California.

16   4.   On information and belief, Defendant Gail K. Naughton ("Naughton") is the

17   Chief Executive Officer and Chairman of the Board for Histogen and Histogen Aesthetics.  On

18   information and belief, Naughton is an individual who may be located for service of process at

19   her place of business.

**JURISDICTION AND VENUE**

20

21   5.   This is a civil action for patent infringement arising under the Patent Laws of the

22   United States, 35 U.S.C. §§ 1 *et seq.*  Subject matter jurisdiction is proper under 28 U.S.C. §§

23   1331 and 1338(a).

24   6.   This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over

25   Plaintiff's claims arising under state law because these claims are so related to Plaintiff's claim

26   under federal law that they form part of the same case or controversy and derive from a common

27   nucleus of operative fact.

28

3567067_3.

COMPLAINT FOR PATENT INFRINGEMENT;                    -1-                    CASE NO:
TRADE SECRET MISAPPROPRIATION; UNFAIR
COMPETITION; JURY DEMAND

7. This Court has personal jurisdiction over each of the Defendants by virtue of, on information and belief, each of the Defendants transacting and doing business in the forum and/or committing acts of patent infringement in the forum.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b) because, on information and belief, each of the Defendants reside in this judicial district and/or patent infringement occurred in this judicial district.

<strong>COMMON ALLEGATIONS</strong>

8. SkinMedica acquired its proprietary and patented nutrient technology, NouriCel®, and associated intellectual property through an Asset Purchase Agreement ("APA"), dated January 6, 2003, with Advanced Tissue Sciences ("ATS").

9. On information and belief, the APA conveyed the Purchased Assets of the agreement to SkinMedica, including the trade secrets and know-how associated with the acquired method patent (the '494 Patent) and its related patent progeny.

10. On information and belief, Defendant Naughton was the co-founder of ATS, and held various positions at ATS, including President, Chief Operating Officer, Chief Scientific Officer, Director and Principal Scientist.

11. On information and belief, Defendant Histogen, Inc. was founded and organized by Defendant Naughton, and launched around or about early 2007.  On information and belief, Histogen's technology involves the culturing of newborn fibroblasts in bioreactors, with the secretion of growth factors and antioxidants into the culture medium.  On information and belief, Histogen harvests the cell culture medium to manufacture its cosmetic and/or aesthetic product lines, including: ReGenica™, a liquid formula containing growth factors and antioxidant proteins; and ExCeltrix™, its human extracellular matrix product.

12. On information and belief, Histogen Aesthetics, LLC is a subsidiary of Histogen, Inc., and was founded and organized by Defendant Naughton and Dr. Lawrence A. Rheins.  On information and belief, Histogen Aesthetics was formed for the purpose of marketing and retailing cosmeticeutical products utilizing Histogen's ReGenica™ product line, including hair, skin and nail care products.  On information and belief, Histogen Aesthetic's product line

1    includes the "ReGenica™ Rejuvenation System", products used in anti-aging and post-

2    procedure, including post-laser, treatment applications.

3                                    **FIRST CLAIM FOR RELIEF**

4          **INFRINGEMENT OF U.S. PATENTS NO. 6,372,494 AND 7,118,746**

5          13.     SkinMedica incorporates by reference its allegations in paragraphs 1 through 12

6    above.

7          14.     On April 16, 2002, United States Patent No. 6,372,494 ("the '494 Patent"),

8    entitled "Methods of Making Conditioned Cell Culture Medium Compositions," was duly and

9    legally issued to Advanced Tissue Sciences, Inc. ("ATS"), as Assignee.  The '494 Patent was

10   subsequently assigned to SkinMedica.  A true and correct copy of the '494 Patent is attached

11   hereto as Exhibit A.

12         15.     SkinMedica is the owner of all right, title and interest in and to the '494 Patent.

13         16.     On October 10, 2006, United States Patent No. 7,118,746 ("the '746 Patent"),

14   entitled "Conditioned Cell Culture Medium Compositions and Methods of Use," was duly and

15   legally issued to SkinMedica, as Assignee.  A true and correct copy of the '746 Patent is attached

16   hereto as Exhibit B.

17         17.     SkinMedica is the owner of all right, title and interest in and to the '746 Patent.

18         18.     On information and belief, each of the Defendants, jointly and/or individually,

19   have infringed and continue to infringe at least one claim of the '494 Patent and/or the '746

20   Patent either directly or indirectly, literally and/or under the doctrine of equivalents.  Each of the

21   Defendants' infringing activity includes, at least, the manufacture and use of the infringing

22   products, the use of infringing methods, and/or inducing and/or contributing to the infringement

23   of the '494 Patent and/or the '746 Patent.

24         19.     On information and belief, each of the Defendants have infringed and continue to

25   infringe one or more claims of the '494 Patent and/or the '746 Patent in violation of 35 U.S.C. §

26   271(a) by directly practicing the claimed methods and/or by directly manufacturing and/or using

27   the claimed pharmaceutical compositions.

28

20.     On information and belief, Histogen and Histogen Aesthetic's Regenica product(s) will be launched in early 2009, and will be available for sale through dermatologist, plastic surgeon and skin specialist offices.

21.     Each of the Defendants' infringement of the '494 Patent and/or '746 Patent has caused and continues to cause damage to SkinMedica in an amount to be determined at trial.

22.     Each of the Defendants' infringement, as alleged herein, will continue to cause immediate and irreparable harm to SkinMedica for which there is no adequate remedy at law, unless this Court enjoins and restrains such activities.

23.     On information and belief, each of the Defendants' infringement of the '494 Patent and/or '746 Patent is willful and deliberate, entitling SkinMedica to enhanced damages pursuant to 35 U.S.C. § 284 and to an award of attorneys' fees and costs incurred in prosecuting this action pursuant to 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF

## MISAPPROPRIATION OF TRADE SECRETS UNDER THE CALIFORNIA UNIFORM TRADE SECRETS ACT

24.     SkinMedica incorporates by reference its allegations in paragraphs 1 through 23 above.

25.     SkinMedica develops, manufactures and markets a range of innovative pharmaceutical and cosmeceutical products for the prevention and treatment of skin disorders, including a full-range of anti-aging products incorporating its proprietary and patented nutrient technology, NouriCel®. NouriCel® is incorporated into its Tissue Nutrient System® (TNS®) line of anti-aging products, including TNS Essential Serum™, TNS Recovery Complex®, TNS Line Refine™ and TNS Regeneration System™. SkinMedica has expended significant resources in acquiring, developing and manufacturing its TNS® line of products, as well as building brand awareness.

26.     On information and belief, after the filing of the applications for each of the '494 and '746 patents, there was continued development of NouriCel® technology, including additional research used in producing SkinMedica's TNS® products, such as the selection,

1   growth and maintenance of cell lines, and other processes used in the development and

2   manufacturing of Nouricel® technology.  On information and belief, this confidential research

3   information was not publicly available, but only existed within the company available through

4   the knowledge and know-how of the employees at ATS that worked on this project.  On

5   information and belief, Defendant Naughton as President, Chief Operating Officer, Chief

6   Scientific Officer, Director and Principal Scientist of ATS had ready access to this confidential

7   information.  On information and belief, Defendant Naughton recruited and hired employees to

8   Histogen and Histogen Aesthetics that possessed this trade secret knowledge.

9        27.     SkinMedica possesses trade secrets and confidential information as defined by

10   California's version of the Uniform Trade Secrets Act, Civil Code §§ 3426-3426.11.  At a high

11   level, these trade secrets and confidential information fall within categories of information

12   relating to the growth and maintenance of cell lines, and the manufacturing of therapeutic

13   compositions.

14        28.     SkinMedica's trade secrets and confidential information derive independent

15   economic value by virtue of not being generally known to third parties, and would be of great

16   value to market competitors such as each of the Defendants.

17        29.     On information and belief, reasonable measures have been taken to maintain the

18   secrecy of these trade secrets and confidential information.

19        30.     On information and belief, SkinMedica's trade secrets were disclosed to

20   defendant Naughton in her capacity as President and Chief Executive Officer of ATS.  On

21   information and belief, Defendant Naughton understood such technical details of the trade

22   secrets, and appreciated the importance of the trade secrets in the development of a competing

23   commercial product.  On information and belief, Defendant Naughton knew or should have

24   known that she was not authorized to use the trade secret information owned by SkinMedica, and

25   subsequently misappropriated SkinMedica's trade secrets and confidential information for use in

26   Dr. Naughton's companies, Histogen and Histogen Aesthetics, both direct competitors of

27   SkinMedica.

28

COMPLAINT FOR PATENT INFRINGEMENT;                    -5-                    CASE NO:
TRADE SECRET MISAPPROPRIATION; UNFAIR
COMPETITION; JURY DEMAND

1    31.    Defendants Histogen, Histogen Aesthetics and Naughton's use of SkinMedica's

2  proprietary and confidential information is a misappropriation or threatened misappropriation of

3  SkinMedica's trade secrets and confidential information.  As a result of Defendants'

4  misappropriation, SkinMedica has been or will be damaged, and defendants Histogen, Histogen

5  Aesthetics and Naughton have been unjustly enriched in an amount to be proved at trial.

6  Additionally, SkinMedica has suffered or will suffer irreparable harm that can only be remedied

7  through equitable relief.

8    32.    Because Defendants Histogen, Histogen Aesthetics and Naughton acted with

9  fraud and/or malice and in conscious disregard of SkinMedica's rights, SkinMedica is entitled to

10  exemplary damages.

11              **THIRD CLAIM FOR RELIEF**

12  **UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE**

13                **§ 17200 *ET SEQ.***

14    33.    SkinMedica incorporates by reference its allegations in paragraphs 1 through 32

15  above.

16    34.    By the acts described above and on information and belief, Defendants have

17  engaged in unlawful and unfair business practices and have performed unfair, deceptive and

18  misleading acts.  Defendants' misappropriation of SkinMedica's valuable trade secrets to further

19  development of a competitive commercial product is unlawful and unfair, and have irreparably

20  injured, and threaten to continue to injure, SkinMedica in its business and property.

21    35.    Defendants' misappropriation of SkinMedica's valuable trade secrets constitute

22  unfair and unlawful business practices under California Business and Professions Code § 17200

23  et seq.

24    36.    As a direct and proximate consequence of Defendants' unlawful and unfair

25  business practices, SkinMedica has suffered and will suffer lost sales, profits and goodwill as a

26  result of Defendants' development and subsequent sales of its commercial products.  SkinMedica

27  has been and will be injured in its efforts to develop future products.  SkinMedica has sustained

28  and will sustain damages, the nature and extent of which cannot presently be determined.

37.     As a consequence, SkinMedica is entitled, under Calif. Bus. & Prof. Code §§ 17200 and 17203, to an injunction and restitution as set forth below.

## FOURTH CLAIM FOR RELIEF

## COMMON LAW UNFAIR COMPETITION

38.     SkinMedica incorporates by reference its allegations in paragraphs 1 through 37 above.

39.     By the acts described above and on information and belief, Defendants have engaged in unfair competition in violation of the common law of the State of California. Defendants' misappropriation of SkinMedica's valuable trade secrets is unfair and unlawful, and constitutes unfair competition in violation of California common law.

40.     Defendants' actions are willful, wanton, malicious and in reckless disregard of the rights of SkinMedica.

41.     As a direct and proximate consequence of Defendants' unfair and unlawful actions, SkinMedica has suffered and will continue to suffer damages, the nature and extent of which cannot presently be determined.

42.     Defendants' acts as described above have greatly and irreparably damaged SkinMedica and is likely to continue to so damage SkinMedica unless enjoined by the Court. SkinMedica is without an adequate remedy at law and is entitled to injunctive relief in addition to damages, in an amount to be proved at trial.

43.     Because Defendants Histogen, Histogen Aesthetics and Naughton acted with fraud and/or malice and in conscious disregard of SkinMedica's rights, SkinMedica is entitled to exemplary damages.

## PRAYER FOR RELIEF

WHEREFORE, SKINMEDICA prays that this Court will:

(a)     Enter judgment that Defendants Histogen, Histogen Aesthetics and Naughton has jointly and individually infringed at least one claim of the '494 Patent and/or the '746 Patent;

1    (b)    Enter judgment that infringement of the '494 Patent and/or the '746 Patent by

2    Defendants Histogen, Histogen Aesthetics and Naughton constitutes willful and deliberate

3    infringement thereof;

4    (c)    Temporarily, preliminarily and permanently enjoin Defendants Histogen, Histogen

5    Aesthetics and Naughton, and its officers, agents, servants, employees subsidiaries, and those

6    persons acting in active concert or participation with Defendants Histogen, Histogen Aesthetics

7    and Naughton, including related individuals and entities, customers, representatives,

8    manufacturers, dealers, and distributors from infringing the '494 Patent and/or the '746 Patent;

9    (d)    Award SkinMedica damages adequate to compensate it for Defendants Histogen,

10   Histogen Aesthetics and Naughton's infringement of the ''494 Patent and/or the '746 Patent,

11   trebled pursuant to 35 U.S.C. § 284, together with interest;

12   (e)    Temporarily, preliminarily and permanently enjoin Defendants Histogen, Histogen

13   Aesthetics and Naughton, and its officers, agents, servants, employees subsidiaries, and those

14   persons acting in active concert or participation with Defendants Histogen, Histogen Aesthetics

15   and Naughton, including related individuals and entities, customers, representatives,

16   manufacturers, dealers, and distributors from misusing SkinMedica's trade secrets or proprietary

17   information, or from developing or offering products incorporating intellectual property that

18   belongs to SkinMedica;

19   (f)    Award SkinMedica amounts by which Defendants were unjustly enriched;

20   (g)    Declare that this is an exceptional case pursuant to 35 U.S.C. § 285 or as otherwise

21   provided by law, and award SkinMedica its attorneys' fees, costs and expense in this action;

22   (h)    Award punitive and exemplary damages to SkinMedica;

23   (i)    Grant such other and further relief as the Court may deem just and proper.

24

25

26

27

28

1

## **DEMAND FOR TRIAL BY JURY**

2    Pursuant to the Federal Rules of Civil Procedure, SkinMedica respectfully demands a

3    trial by jury on all issues so triable.

4

5    Dated:  January 22, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

6

7    By:  *Peter R. Munson*
_____
Peter R. Munson
Attorney for Plaintiff SKINMEDICA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TABLE OF EXHIBITS

EXHIBIT A                                        pgs. 10-27


EXHIBIT B                                        pgs. 28-54

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE SECRET MISAPPROPRIATION; UNFAIR
COMPETITION; JURY DEMAND

US006372494B1

(12) **United States Patent**

Naughton et al.

(10) Patent No.: **US 6,372,494 B1**

(45) Date of Patent: **Apr. 16, 2002**

(54) **METHODS OF MAKING CONDITIONED CELL CULTURE MEDIUM COMPOSITIONS**

(75) Inventors: **Gail K. Naughton; Jonathan N. Mansbridge**, both of La Jolla; **R. Emmett Pinney**, Poway, all of CA (US)

(73) Assignee: **Advanced Tissue Sciences, Inc.**, La Jolla, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/313,538**

(22) Filed: **May 14, 1999**

(51) Int. Cl.$^7$ .............................. C12N 5/00; C12N 5/08

(52) U.S. Cl. ...................... **435/391**; 435/325; 435/304; 435/347; 435/366; 435/368; 435/370; 435/371; 435/372; 435/395; 424/198.1; 424/115; 514/2

(58) Field of Search .............................. 435/70.3, 69.1, 435/69.4, 70.1, 325, 384, 347, 366, 368, 370, 371, 372, 373, 391, 395; 424/198.1, 115; 514/2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,485,096 A | 11/1984 | Bell et al. ...................... | 424/95 |
| 4,963,489 A | 10/1990 | Naughton et al. ....... | 435/240.1 |
| 5,032,508 A | 7/1991 | Naughton et al. ........... | 435/32 |
| 5,229,493 A | 7/1993 | Folkman et al. | |
| 5,474,931 A | 12/1995 | DiSorbo et al. ....... | 435/240.31 |
| 5,478,739 A | 12/1995 | Slivka et al. .......... | 435/240.23 |
| 5,516,532 A | 5/1996 | Atala et al. .................. | 424/548 |
| 5,516,681 A | 5/1996 | Naughton et al. .... | 435/240.243 |
| 5,618,544 A | 4/1997 | Brown ........................ | 424/401 |
| 5,654,381 A | 8/1997 | Hrkach et al. .............. | 525/450 |
| 5,681,748 A | 10/1997 | DiSorbo et al. ........... | 435/404 |
| 5,709,854 A | 1/1998 | Griffith-Cima ........... | 424/93.7 |
| 5,736,372 A | 4/1998 | Vacanti et al. ............. | 435/180 |
| 5,759,830 A | 6/1998 | Vacanti et al. ............. | 435/180 |
| 5,763,267 A | 6/1998 | Kurjan et al. ........... | 435/293.1 |
| 5,770,193 A | 6/1998 | Vacanti et al. ............. | 424/93.7 |
| 5,785,964 A | 7/1998 | Naughton et al. ....... | 424/93.21 |
| 5,830,708 A | 11/1998 | Naughton ................. | 435/70.1 |
| 5,843,766 A | 12/1998 | Applegate et al. ....... | 435/284.1 |
| 5,900,245 A | 5/1999 | Sawhney et al. ........... | 424/426 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 91/16010 | | 10/1991 |
| WO | WO 93/04164 | * | 3/1993 |
| WO | WO 93/17669 | | 9/1993 |
| WO | WO 94/20133 | | 9/1994 |
| WO | WO 94/25080 | | 11/1994 |
| WO | WO 96/18726 | | 6/1996 |
| WO | WO 96/39101 | | 12/1996 |
| WO | WO 96/40174 | | 12/1996 |
| WO | WO 97/21442 | | 6/1997 |
| WO | WO 98/52543 | | 11/1998 |
| WO | WO 00/46349 | | 8/2000 |
| WO | WO 01/14527 | | 3/2001 |

OTHER PUBLICATIONS

Bell, E, et al., "Production of a tissue–like structure by contraction of collagen lattices by human fibroblasts of different proliferative potential in vitro", Proc Natl Acad Sci U S A. Mar. 1979;76(3):1274–8.

*Cell and Tissue Culture: Laboratory Procedures*, pp. 29D:0.1–29D:0.4.

Deuel TF, 1995, "Growth Factors" in *Principles of Tissue Engineering*, Lanza et al. (eds.), Academic Press, pp. 133–142.

Flax JD, et al., "Engraftable human neural stem cells respond to developmental cues, replace neurons, and express foreign genes", Nat Biotechnol. Nov. 1998;16(11):1033–9.

Folkman J and Haudenschild, "Angiogenesis in vitro", Nature. Dec. 11, 1980;288(5791):551–6.

Freshney R.I., "Culture of specific cell types", 1987, in *Culture of Animal Cells. A Manual of Basic Technique*, 2nd Ed., A.R. Liss, Inc., New York, Chp. 20, pp. 257–288.

Frisen J, et al., "Central nervous system stem cells in the embryo and adult", Cell Mol Life Sci. 1998 Sep;54(9):935–45.

GIBCO BRL Products and Reference Guide, 1997–1998.

Goey H, et al., "Inhibition of early murine hemopoietic progenitor cell proliferation after in vivo locoregional administration of transforming growth factor–beta 1", J Immunol. Aug. 1, 1989;143(3):877–80.

Gonzalez–Rubio M, et al., "Oxidative stress induces tyrosine phosphorylation of PDGF alpha–and beta–receptors and pp60c–src in mesangial cells", Kidney Int. Jul. 1996;50(1):164–73.

(List continued on next page.)

Primary Examiner—Lorraine Spector
Assistant Examiner—Eileen B. O'Hara
(74) Attorney, Agent, or Firm—Pennie & Edmonds LLP

(57) **ABSTRACT**

Novel products comprising conditioned cell culture medium compositions and methods of use are described. The conditioned cell medium compositions of the invention may be comprised of any known defined or undefined medium and may be conditioned using any eukaryotic cell type. The medium may be parenchymal by stromal cells, parenchymal cells, mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells and/or embryonic stem cells. Additionally, the cells may be genetically modified. A three-dimensional tissue construct is preferred. Once the cell culture medium of the invention is conditioned, it may be used in any state. Physical embodiments of the conditioned medium include, but are not limited to, liquid or solid, frozen, lyophilized or dried into a powder. Additionally, the medium is formulated with a pharmaceutically acceptable carrier as a vehicle for internal administration, applied directly to a food item or product, formulated with a salve or ointment for topical applications, or, for example, made into or added to surgical glue to accelerate healing of sutures following invasive procedures. Also, the medium may be further processed to concentrate or reduce one or more factors or components contained within the medium.

**11 Claims, No Drawings**

Exhibit A Page _10_

**US 6,372,494 B1**

Page 2

## OTHER PUBLICATIONS

Green and Thomas, "Pattern formation by cultured human epidermal cells: development of curved ridges resembling dermatoglyphs", Science. Jun. 23, 1978;200(4348):1385–8.

Keller and Snodgrass, "Human embryonic stem cells: the future is now", Nat Med. Feb. 1999;5(2):151–2.

Kiely et al., 1993, "Collagen: the collagen family: structure, assembly and organization in the extracellular matrix" in *Connective Tissue and its Heritable Disorders: Genetic and Medical Aspects*, Royce and Steinmann (eds.), Wiley–Liss, Inc., New York, pp. 103–147.

Kruse and Miedema, "Production and characterization of multiple–layered populations of animal cells", J. Cell Biol. Nov. 1965;27(2):273–9.

Matsuda T, et al., "Photoinduced prevention of tissue adhe- sion", ASAIO J. Jul.–Sep. 1992;38(3):M154–7.

Matsuzaki T, et al., "Role of hair papilla cells on induction and regeneration processes of hair follicles", Wound Repair Regen. Nov.–Dec. 1998;6(6):524–30.

Neeman M. et al., "Regulation of angiogenesis by hypoxic stress: from solid tumours to the ovarian follicle", Int J Exp Pathol. Apr. 1997;78(2):57–70.

Noda and Camilliere, "In vivo stimulation of bone formation by transforming growth factor–beta", Endocrinology. Jun. 1989;124(6):2991–4.

Pierce GF, et al., "In vivo incisional wound healing aug- mented by platelet–derived growth factor and recombinant c–sis gene homodimeric proteins", J Exp Med. Mar. 1, 1988;167(3);974–87.

Pietenpol JA, et al., "Transforming growth factor beta 1 suppression of c–myc gene transcription: role in inhibition of keratinocyte proliferation", Proc Natl Acad Sci U S A. May 1990;87(10):3758–62.

Ross R, et al., "A platelet–dependent serum factor that stimulates the proliferation of arterial smooth muscle cells in vitro", Proc Natl Acad Sci U S A. Apr. 1974;71(4):1207–10.

Shamblott MJ, et al., "Derivation of pluripotent stem cells from cultured human primordial germ cells", Proc Natl Acad Sci U S A. Nov. 10, 1998;95(23):13726–31.

Smith A, "Cell therapy: in search of pluripotency", Curr Biol. Nov. 5, 1998;8(22):R802–4.

Sirica AE, et al., "Use of primary cultures of adult rat hepatocytes on collagen gel–nylon mesh to evaluate carci- nogen–induced unscheduled DNA synthesis", Cancer Res. Sep. 1980:40(9):3259–65.

Sirica AE, et al., "Fetal phenotypic expression by adult rat hepatocytes on collagen gel/nylon meshes", Proc Natl Acad Sci U S A. Jan. 1979;76(1):283–7.

Stein I, et al., "Stabilization of vascular endothelial growth factor mRNA by hypoxia and hypoglycemia and coregula- tion with other ischemia–induced genes", Mol Cell Biol. Oct. 1995;15(10):5363–8.

Thomson JA, et al., "Embryonic stem cell lines derived from human blastocysts", Science. Nov. 6, 1998;282(5391):1145–7.

Williams JT, et al., "Cells isolated from adult human skeletal muscle capable of differentiating into multiple mesodermal phenotypes", Am Surg. Jan. 1999;65(1):22–6.

Yang and de Bono, "A new role for vascular endothelial growth factor and fibroblast growth factors: increasing endothelial resistance to oxidative stress", FEBS Lett. Feb. 17, 1997;403(2):139–42.

Yao DL, et al., "Cryogenic spinal cord injury induces astrocytic gene expression of insulin–like growth factor I and insulin–like growth factor binding protein 2 during myelin regeneration", J Neurosci Res. Apr. 1, 1995;40(5):647–59.

Pinney et al., 2000, "Wound healing potential of Demagraft (R) conditioned medium", J. of Invest. Dermatology 114(4): 2000–04, XP000961224.

Pinney et al., 2000, "Human three–dimensional fibroblast cultures express angiogenic activity", J. of Cell. Physiology 183(1).

* cited by examiner

US 6,372,494 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHODS OF MAKING CONDITIONED CELL CULTURE MEDIUM COMPOSITIONS

## 1. INTRODUCTION

The invention relates to compositions comprising cell culture medium conditioned by cells grown in two-dimensional culture (i.e., a monolayer), or in three-dimensional culture. The cells used to condition the medium may be genetically modified to alter the concentration of proteins found in the medium. The conditioned cell medium is processed for uses which include wound applications, cosmetic additives, food supplements, animal feed supplements, culturing cells, pharmaceutical applications, as well as compositions and methods for stimulating hair growth. The invention also relates to compositions containing extracellular matrix proteins and/or other purified protein(s) derived from the conditioned medium.

## 2. BACKGROUND OF THE INVENTION

### 2.1. Conditioned Cell Media

Culture medium compositions typically include essential amino acids, salts, vitamins, minerals, trace metals, sugars, lipids and nucleosides. Cell culture medium attempts to supply the components necessary to meet the nutritional needs required to grow cells in a controlled, artificial and in vitro environment. Nutrient formulations, pH, and osmolarity vary in accordance with parameters such as cell type, cell density, and the culture system employed. Many cell culture medium formulations are documented in the literature and a number of media are commercially available. Once the culture medium is incubated with cells, it is known to those skilled in the art as "spent" or "conditioned medium". Conditioned medium contains many of the original components of the medium, as well as a variety of cellular metabolites and secreted proteins, including, for example, biologically active growth factors, inflammatory mediators and other extracellular proteins. Cell lines grown as a monolayer or on beads, as opposed to cells grown in three-dimensions, lack the cell-cell and cell-matrix interactions characteristic of whole tissue in vivo. Consequently, such cells secrete a variety of cellular metabolites although they do not necessarily secrete these metabolites and secreted proteins at levels that approach physiological levels. Conventional conditioned cell culture medium, medium cultured by cell-lines grown as a monolayer or on beads, is usually discarded or occasionally used in culture manipulations such as reducing cell densities.

### 2.2. Tissue Culture Systems

The majority of vertebrate cell cultures in vitro are grown as monolayers on an artificial substrate bathed in culture medium. The nature of the substrate on which the monolayers grow may be solid, such as plastic, or semisolid gels, such as collagen or agar. Disposable plastics have become the preferred substrate used in modern-day tissue or cell culture.

A few researchers have explored the use of natural substrates related to basement membrane components. Basement membranes comprise a mixture of glycoprotein and proteoglycans that surround most cells in vivo. For example, Reid and Rojkund, 1979, In, *Methods in Enzymology*, Vol. 57, *Cell Culture*, Jakoby & Pasten, eds., New York, Acad. Press, pp. 263–278; Vlodavsky et al., 1980, *Cell* 19:607–617; Yang et al., 1979, *Proc. Natl. Acad. Sci.* USA 76:3401 have used collagen for culturing hepatocytes, epithelial cells and endothelial tissue. Growth of cells on floating collagen (Michalopoulos and Pitot, 1975, Fed. Proc. 34:826) and cellulose nitrate membranes (Savage and Bonney, 1978, *Exp. Cell Res.* 114:307–315) have been used in attempts to promote terminal differentiation. However, prolonged cellular regeneration and the culture of such tissues in such systems has not heretofore been achieved.

Cultures of mouse embryo fibroblasts have been used to enhance growth of cells, particularly at low densities. This effect is thought to be due partly to supplementation of the medium but may also be due to conditioning of the substrate by cell products. In these systems, feeder layers of fibroblasts are grown as confluent monolayers which make the surface suitable for attachment of other cells. For example, the growth of glioma on confluent feeder layers of normal fetal intestine has been reported (Lindsay, 1979, *Nature* 228:80).

While the growth of cells in two dimensions is a convenient method for preparing, observing and studying cells in culture, allowing a high rate of cell proliferation, it lacks characteristic of whole tissue in vivo. In order to study such functional and morphological interactions, a few investigators have explored the use of three-dimensional substrates such as collagen gel (Douglas et al., 1980, *In Vitro* 16:106–112; Yang et al., 1979, *Proc. Natl. Acad. Sci.* 76:3401; Yang et al., 1980, *Proc. Natl. Acad. Sci.* 77:2088–2092; Yang et al., 1981, *Cancer Res.* 41:1021–1027); cellulose sponge, alone (Leighton et al., 1951, *J. Natl. Cancer Inst.* 12:545–561) or collagen coated (Leighton et al., 1968, *Cancer Res.* 28:286–296); a gelatin sponge, Gelfoam (Sorour et al., 1975, *J. Neurosurg.* 43:742–749).

In general, these three-dimensional substrates are inoculated with the cells to be cultured. Many of the cell types have been reported to penetrate the matrix and establish a "tissue-like" histology. For example, three-dimensional collagen gels have been utilized to culture breast epithelium (Yang et al., 1981, *Cancer Res.* 41:1021–1027) and sympathetic neurons (Ebendal, 1976, *Exp. Cell Res.* 98:159–169). Additionally, various attempts have been made to regenerate tissue-like architecture from dispersed monolayer cultures. (Kruse and Miedema, 1965, *J. Cell Biol.* 27:273) reported that perfused monolayers could grow to more than ten cells deep and organoid structures can develop in multilayered cultures if kept supplied with appropriate medium (see also Schneider et al., 1963, *Exp. Cell. Res.* 30:449–459; Bell et al., 1979, *Proc. Natl. Acad. Sci.* USA 76:1274–1279; Green, 1978, *Science* 200:1385–1388). It has been reported that human epidermal keratinocytes may form dermatoglyphs (friction ridges if kept for several weeks without transfer; Folkman and Haudenschild (1980, *Nature* 288:551–556) reported the formation of capillary tubules in cultures of vascular endothelial cells cultured in the presence of endothelial growth factor and medium conditioned by tumor cells; and Sirica et al. (1979, *Proc. Natl. Acad. Sci.* USA 76:283–287; 1980, *Cancer Res.* 40:3259–3267) maintained hepatocytes in primary culture for about 10–13 days on nylon meshes coated with a thin layer of collagen. However, the long term culture and proliferation of cells in such systems has not been achieved.

The establishment of long term culture of tissues such as bone marrow has been attempted. Overall the results were disappointing, in that although a stromal cell layer containing different cell types is rapidly formed, significant hematopoiesis could not be maintained for any real time. (For review see Dexter et al., In *Long Term Bone Marrow Culture*, 1984, Alan R. Liss, Inc., pp. 57–96).

A number of groups have attempted to grow skin and connective tissue in vitro for transplantation in vivo. In one such system, a hydrated bovine collagen lattice forms the

US 6,372,494 B1

3

substrate to which cells, such as fibroblasts are incorporated which results in the contraction of the lattice into tissue (Bell et al., U.S. Pat. No. 4,485,096). In another system, a porous cross-linked collagen sponge is used to culture fibroblast cells (Eisenberg, WO 91/16010). A scaffold composed of synthetic polymers has also been described to control cell growth and proliferation in vitro so that once the fibroblasts begin to grow and attach to the matrix it is transplanted into the patient (Vacanti et al., U.S. Pat. Nos. 5,759,830; 5,770,193; 5,736,372).

Synthetic matrices composed of biodegradable, biocompatible copolymers of polyesters and amino acids have also been designed as scaffolding for cell growth (U.S. Pat. Nos. 5,654,381; 5,709,854). Non-biodegradable scaffolds are likewise capable of supporting cell growth. Three-dimensional cell culture systems have also been designed which are composed of a stromal matrix which supports the growth of cells from any desired tissue into an adult tissue (Naughton et al, U.S. Pat. Nos. 4,721,096 and 5,032,508). Another approach involves slowly polymerizing hydrogels containing large numbers of the desired cell type which harden into a matrix once administered to a patient (U.S. Pat. No. 5,709,854). Extracellular matrix preparations have been designed which are composed of stromal cells which provide a three dimensional cell culture system for a desired cell type which may be injected into the patient for precise placement of the biomaterial (Naughton et al., WO 96/39101).

2.3. Cellular Cytokines and Growth Factors

The secretion of extracellular proteins into conditioned cell media such as growth factors, cytokines, and stress proteins opens new possibilities in the preparation of products for use in a large variety of areas including tissue repair, e.g., in the treatment of wounds and other tissue defects such as cosmetic defects as well as human and animal feed supplements. For example, growth factors are known to play an important role in the wound healing process. In general, it is thought desirable in the treatment of wounds to enhance the supply of growth factors by direct addition of these factors.

Cellular cytokines and growth factors are involved in a number of critical cellular processes including cell proliferation, adhesion, morphologic appearance, differentiation, migration, inflammatory responses, angiogenesis, and cell death. Studies have demonstrated that hypoxic stress and injury to cells induce responses including increased levels of mRNA and proteins corresponding to growth factors such as PDGF (platelet-derived growth factor), VEGF (vascular endothelial growth factor), FGF (fibroblast growth factor), and IGF (insulin-like growth factor) (Gonzalez-Rubio, M. et al., 1996, Kidney Int. 50(1) :164–73; Abramovitch, R. et al., 1997, Int J. Exp. Pathol. 78(2):57–70, Stein, I. et al., 1995, Mol Cell Biol. 15(10) :5363–8; Yang, W. et al., 1997, FEBS Lett. 403(2):139–42; West, N. R. et al., 1995, J. Neurosci. Res. 40(5):647–59).

Growth factors, such as transforming growth factor-β, also known in the art as TGF-β, are induced by certain stress proteins during wound healing. Two known stress proteins are GRP78 and HSP90. These proteins stabilize cellular structures and render the cells resistant to adverse conditions. The TGF-β family of dimeric proteins includes TGF-β1, TGF-β2, and TGF-β3 and regulates the growth and differentiation of many cell types. Furthermore, this family of proteins exhibits a range of biological effects, stimulating the growth of some cell types (Noda et al., 1989, Endocrinology 124:2991–2995) and inhibiting the growth of other cell types (Goey et al., 1989, J. Immunol. 143:877–880;

4

Pietenpol et al., 1990, Proc. Natl. Acad. Sci. USA 87:3758–3762). TGF-β has also been shown to increase the expression of extracellular matrix proteins including collagen and fibronectin (Ignotz et al., 1986, J. Biol. Chem. 261:4337–4345) and to accelerate the healing of wounds (Mustoe et al., 1987, Science 237:1333–1335).

Another, such growth factor is PDGF. PDGF was originally found to be a potent mitogen for mesenchymal-derived cells (Ross R. et al., 1974, Proc. Natl. Acad. Sci. USA 71(4):1207–1210; Kohler N. et al., 1974, Exp. Cell Res. 87:297–301). Further studies have shown that PDGF increases the rate of cellularity and granulation in tissue formation. Wounds treated with PDGF have the appearance of an early stage inflammatory response including an increase in neutrophils and macrophage cell types at the wound site. These wounds also show enhanced fibroblast function (Pierce, G. F. et al., 1988, J. Exp. Med. 167:974–987). Both PDGF and TGF-β have been shown to increase collagen formation, DNA content, and protein levels in animal studies (Grotendorst, G. R. et al., 1985, J. Clin. Invest. 76:2323–2329; Sporn, M. B. et al., 1983, Science (Wash DC) 219:1329). PDGF has been shown to be effective in the treatment of human wounds. In human wounds, PDGF-AA expression is increased within pressure ulcers undergoing healing. The increase of PDGF-AA corresponds to an increase in activated fibroblasts, extracellular matrix deposition, and active vascularization of the wound. Furthermore, such an increase in PDGF-AA is not seen in chronic non-healing wounds (Principles of Tissue Engineering, R. Lanza et al. (eds.), pp. 133–141 (R.G. Landes Co. Texas 1997). A number of other growth factors having the ability to induce angiogenesis and wound healing include VEGF, KGF and basic FGF.

There are currently no simple effective methods or compositions for application containing the variety of cytokines, growth factors or other regulatory proteins found in Applicants' conditioned media.

3. SUMMARY OF THE INVENTION

The Applicants of the present invention have discovered novel conditioned cell culture medium compositions. Additionally, the invention comprises uses for these novel compositions. The invention further comprises compositions containing particular protein products derived from the conditioned cell media of the invention.

The conditioned cell medium compositions of the invention may be comprised of any known defined or undefined medium and may be conditioned using any eukaryotic cell type. The medium may be conditioned by stromal cells, parenchymal cells, mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells, and/or embryonic stem cells. A three-dimensional tissue construct is preferred. The cell type, whether in monolayer or in three-dimensions, will affect the properties of the conditioned medium. For example, a medium conditioned with astrocytes and neuronal cells will elaborate certain characteristic metabolites and proteins so that such a conditioned medium is preferred for certain nerve repair applications, In a preferred embodiment, Applicants' medium is conditioned with a three-dimensional cell and tissue culture. In a preferred embodiment, the medium is conditioned with the stromal cells used in the production of TransCyte™ (Smith & Nephew PLC., United Kingdom). In a highly preferred embodiment, cells of the three-dimensional tissue culture are stromal cells and the tissue culture construct is Dermagraft® (Advanced Tissue Sciences, Inc., La Jolla Calif.) with or without the addition of specific parenchymal cells.

US 6,372,494 B1

5

Such conditioned cell medium provides a unique combination of factors and specified ratios that are different than monolayer cultures and more closely represent those found in vivo. The three-dimensional stromal culture may further be cultured with parenchymal cells such as the cells of the skin, bone, liver, nerve, pancreas, etc., resulting in a conditioned medium containing characteristic extracellular proteins and other metabolites of that tissue type. Additionally, each cell type may also be genetically modified. The genetic modification may be used to alter the concentration of one or more component in the medium such as, for example, to upregulate a protein, to introduce a new protein, or to regulate ion concentration.

Once the cell medium of the invention is conditioned, it may be used in any state. Physical embodiments of the conditioned medium include, but are not limited to, liquid or solid, frozen, lyophilized or dried into a powder. Additionally, the medium may be formulated with a pharmaceutically acceptable carrier as a vehicle for internal administration, applied directly to a food item or product, formulated with a salve or ointment for topical applications, or, for example, made into or added to surgical glue to accelerate healing of sutires following invasive procedures. Also, the medium may be further processed to concentrate or reduce one or more factors or components contained within the medium. For example, the conditioned medium may be enriched with a growth factor by using immunoaffinity chromatography.

In one embodiment, the conditioned medium of the invention is used in wound healing. Examples include, but are not limited to, applying the conditioned cell medium to the gauze of a bandage (adhesive or non-adhesive) and used in topical applications to promote and/or accelerate wound healing. Again, the conditioned medium may be processed to concentrate or reduce one or more components to enhance wound healing. The compositions may be lyophilized/freeze-dried and added as a wound filler or added to existing wound filling compositions to accelerate wound healing. Alternatively, the medium may be added to a hydrogel composition and used as a film for topical wound treatments and anti-adhesion applications. The medium compositions of the invention may be conditioned with cells which express gene products with improved wound-healing properties; i.e., engineered cells which express gene products that have anti-scarring properties.

In another embodiment, the conditioned cell medium formulations of the invention are used to correct congenital anomalies and acquired physical defects. Further, formulations in the form of injectables or hydrogels may be used to eliminate wrinkles, frown lines, scarring and to repair other skin conditions. In another embodiment, the conditioned cell medium may also be added to eye shadow, pancake makeup, compacts or other cosmetics.

In yet another embodiment, the conditioned cell media formulations of the invention are used as food additives and dictary supplements. The conditioned medium contains a multitude of nutrients including essential amino acids, vitamins, and minerals. The conditioned cell media of the invention may be concentrated and/or lyophilized, for example, and are preferably administered in capsules or tablets for ingestion. Additionally, the compositions can also be added directly to food to enhance its nutritional content.

In a further embodiment, the compositions may be used as a supplement to animal feed as it contains a variety of proteins vitamins, antibiotics, polysaccharides and other factors beneficial for raising cattle and other ruminant animals.

6

In yet another embodiment of the invention, the compositions of the invention may be used to culture cells. The conditioned cell media of the invention contains factors useful in promoting cell attachment and growth. Further, the cell medium may be conditioned by cells which are genetically engineered and which may, for example, contain increased fibronective or collagen concentrations beneficial in promoting cell attachment to a scaffold or culture surface.

In an additional embodiment of the invention, the conditioned cell medium compositions of the invention are used for pharmaceutical applications. The invention comprises cell media cultured with three-dimensional tissue constructs, such that, growth factors and other proteins are secreted into the medium at ratios closely resembling those found in vivo. As such, the conditioned media of the invention is beneficial for a variety of pharmaceutical applications.

Lastly, the compositions of the invention may be formulated for topical applications for stimulating hair growth.

3.1. Definitions

The following terms used herein shall have the meanings indicated:

Adherent Layer: cells attached directly to the three-dimensional support or connected indirectly by attachment to cells that are themselves attached directly to the support.

Conditioned Media: a formulation containing extracellular protein(s) and cellular metabolites, which has previously supported the growth of any desired eukaryotic cell type, said cells having been cultured in either, two or three dimensions. Also called "Conditioned Cell Media" or "Conditioned Cell and Tissue Culture Media".

Stromal Cells: fibroblasts with or without other cells and/or elements found in loose connective tissue, including but not limited to, endothelial cells, pericytes, macrophages, monocytes, plasma cells, mast cells, adipocytes, mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells, chondrocytes, prechondrocytes, etc.

Tissue-Specific or Parenchymal Cells: the cells which form the essential and distinctive tissue of an organ as distinguished from its supportive framework.

Three-Dimensional Framework: a three-dimensional scaffold composed of any material and/or shape that (a) allows cells to attach to it (or can be modified to allow cells to attach to it); and (b) allows cells to grow in more than one layer. This support is inoculated with stromal cells to form the living three-dimensional stromal tissue. The structure of the framework can include a mesh, a sponge or can be formed from a hydrogel.

Three-Dimensional Stromal Tissue or Living Stromal Matrix; a three-dimensional framework which has been inoculated with stromal cells that are grown on the support. The extracellular matrix proteins elaborated by the stromal cells are deposited onto the framework, thus forming a living stromal tissue. The living stromal tissue can support the growth of tissue-specific cells later inoculated to form the three-dimensional cell culture.

Tissue-Specific Three-Dimensional Cell Culture or Tissue-Specific Three-Dimensional Construct: a three-dimensional living stromal tissue which has been inoculated with tissue-specific cells and cultured. In general, the tissue specific cells used to inoculate the three-dimensional stromal matrix should include the "stem" cells (or "reserve" cells) for that tissue; i.e., those cells which generate new cells that will mature into the specialized cells that form the parenchyma of the tissue.

US 6,372,494 B1

**7**

The following abbreviations shall have the meanings indicated:

BFU-E=burst-forming unit-erythroid

CFU-C=colony forming, unit-culture

CFU-GEMM=colony forming unit-granuloid, erythroid, monocyte, megakaryocyte

EDTA=ethylene diamine tetraacetic acid

FBS=fetal bovine serum

HBSS=Hank's balanced salt solution

HS=horse serum

LTBMC=long term bone marrow culture

MEM=minimal essential medium

PBL=peripheral blood leukocytes

PBS=phosphate buffered saline

RPMI 1640=Roswell Park Memorial Institute medium number 1640 (GIBCO, Inc., Grand Island, N.Y.)

SEM=scanning electron microscopy

## 4. DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to novel compositions comprising any conditioned defined or undefined medium, cultured using any eukaryotic cell type or three-dimensional tissue construct and methods for using the compositions. The cells are cultured in monolayer, beads (i.e., two-dimensions) or, preferably, in three-dimensions. The cells are preferably human to reduce the risk of an immune response and include stromal cells, parenchymal cells, mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells and/or embryonic stem cells. Medium conditioned by cell and tissue cultures will contain a variety of naturally secreted proteins, such as biologically active growth factors and those cultured in three-dimensions will have these proteins in ratios approaching physiological levels. The invention also relates to novel compositions comprising products derived from the conditioned cell media and uses for these compositions.

The "pre-conditioned" cell culture medium may be any cell culture medium which adequately addresses the nutritional needs of the cells being cultured. Examples of cell media include, but are not limited to Dulbecco's Modified Eagle's Medium (DMEM), Ham's F12, RPMI 1640, Iscove's, McCoy's and other media formulations readily apparent to those skilled in the art, including those found in *Methods For Preparation of Media, Supplements and Substrate For Serum-Free Animal Cell Culture* Alan R. Liss, New York (1984) and *Cell & Tissue Culture: Laboratory Procedures*, John Wiley & Sons Ltd., Chichester, England 1996, both of which are incorporated by reference herein in their entirety. The medium may be supplemented, with any components necessary to support the desired cell or tissue culture. Additionally serum, such as bovine serum, which is a complex solution of albumins, globulins, growth promoters and growth inhibitors may be added if desired. The serum should be pathogen free and carefully screened for mycoplasma bacterial, fungal, and viral contamination. Also, the serum should generally be obtained from the United States and not obtained from countries where indigenous livestock carry transmittable agents. Hormone addition into the medium may or may not be desired.

Other ingredients, such as vitamins, growth and attachment factors, proteins etc., can be selected by those of skill in the art in accordance with his or her particular need. The present invention may use any cell type appropriate to

**8**

achieve the desired conditioned medium. Genetically engineered cells may be used to culture the media. Such cells can be modified, for example, to express a desired protein or proteins so that the concentration of the expressed protein or proteins in the medium is optimized for the particular desired application. In accordance with the present invention, the cells and tissue cultures used to condition the medium may be engineered to express a target gene product which may impart a wide variety of functions, including but not limited to, improved properties in expressing proteins resembling physiological reactions, increased expression of a particular protein useful for a specific application, such as wound healing or inhibiting certain proteins such as proteases, lactic acid, etc.

The cells may be engineered to express a target gene product which is biologically active which provides a chosen biological function, which acts as a reporter of a chosen physiological condition, which augments deficient or defective expression of a gene product, or which provides an anti-viral, anti-bacterial, anti-microbial, or anti-cancer activity. In accordance with the present invention, the target gene product may be a peptide or protein, such as an enzyme, hormone, cytokine, antigen, or antibody, a regulatory protein, such as a transcription factor or DNA binding protein, a structural protein, such as a cell surface protein, or the target gene product may be a nucleic acid such as a ribosome or antisense molecule. The target gene products include, but are not limited to, gene products which enhance cell growth. For example, the genetic modification may upregulate an endogenous protein, introduce a new protein or regulate ion concentration by expressing a heterologous ion channel or altering endogenous ion channel function. Examples include, but are not limited to engineered tissues that express gene products which are delivered systemically (e.g., secreted gene products such as proteins including growth factors, hormones, Factor VIII, Factor IX, neurotransmitters, and enkaphalins).

In the present invention, it is preferred that the cells are grown on a three-dimensional stromal support and grow in multiple layers, forming a cellular matrix. This matrix system approaches physiologic conditions found in vivo to a greater degree than previously described monolayer tissue culture systems. Three-dimensional cultures, such as Dermagraft® (Advanced Tissue Sciences, Inc., La Jolla, Calif.) and TransCyte™ (Smith & Nephew, PLC, United Kingdom) produce numerous growth factors and other proteins that are secreted into the medium at physiological ratios and concentrations. Dermagraft® is composed of allogeneic neonatal fibroblasts cultured on biodegradable polyglactin. TransCyte™ is a temporary living skin replacement comprising a three-dimensional stromal tissue bonded to a transitional covering as described in U.S. Pat. No. 5,460,939. Additionally, the three-dimensional tissue cultures which condition the cell media may contain mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells, and/or embryonic stem cells and/or parenchymal cells and/or parenchymal stem cells found in many tissue types, including but not limited to bone marrow, skin, liver, pancreas, kidney, adrenal and neurologic tissue, as well as tissues of the gastrointestinal and genitourinary tracts, and the circulatory system. See U.S. Pat. Nos. 4,721,096; 4,963,489; 5,032,508; 5,266,480; 5,160,490; and 5,559,022, each of which is incorporated by reference herein in their entirety.

### 4.1. Cell Media

Cell culture media formulations are well known in the literature and many are commercially available.

Preconditioned media ingredients include, but are not limited to those described below. Additionally, the concen-

US 6,372,494 B1

9

tration of the ingredients are well known to one of ordinary skill in the art. See, for example, *Methods For Preparation Of Media, Supplements and Substrate for Serum-free Animal Cell Cultures, supra*. The ingredients include amino-acids (both D and/or L-amino acids) such as glutamine, alanine, arginine, asparagine, cystine, glutamic acid, glycine, histidine, isoleucine, leucine, lysine, methionine, phenylalanine, proline, serine, threonine, tryptophan, tyrosine, and valine and their derivatives; acid soluble subgroups such as thiamine, ascorbic acid, ferric compounds, ferrous compounds, purines, glutathione and monobasic sodium phosphates.

Additional ingredients include sugars, deoxyribose, ribose, nucleosides, water soluble vitamins, riboflavin, salts, trace metals, lipids, acetate salts, phosphate salts, HEPES, phenol red, pyruvate salts and buffers.

Other ingredients often used in media formulations include fat soluble vitamins (including A, D, E and K) steroids and their derivatives, cholesterol, fatty acids and lipids Tween 80, 2-mercaptoethanol pyramidines as well as a variety of supplements including serum (fetal, horse, calf, etc.), proteins (Insulin, transferrin, growth factors, hormones, etc.) antibiotics (gentamicin, penicilin, streptomycin, amphotericin B, etc.) whole egg ultra filtrate, and attachment factors (fibronectins, vitronectins, collagens, laminins, tenascins, etc.).

Of course, the media may or may not need to be supplemented with growth factors and other proteins such as attachment factors since many of the cell constructs, particularly the three-dimensional cell and tissue culture constructs described in this application themselves elaborate such growth and attachment factors and other products into the media as discussed in greater detail infra, Section 5.8.

4.2. The Cell Cultures

4.2.1. The Cells

The medium may be conditioned by stromal cells, parenchymal cells, mesenchymal stem cells (lineage committed or uncommitted progenitor cells), liver reserve cells, neural stem cells, pancreatic stem cells, and/or embryonic stem cells. The cells may include, but are not limited to, bone marrow, skin, liver, pancreas, kidney, neurological tissue, adrenal gland, mucosal epithelium, and smooth muscle, to name but a few. The fibroblasts and fibroblast-like cells and other cells and/or elements that comprise the stroma may be fetal or adult in origin, and may be derived from convenient sources such as skin, liver, pancreas, mucosa, arteries, veins, umbilical cord, and placental tissues, etc. Such tissues and/or organs can be obtained by appropriate biopsy or upon autopsy. In fact, cadaver organs may be used to provide a generous supply of stromal cells and elements.

Embryonic stem cells and/or other elements that comprise the stroma may be isolated using methods known in the art. For instance, recently human embryonic stem cell populations and methods for isolating and using these cells have been reported in Keller et al., *Nature Med.*, 5:151–152 (1999), *Smith Curr. Biol.* 8:R802–804 (1998); isolated from primordial germ cells, Shamblatt et al., *PNAS* 95:13726–1373 (1998), isolated from blastocytes Thomason et al., *Science* 282:1145–1147 (1988). The isolation and culture of mesenchymal stem cells are known in the art. See Mackay et al., *Tissue Eng.* 4:415–428 (1988); William et al., *Am Surg.* 65:22–26 (1999). Inoculation of these cells is described infra, in Section 5.3. Likewise, neural stem cells may be isolated in the manner described in Flax et al., *Nature Biotechnol.*, 16:1033–1039 (1998); and Frisen et al., *Cell. Mol. Life Sci.*, 54:935–945 (1998).

The cells may be cultured in any manner known in the art including in monolayer, beads or in three-dimensions and by

10

any means (i.e., culture dish, roller bottle, a continuous flow system, etc.). Methods of cell and tissue culturing are well known in the art, and are described, for example, in *Cell & Tissue Culture: Laboratory Procedures*, supra; Freshney (1987), *Culture of Animal Cells: A Manual of Basic Techniques*, infra.

In general, the cell lines utilized are carefully screened for human and animal pathogens. Depending upon the application, such screening may be of critical importance where only pathogen free cells are acceptable (e.g., for wound healing, food additives, etc.) Methods of screening for pathogens are well known in the art. The cell type, whether cultured in two-dimensions or three-dimensions, will affect the properties of the conditioned medium. A three-dimensional construct is preferred.

4.2.2. Three-dimensional Cell Cultures

The stromal cells used in the three-dimensional cultures comprise fibroblasts, mesenchymal stem cells, liver reserve cells, neural stem cells, pancreatic stem cells, and/or embryonic stem cells with or without additional cells and/or elements described more fully herein.

Fibroblasts will support the growth of many different cells and tissues in the three-dimensional culture system, and, therefore, can be inoculated onto the matrix to form a "generic" stromal support matrix for culturing any of a variety of cells and tissues. However, in certain instances, it may be preferable to use a "specific" rather than "generic" stromal support matrix, in which case stromal cells and elements can be obtained from a particular tissue, organ, or individual. Moreover, fibroblasts and other stromal cells and/or elements may be derived from the same type of tissue to be cultured in the three-dimensional system. This might be advantageous when culturing tissues in which specialized stromal cells may play particular structural/functional roles; e.g., smooth muscle cells of arteries, glial cells of neurological tissue, Kupffer cells of liver, etc.

Once inoculated onto the three-dimensional support, the stromal cells will proliferate on the framework and deposit the connective tissue proteins naturally secreted by the stromal cells such as growth factors, regulatory factors and extracellular matrix proteins. The stromal cells and their naturally secreted connective tissue proteins substantially envelop the framework thus forming the living stromal tissue which will support the growth of tissue-specific cells inoculated into the three-dimensional culture system of the invention. In fact, when inoculated with the tissue-specific cells, the three-dimensional stromal tissue will sustain active proliferation of the culture for long periods of time. Importantly, because openings in the mesh permit the exit of stromal cells in culture, confluent stromal cultures do not exhibit contact inhibition, and the stromal cells continue to grow, divide, and remain functionally active.

Growth and regulatory factors are elaborated by the stromal tissue into the media. Growth factors (for example, but not limited to, αFGF, βFGF, insulin growth factor or TGF-betas); or natural or modified blood products or other bioactive biological molecules (for example, but not limited to, hyaluronic acid or hormones), enhance the colonization of the three-dimensional framework or scaffolding and condition the culture media.

The extent to which the stromal cells are grown prior to use of the cultures in vivo may vary depending on the type of tissue to be grown in three-dimensional tissue culture. The living stromal tissues which condition the medium may be used as corrective structures by implanting them in vivo. Alternatively, the living stromal tissues may be inoculated with another cell type and implanted in vivo. The stromal

US 6,372,494 B1

**11**

cells may be genetically engineered to adjust the level of protein products secreted into the culture medium to improve the concentration of recovered product obtained from the conditioned medium. For example, anti-inflammatory factors, e.g., anti-GM-CSF, anti-TNF, anti-IL-1, anti-IL-2, etc. Alternatively, the stromal cells may be genetically engineered to "knock out" expression of native gene products that promote inflammation, e.g., GM-CSF, TNF, IL-1, IL-2, or "knock out" expression of MHC in order to lower the risk of rejection.

Growth of the stromal cells in three-dimensions will sustain active proliferation of both the stromal and tissue-specific cells in culture for much longer time periods than will monolayer systems. Moreover, the three-dimensional system supports the maturation, differentiation, and segregation of cells in culture in vitro to form components of adult tissues analogous to counterparts found in vivo and secure proteins into the conditioned medium more closely resembling physiological ratios.

· Although the Applicants are under no duty or obligation to explain the mechanism by which the three-dimensional cell and tissue and the works, a number of factors inherent in the three-dimensional culture system may contribute to its success:

(a) The three-dimensional framework provides a greater surface area for protein attachment and, consequently, for the adherence of stromal cells; and

(b) Because of the three-dimensionality of the framework, stromal cells continue to grow actively, in contrast to cells in monolayer cultures, which grow to confluence, exhibit contact inhibition, and cease to grow and divide. The elaboration of growth and regulatory factors by replicating stromal cells may be partially responsible for stimulating proliferation and regulating differentiation of cells in culture;

(c) The three-dimensional framework allows for a spatial distribution of cellular elements which is more analogous to that found in the counterpart tissue in vivo;

(d) The increase in potential volume for cell growth in the three-dimensional system may allow the establishment of localized microenvironments conducive to cellular maturation;

(e) The three-dimensional framework maximizes cell-cell interactions by allowing greater potential for movement of migratory cells, such as macrophages, monocytes and possibly lymphocytes in the adherent layer;

(f) It has been recognized that maintenance of a differentiated cellular phenotype requires not only growth/differentiation factors but also the appropriate cellular interactions. The present invention effectively recreates the tissue microenvironment resulting in a superior conditioned medium.

4.3. Establishment of Three-Dimensional Stromal Tissue

The three-dimensional support or framework may be of any material and/or shape that: (a) allows cells to attach to it (or can be modified to allow cells to attach to it); and (b) allows cells to grow in more than one layer. A number of different materials may be used to form the framework, including but not limited to: non-biodegradable materials, e.g., nylon (polyamides), dacron (polyesters), polystyrene, polypropylene, polyacrylates, polyvinyl compounds (e.g., polyvinylchloride), polycarbonate (PVC), polytetrafluorethylene (PTFE; teflon), thermanox (TPX), nitrocellulose, cotton; and biodegradable materials, e.g., polyglycolic acid (PGA), collagen, collagen sponges, cat gut sutures, cellulose, gelatin, dextran, polyalkanoates, etc. Any of these

**12**

materials may be woven braided, knitted, etc., into a mesh, for example, to form the tree-dimensional framework. The framework, in turn can be fashioned into any shape desired as the corrective structure, e.g., tubes, ropes, filaments, etc. Certain materials, such as nylon, polystyrene, etc., are poor substrates for cellular attachment. When these materials are used as the three-dimensional framework, it is advisable to pre-treat the framework prior to inoculation of stromal cells in order to enhance the attachment of stromal cells to the support. For example, prior to inoculation with stromal cells, nylon frameworks could be treated with 0.1M acetic acid, and incubated in polylysine, FBS, and/or collagen to coat the nylon. Polystyrene could be similarly treated using sulfuric acid.

When the cultures conditioning the medium are to be implanted in vivo, it may be preferable to use biodegradable matrices such as polyglycolic acid, collagen, collagen sponges, woven collagen, catgut suture material, gelatin, polylactic acid, or polyglycolic acid and copolymers thereof, for example. Where the cultures are to be maintained for long periods of time or cryopreserved, non-degradable materials such as nylon, dacron, polystyrene, polyacrylates, polyvinyls, teflons, cotton, etc., may be preferred. A convenient nylon mesh which could be used in accordance with the invention is Nitex, a nylon filtration mesh having an average pore size of 210 $\mu$m and an average nylon fiber diameter of 90 $\mu$m (#3-210/36, Tetko, Inc., N.Y.).

Stromal cells comprising fibroblasts, mesenchymal stem cells liver reserve cells, neural stem cells, pancreatic stem cells and/or embryonic stem cells with or without other cells and elements described below, are inoculated onto the framework. Also, cells found in loose connective tissue may be inoculated onto the three-dimensional support along with fibroblasts. Such cells include but are not limited to smooth muscle cells, endothelial cells, pericytes, macrophages, monocytes, plasma cells, mast cells, adipocytes, etc. As previously explained, fetal fibroblasts can be used to form a "generic" three-dimensional stromal matrix that will support the growth of a variety of different cells and/or tissues. However, a "specific" stromal tissue may be prepared by inoculating the three-dimensional framework with fibroblasts derived from the same type of tissue to be cultured and/or from a particular individual who is later to receive the cells and/or tissues grown in culture in accordance with the three-dimensional system of the invention.

Thus, in one embodiment of the invention, stromal cells which are specialized for the particular tissue may be cultured. For example, stromal cells of hematopoietic tissue, including but not limited to fibroblasts, endothelial cells, macrophages/monocytes, adipocytes and reticular cells, could be used to form the three-dimensional subconfluent stroma for the long term culture of bone marrow in vitro. Hematopoietic stromal cells may be readily obtained from the "buffy coat" formed in bone marrow suspensions by centrifugation at low forces, e.g., 3000×g. In the stromal layer that makes up the inner wall of arteries, a high proportion of undifferentiated smooth muscle cells can be added to provide the protein elastic. Stromal cells of liver may include fibroblasts, Kupffer cells, and vascular and bile duct endothelial cells. Similarly, glial cells could be used as the stroma to support the proliferation of neurological cells and tissues; glial cells for this purpose can be obtained by trypsinization or collagenase digestion of embryonic or adult brian (Ponten and Westermark, 1980, in Federof, S. Hertz, L., eds, "Advances in Cellular Neurobiology," Vol. 1, New York, Academic Press, pp. 209–227). The growth of cells in the three-dimensional stromal cell culture may be further

US 6,372,494 B1

13

enhanced by adding to the framework, or coating the support with proteins (e.g., collagens, elastic fibers, reticular fibers) glycoproteins, glycosaminoglycans (e.g., heparan sulfate, chondroitin-4-sulfate, chondroitin-6-sulfate, dermatan sulfate, keratin sulfate, etc.), a cellular matrix, and/or other materials.

Further, mesenchymal stem cells (lineage committed or uncommitted progenitor cells) are advantageous "stromal" cells for inoculation onto the framework. The cells may differentiate into osteocytes, fibroblasts of the tendons and ligaments, marrow stromal cells, adipocytes and other cells of connective tissue, chondrocytes, depending, of course, on endogens or supplemented growth and regulatory factors and other factors including prostaglandin, interleukins and naturally-occurring chalones which regulate proliferation and/or differentiation.

Fibroblasts may be readily isolated by disaggregating an appropriate organ or tissue which is to serve as the source of the fibroblasts. This may be readily accomplished using techniques known to those skilled in the art. For example, the tissue or organ can be disaggregated mechanically and/or treated with digestive enzymes and/or chelating agents that weaken the connections between neighboring cells making it possible to disperse the tissue into a suspension of individual cells without appreciable cell breakage. Enzymatic dissociation can be accomplished by mincing the tissue and treating the minced tissue with any of a number of digestive enzymes either alone or in combination. These include but are not limited to trypsin, chymotrypsin, collagenase, elastase, and/or hyaluronidase, DNase, pronase, dispase etc. Mechanical disruption can also be accomplished by a number of methods including, but not limited to, the use of grinders, blenders, sieves, homogenizers, pressure cells, or insonators to name but a few. For a review of tissue disaggregation techniques, see Freshney, *Culture of Animal Cells: A Manual of Basic Technique*, 2d Ed., A. R. Liss, Inc., New York, 1987, Ch. 9, pp. 107–126.

Once the tissue has been reduced to a suspension of individual cells, the suspension can be fractionated into subpopulations from which the fibroblasts and/or other stromal cells and/or elements can be obtained. This also may be accomplished using standard techniques for cell separation including, but not limited to, cloning and selection of specific cell types, selective destruction of unwanted cells (negative selection), separation based upon differential cell agglutinability in the mixed population, freeze-thaw procedures, differential adherence properties of the cells in the mixed population, filtration, conventional and zonal centrifugation, centrifugal elutriation (counterstreaming centrifugation), unit gravity separation, countercurrent distribution, electrophoresis and fluorescence-activated cell sorting. For a review of clonal selection and cell separation techniques, see Freshney, *Culture of Animal Cells: A Manual of Basic Techniques*, 2d Ed., A. R. Liss, Inc., New York, 1987, Ch. 11 and 12, pp. 137–168.

The isolation of fibroblasts may, for example, be carried out as follows: fresh tissue samples are thoroughly washed and minced in Hanks balanced salt solution (HBSS) in order to remove serum. The minced tissue is incubated from 1–12 hours in a freshly prepared solution of a dissociating enzyme such as trypsin. After such incubation, the dissociated cells are suspended, pelleted by centrifugation and plated onto culture dishes. All fibroblasts will attach before other cells, therefore, appropriate stromal cells can be selectively isolated and grown. The isolated fibroblasts can then be grown to confluency, lifted from the confluent culture and inoculated onto the three-dimensional matrix (see, Naughton et

14

al., 1987, *J. Med.* 18 (3 and 4) 219–250). Inoculation of the three-dimensional framework with a high concentration of stromal cells, e.g., approximately $10^6$ to $5 \times 10^7$ cells/ml, will result in the establishment of the three-dimensional stromal tissue in shorter periods of time.

After inoculation of the stromal cells, the three-dimensional framework should be incubated in an appropriate nutrient medium. As previously mentioned, many commercially available media such as RPMI 1640, Fisher's, Iscove's, McCoy's, and the like may be suitable for use. It is important that the three-dimensional stromal cell cultures be suspended or floated in the medium during the incubation period in order to maximize proliferative activity. The culture is "fed" periodically and the conditioned media of the invention is recovered and processed as described below in Sections 5.6 and 5.7. Thus, depending upon the tissue to be cultured and the collagen types desired, the appropriate stromal cell(s) may be selected to inoculate the three-dimensional matrix.

During incubation of the three-dimensional stromal cell cultures, proliferating cells may be released from the matrix. These released cells may stick to the walls of the culture vessel where they may continue to proliferate and form a confluent monolayer. This should be prevented or minimized, for example, by removal of the released cells during feeding, or by transferring the three-dimensional stromal culture to a new culture vessel. The presence of a confluent monolayer in the vessel will "shut down" the growth of cells in the three-dimensional matrix and/or culture. Removal of the confluent monolayer or transfer of the culture to fresh media in a new vessel will restore proliferative activity of the three-dimensional culture system. It should be noted that the conditioned media of the invention is processed, if necessary, so that it does not contain any whole cells (unless of course, whole cells are used for a specific application). Such removal or transfers should be done in any culture vessel which has a stromal monolayer exceeding 25% confluency. Alternatively, the culture system could be agitated to prevent the released cells from sticking, or instead of periodically feeding the cultures, the culture system could be set up so that fresh media continuously flows through the system. The flow rate could be adjusted to both maximize proliferation within the three-dimensional culture, and to wash out and remove cells released from the culture, so that they will not stick to the walls of the vessel and grow to confluence.

Other cells, such as parenchymal cells, may be inoculated and grown on the three-dimensional living stromal tissue. 4.4. Inoculation of Tissue-Specific Cells onto Three-Dimensional Stromal Matrix and Maintenance of Cultures

Once the three-dimensional stromal cell culture has reached the appropriate degree of growth, additional cells such as tissue-specific cells (parenchymal cells) or surface layer cells which are desired to be cultured may also be inoculated onto the living stromal tissue. The cells are grown on the living stromal tissue in vitro to form a cultured counterpart of the native tissue and condition the media by elaborating extracellular products into the media at ratios resembling physiological levels. A high concentration of cells in the inoculum will advantageously result in increased proliferation in culture much sooner than will low concentrations. The cells chosen for inoculation will depend upon the tissue to be cultured, which may include, but is not limited to, bone marrow, skin, liver, pancreas, kidney, neurological tissue, adrenal gland, mucosal epithelium, and smooth muscle, to name but a few. Such cells with elaborate characteristic extracelluar proteins such as certain growth

US 6,372,494 B1

**15**

factors into the media resulting in media optimized for certain tissue specific applications.

For example, and not by way of limitation, a variety of epithelial cells can be cultured on the three-dimensional living stromal tissue. Examples of such epithelial cells include, but are not limited to, keratinocytes, oral mucosa and gastrointestinal (G.I.) tract cells. Such epithelial cells may be isolated by enzymatic treatment of the tissue according to methods known in the art, followed by expansion of these cells in culture and application of epithelial cells to the three-dimensional stromal support cell matrix. The presence of the stromal support provides growth factors and other proteins which promote normal division and differentiation of epithelial cells.

In general, this inoculum should include the "stem" cell (also called the "reserve" cell) for that tissue; i.e., those cells which generate new cells that will mature into the specialized cells that form the various components of the tissue.

The parenchymal or other surface layer cells used in the inoculum may be obtained from cell suspensions prepared by disaggregating the desired tissue using standard techniques described for obtaining stromal cells in Section 5.3 above. The entire cellular suspension itself could be used to inoculate the three-dimensional living stromal tissue. As a result, the regenerative cells contained within the homogenate will proliferate, mature, and differentiate properly on the matrix, whereas non-regenerative cells will not. Alternatively, particular cell types may be isolated from appropriate fractions of the cellular suspension using standard techniques described for fractionating stromal cells in Section 5.1 above. Where the "stem" cells or "reserve" cells can be readily isolated, these may be used to preferentially inoculate the three-dimensional stromal support. For example, when culturing bone marrow, the three-dimensional stroma may be inoculated with bone marrow cells, either fresh or derived from a cryopreserved sample. When culturing skin, the three-dimensional stroma may be inoculated with melanocytes and keratinocytes. When culturing liver, the three-dimensional stroma may be inoculated with hepatocytes. When culturing pancreas, the three-dimensional stroma may be inoculated with pancreatic endocrine cells. For a review of methods which may be utilized to obtain parenchymal cells from various tissues, see, Freshney, Culture of Animal Cells. A Manual of Basic Technique, 2d Ed., A. R. Liss, Inc., New York,1987, Ch. 20, pp. 257–288.

In fact, different proportions of the various types of collagen deposited on the stromal matrix prior to inoculation can affect the growth of the later-inoculated tissue-specific cells. For example, for optimal growth of hematopoietic cells, the matrix should preferably contain collagen types III, IV and I in an approximate ratio of 6:3:1 in the initial matrix. For three dimensional skin culture systems, collagen types I and III are preferably deposited in the initial matrix. The proportions of collagen types deposited can be manipulated or enhanced by selecting fibroblasts which elaborate the appropriate collagen type. This can be accomplished using monoclonal antibodies of an appropriate isotype or subclass that is capable of activating complement, and which define particular collagen types. These antibodies and complement can be used to negatively select the fibroblasts which express the desired collagen type. Alternatively, the stromal cells used to inoculate the matrix can be a mixture of cells which synthesize the appropriate collagen type desired. The distribution and origins of various types of collagen is shown in Table I.

**16**

TABLE I

DISTRIBUTIONS AND ORIGINS OF VARIOUS TYPES OF COLLAGEN

| Collagen Type | Principal Tissue Distribution | Cells of Origin |
| --- | --- | --- |
| I | Loose and dense ordinary connective tissue; collagen fibers | Fibroblasts and reticular cells; smooth muscle cells |
| | Fibrocartilage | |
| | Bone | Osteoblast |
| | Dentin | Odontoblasts |
| II | Hyaline and elastic cartilage | Chondrocytes |
| | Vitreous body of eye | Retinal cells |
| III | Loose connective tissue; reticular fibers | Fibroblasts and reticular cells |
| | Papillary layer of dermis | |
| | Blood vessels | Smooth muscle cells; endothelial cells |
| IV | Basement membranes | Epithelial and endothelial cells |
| | Lens capsule of eye | Lens fibers |
| V | Fetal membranes; placenta | Fibroblast |
| | Basement membranes | |
| | Bone | |
| | Smooth muscle | Smooth muscle cells Fibroblasts |
| VI | Connective Tissue | |
| VII | Epithelial basement membranes, anchoring fibrils | Fibroblasts, keratinocytes |
| | Cornea | Corneal fibroblasts |
| VIII | Cartilage | |
| IX | Hypertrophic cartilage | |
| X | Cartilage | |
| | | Fibroblasts |
| XI | Papillary dermis | Fibroblasts |
| XII | Reticular dermis | Fibroblasts |
| XIV, undulin | P170 bullous pemphigoid antigen | Keratinocytes |
| XVII | | |

During incubation, the three-dimensional cell culture system should be suspended or floated in the nutrient medium. Cultures should be fed with fresh media periodically. Again, care should be taken to prevent cells released from the culture from sticking to the walls of the vessel where they could proliferate and form a confluent monolayer. The release of cells from the three-dimensional culture appears to occur more readily when culturing diffuse tissues as opposed to structured tissues. For example, the three-dimensional skin culture of the invention is histologically and morphologically normal; the distinct dermal and epidermal layers do not release cells into the surrounding media. By contrast, the three-dimensional bone marrow cultures of the invention release mature non-adherent cells into the medium much the way such cells are released in marrow in vivo. As previously explained, should the released cells stick to the culture vessel and form a confluent monolayer, the proliferation of the three-dimensional culture will be "shut down". This can be avoided by removal of released cells during feeding, transfer of the three-dimensional culture to a new vessel, by agitation of the culture to prevent sticking of released cells to the vessel wall, or by the continuous flow of fresh media at a rate sufficient to replenish nutrients in the culture and remove released cells. As previously mentioned, the conditioned media is processed, if necessary, so that it is free of whole cells and cellular debris.

The growth and activity of cells in culture can be affected by a variety of growth factors such as insulin, growth hormone, somatomedins, colony stimulating factors, erythropoietin, epidermal growth factor, hepatic erythropoi-

**17**

etic factor (hepatopoietin), and liver-cell growth factor. Other factors which regulate proliferation and/or differentiation include prostaglandins, interleukins, and naturally-occurring chalones.

4.5. Genetically Engineered Constructs

In another embodiment, the three-dimensional constructs conditioning the media can act as vehicles for introducing gene products into the media that promote the repair and/or regeneration of tissue defects, for example. The cells can be genetically engineered to express, for example, inflamma-tory mediators, such as IL-6, IL-8 and G-CSF. The cells could also or alternatively be genetically engineering to express anti-inflammatory factors, e.g., anti-GM-CSF, anti-TNF, anti-IL-1, anti-IL-2, etc.

In another embodiment, the cells can be genetically engineered to express a gene into the media which would exert a therapeutic effect, e.g., in the production of TGF-β to stimulate cartilage production, or other factors such as BMP-13 to promote chondrogenesis or stimulatory factors that promote migration of stromal cells and/or matrix depo-sition. Since the constructs comprise eukaryotic cells, the gene product will be properly expressed and processed to form an active product. Preferably, the expression control elements used should allow for the regulated expression of the gene so that the product can be over-synthesized in culture. The transcriptional promoter chosen, generally, and promoter elements specifically, depend, in part, upon the type of tissue and cells cultured. Cells and tissues which are capable of secreting proteins are preferable (e.g., those having abundant rough endoplasmic reticulum and Golgi complex organelles). The over-produced gene product will then be secreted by the engineered cell into the conditioned media.

The cells used to condition the media may be genetically engineered to regulate one or more genes; or the regulation of gene expression may be transient or long-term; or the gene activity may be non-inducible or inducible.

The cells that condition the media can also be genetically engineered to "knock out" expression of factors that pro-mote inflammation. Negative modulatory techniques for the reduction of target gene expression levels or target gene product activity levels are discussed below. "Negative modulation", as used herein, refers to a reduction in the level and/or activity of target gene product relative to the level and/or activity of the target gene product in the absence of the modulatory treatment. The expression of a gene native to the cell can be reduced or knocked out using a number of techniques, for example, expression may be inhibited by inactivating the gene completely (commonly termed "knockout") using standard homologous recombination techniques. Usually, an exon encoding an important region of the protein (or an exon 5' to that region) is interrupted by a positive selectable marker (for example neo), preventing the production of normal mRNA from the target gene and resulting in inactivation of the gene. A gene may also be inactivated by creating a deletion or an inactivating insertion in part of a gene, or by deleting the entire gene. By using a construct with two regions of homology to the target gene that are far apart in the genome, the sequences intervening the two regions can be deleted. Mombaerts et al., 1991, *Proc. Nat. Acad. Sci. U.S.A.* 88:3084–3087. Alternatively, a gene may also be inactivated by deletion of upstream or downstream expression elements.

Antisense and ribozyme molecules which inhibit expres-sion of the target gene can also be used in accordance with the invention to reduce the level of target gene activity. For example, antisense RNA molecules which inhibit the

**18**

expression of major histocompatibility gene complexes (HLA) have been shown to be most versatile with respect to immune responses. Furthermore, appropriate ribozyme mol-ecules can be designed as described, e.g., by Haseloff et al., 1988, *Nature* 334:585–591; Zaug et al., 1984, *Science* 224:574–578; and Zaug and Cech, 1986, *Science* 231:470–475. Still further, triple helix molecules can be utilized in reducing the level of target gene activity. These techniques are described in detail by L. G. Davis et al., eds, *Basic Methods in Molecular Biology*, 2nd ed., Appleton & Lange, Norwalk, Conn. 1994.

Methods that may be useful to genetically engineer the cells of the invention are well-known in the art and are further detailed in co-owned U.S. Pat. Nos. 4,963,489 and 5,785,964, the disclosures of which are incorporated herein by reference. For example, a recombinant DNA construct or vector containing an exogenous nucleic acid, e.g., encoding a gene product of interest, may be constructed and used to transform or transfect the stromal cells of the invention. Such transformed or transfected cells that carry the exog-enous nucleic acid, and that are capable of expressing said nucleic acid, are selected and clonally expanded in the three-dimensional constructs of this invention.

Methods for preparing DNA constructs containing the gene of interest, for transforming or transfecting cells, and for selecting cells carrying and expressing the gene of interest are well-known in the art. See, for example, the techniques described in Maniatis et al., 1989, *Molecular Cloning, A Laboratory Manual*, Cold Spring Harbor Labo-ratory Press, Cold Spring Harbor, N.Y.; Ausubel et al., 1989, *Current Protocols in Molecular Biology*, Greene Publishing Associates & Wiley Interscience, N.Y.; and Sambrook et al., 1989, *Molecular Cloning: A Laboratory Manual*, 2nd Ed., Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y.

The cells can be engineered using any of a variety of vectors including, but not limited to, integrating viral vectors, e.g., retrovirus vector or adeno-associated viral vectors; or non-integrating replicating vectors, e.g., papil-loma virus vectors, SV40 vectors, adenoviral vectors; or replication-defective viral vectors. Where transient expres-sion is desired, non-integrating vectors and replication defective vectors may be preferred, since either inducible or constitutive promoters can be used in these systems to control expression of the gene of interest. Alternatively, integrating vectors can be used to obtain transient expression, provided the gene of interest is controlled by an inducible promoter. Other methods of introducing DNA into cells include the use of liposomes, lipofection, electroporation, a particle gun, or by direct DNA injection.

The cells are preferably transformed or transfected with a nucleic acid, e.g., DNA, controlled by, i.e., in operative association with, one or more appropriate expression control elements such as promoter or enhancer sequences, transcrip-tion terminators, polyadenylation sites, among others, and a selectable marker. Following the introduction of the foreign DNA, engineered cells may be allowed to grow in enriched media and then switched to selective media. The selectable marker in the foreign DNA confers resistance to the selec-tion and allows cells to stably integrate the foreign DNA as, for example, on a plasmid, into their chromosomes and grow to form foci which, in turn, can be cloned and expanded into cell lines. This method can be advantageously used to engineer cell lines which express the gene product into the media.

Any promoter may be used to drive the expression of the inserted gene. For example, viral promoters include but are

**19**

not limited to the CMV promoter/enhancer, SV40, papillomavirus, Epstein-Barr virus, elastin gene promoter and β-globin. Preferably, the control elements used to control expression of the gene of interest should allow for the regulated expression of the gene so that the product is synthesized only when needed in vivo. If transient expression is desired, constitutive promoters are preferably used in a non-integrating and/or replication-defective vector. Alternatively, inducible promoters could be used to drive the expression of the inserted gene when necessary. Inducible promoters can be built into integrating and/or replicating vectors. For example, inducible promoters include, but are not limited to, metallothionien and heat shock protein.

According to one embodiment, the inducible promoters used for expressing exogenous genes of interest are those that are the native promoters of those regulatory proteins as disclosed herein that are induced as a result of cyropreservation and subsequent thawing. For example, the promoter of TGF-β, VEGF, or various known heat shock proteins can be used as the expression control element, i.e., can be operatively linked to an exogenous gene of interest in order to express a desired gene product in the tissue constructs conditioning the cell media.

A variety of methods may be used to obtain the constitutive or transient expression of gene products engineered into the cells. For example, the transkaryotic implantation technique described by Seldon et al., 1987, *Science* 236:714–718 can be used. "Transkaryotic", as used herein, suggests that the nuclei of the implanted cells have been altered by the addition of DNA sequences by stable or transient transfection. Preferably, the cells are engineered to express such gene products transiently and/or under inducible control during the post-operative recovery period, or as a chimeric fusion protein anchored to the stromal cells, for example, as a chimeric molecule composed of an intracellular and/or transmembrane domain of a receptor or receptor-like molecule, used to the gene product as the extracellular domain.

Furthermore, it may be desirable to prepare a construct having an extracellular matrix containing a foreign gene product, growth factor, regulatory factor, etc., which is then found in the conditioned media. This embodiment is based on the discovery that, during the growth of human stromal cell; on a three-dimensional support framework, the cells synthesize and deposit on the framework a human extracellular matrix as produced in normal human tissue. The extracellular matrix is secreted locally by cells and not only binds cells and tissue together but also influences the development and behavior of the cells it contacts. The extracellular matrix contains various connective tissue proteins, e.g., fiber-forming proteins interwoven in a hydrated gel composed of a network of glycosaminoglycans chains. The glycosaminoglycans are a heterogeneous group of long, negatively charged polysaccharide chains, which (except for hyaluronic acid) are covalently linked to protein to form proteoglycans molecules. According to this embodiment of the invention, the stromal cells may be genetically engineered to express a desired gene product, or altered forms of a gene product, which will be present in the extracellular matrix and ultimately the cell medium.

4.6. Recovery of the Conditioned Media

The cells can be cultured by any means known in the art. Preferably, the cells are cultured in an environment which enables aseptic processing and handling. Conventional means of cell and tissue culture have been limited by the need for human supervision and control of the media. This limits the amount of cells and tissue that can be cultured at

**20**

a single time and consequently the volume of conditioned cell media that can be obtained at a single time. For this reason, it is preferred that the media be conditioned in a manner allowing for large scale growth (yielding large scale conditioned media) using, for example, an apparatus for aseptic large scale culturing like that described in co-owned U.S. Pat. No. 5,763,267 (the '267 patent) which is incorporated by reference herein in its entirety. See also, U.S. Pat. No. 5,843,766 (also incorporated herein in its entirety) which describes an apparatus for aseptic growth of three-dimensional tissue cultures.

Using the aseptic closed system described in the '267 patent, preconditioned culture media is transported from a fluid reservoir to an inlet manifold and evenly distributed to the cultures in a continuous flow system. When appropriate, (i.e., once the media is conditioned so that the extracellular proteins such as growth factors have reached desirable levels in the media) it is pumped out of the system and processed for use.

4.7. Concentration of the Conditioned Medium

Following removal of the cell conditioned medium, it may be necessary to further process the resulting supernatant. Such processing may include, but are not limited to, concentration by a water flux filtration device or by defiltration using the methods described in *Cell & Tissue Culture: Laboratory Procedures, supra*, pp 29 D:0.1–29D:0.4.

Additionally, the conditioned medium may be further processed for product isolation and purification to remove unwanted proteases, for example. The methods used for product isolation and purification so that optimal biological activity is maintained will be readily apparent to one of ordinary skill in the art. For example, it may be desirous to purify a growth factor, regulatory factor, peptide hormone, antibody, etc. Such methods include, but are not limited to, gel chromatography (using matrices such as sephadex) ion exchange, metal chelate affinity chromatography with an insoluble matrix such as cross-linked agarose, HPLC purification and hydrophobic interaction chromatography of the conditioned media. Such techniques are described in greater detail in *Cell & Tissue Culture; Laboratory Procedures, supra*. Of course, depending upon the desired application of the conditioned medium, and/or products derived thereof, appropriate measures must be taken to maintain sterility. Alternatively, sterilization may be necessary and can be accomplished by methods known to one of ordinary skill in the art, such as, for example, heat and/or filter sterilization taking care to preserve the desired biological activity.

4.7.1. Isolation of Collagen

As previously mentioned, the conditioned medium of the invention contains numerous products which may be isolated and purified therefrom. For example, human dermal fibroblasts synthesize and secrete collagen precursors and a fraction of these precursors are incorporated into a three-dimensional extracellular matrix. This incorporation requires the removal of terminal peptides. (N- and C-peptides) which significantly lowers the solubility of the collagen molecules (the rest of the secreted collagen remains in solution due to lack of proteolysis). Generally, soluble collagen may be obtained under neutral pH conditions at high salt concentrations. See Kielty, C. M., I. Hopkinson, et al. (1993), *Collagen: The Collagen Family: Structure, Assembly, and Organization in the Extracellular Matrix, Connective Tissue and Its Heritable Disorders: molecular, genetic and medical aspects*. P. M. Royce and B. Steinmann. New York; Wiley-Liss, Inc.: 103–149).

It should be understood that the following protocol is offered by way of example and may be modified using

US 6,372,494 B1

21

methods known to those of skill in the relevant art. To purify the collagen, add 240 mL of medium conditioned with fibroblasts to 240 mL 5M NaCl (a 1:1 ratio of medium to salt) and precipitate for 16 hours at 4° celsius. Centrifuge the suspension for approximately 20 minutes at 4000×g. Discard the supernatant. Wash the pellet with 10 mL of a solution of 50 mM Tris-HCl (pH 7.5) and 2.4M NaCl. Centrifuge for 20 minutes at 4000×g and discard the supernatant. Resuspend the pellet in 10 mL of 0.5M acetic acid. To remove the propeptides, add 0.1 mL of pepsin (100 mg/mL) (Sigma Chemical, St. Louis, Mo.) and digest for 16 hours at 4° celsius (this removes the propeptides but leaves the triple helix intact). Centrifuge the suspension for 20 minutes at 4000×g. Recover supernatant and discard the pellet. Add 2.1 mL of 5M NaCl and 0.5M acetic acid to a final volume of 15 mL (final NaCl concentration of 0.7M). Precipitate for approximately 16 hours at 4° celsius. Centrifuge the suspension for 20 minutes at 4000×g and discard the supernatant. Dissolve pellet in 0.5 mL of 0.5M acetic acid solution. The purity of the collagen should be at least 90% and may be analyzed by standard methods known in the art such as SDS-PAGE, for example.

4.8. Applications Using the Conditioned Media

4.8.1. Wound Healing Applications

The conditioned media of the invention may be processed to promote wound and burn healing. When tissue is injured, polypeptide growth factors, which exhibit an array of biological activities, are released into the wound to promote healing. Wound healing is a complex process that involves several stages and is capable of sealing breaches to the integument in a controlled manner to form functionally competent tissue. The process begins with hemostasis followed by an inflammatory phase involving neutrophils and macrophages. The process continues with the development of granulation tissue and re-epithelialization to close the wound. Subsequently, scar tissue forms and is remodeled over the succeeding months to an approximation of the original anatomical structure. Ideally, scar tissue is minimal so that healthy tissue, functionally competent tissue which histologically and physiologically resembles the original normal tissue, may form. Each stage of the healing process is controlled by cellular interactions through regulatory proteins such as cytokines, growth factors, and inflammatory mediators as well as cell contact mechanisms. For example, inflammatory mediators such as IL-6, IL-8, and G-CSF induce lymphocyte differentiation and acute phase proteins, as well as neutrophil infiltration, maturation and activation, processes that are important in the inflammatory stages of wound healing. Other examples of regulatory proteins involved in the wound healing process are VEGF that induces angiogenesis during inflammation and granulation tissue formation, the BMP's which induce bone formation, KGF that activates keratinocytes and TGF-β1 that induces deposition of extracellular matrix.

In chronic wounds, the healing process interrupted at a point subsequent to hemostasis and prior to re-epithelialization, and is apparently unable to restart. Most of the inflammation seen in the wound bed is related to infection, but the inflammation gives rise to an environment rich in proteases that degrade regulatory proteins and thus interfere with the wound healing process. Similarly, in some medical conditions, such as diabetes, some of the regulatory proteins needed for wound healing are in short supply. For example, it has been found in a mouse model of non-insulin-dependent diabetes (e.g., the db/db mouse) that secretion of VEGF and PDGF and expression of the PDGF receptor are all depressed in wounds compared to the levels in wounds of normal mice.

22

Thus, the present invention contains many of the regulatory proteins thought to be important in wound healing and which have been shown to be depleted in in vivo models of wound healing. Similarly, the conditioned media provided by the present invention is also useful in the treatment of other types of tissue damage, e.g., traumatic or congenital, wherein the repair and/or regeneration of tissue defects or damage is desired since many of these growth factors are found in Applicants' conditioned cell media, including, for example, fibroblast growth factors (FGFs), platelet derived growth factors (PDGFs), epidermal growth factors (EGFs), bone morphogenic proteins (BMPs) and transforming growth factors (TGFs); as well as those which modulate vascularization, such as vascular endothelial growth factor (VEGF), keratinocyte growth factor (KGF), and basic FGF; angiogenesis factors, and antiangiogenesis factors. Stress proteins, such as GR 78 and MSP90 induce growth factors such as TGF-β. TGF-β, including TGF β-1, TGF β-2, TGF β-3, TGF β-4 and TGF β-5, regulate growth and differentiation and accelerate wound healing (Noda et al. 1989, Endocrin. 124: 2991–2995; Goey et al. 1989, J. Immunol. 143: 877–980, Mutoe et al. 1987, Science 237: 1313–1335). Mitogens, such as PDGF increase the rate of cellularity and granulation in tissue formation (Kohler et al. 1974, Exp. Cell. Res. 87: 297–301). As previously mentioned, the cells are preferably human to minimize immunogenicity problems.

Because the conditioned medium contains such an array of wound healing factors, the conditioned medium of the invention is advantageously used in the treatment of wound and burn healing including skin wounds, broken bones, gastric ulcers, pancreas, liver, kidney, spleen, blood vessel injuries and other internal wounds. Further, the conditioned medium may be combined with other medicinal ingredients such as, antibiotics and analgesics. Embodiments include formulations of the conditioned media with a salve or ointment for topical applications.

Alternatively, the conditioned medium may be combined with a bandage (adhesive or non-adhesive) to promote and/or accelerate wound healing. The conditioned media may be used in any state, i.e., liquid or solid, frozen lyophilized or dried into a powder, as a film for topical wound treatments and anti-adhesion applications, as an injectable, see PCT WO 96/39101, incorporated herein by reference it its entirety.

Alternatively, the conditioned cell medium of the present invention may be formulated with polymerizable or cross-linking hydrogels as described in U.S. Pat. Nos. 5,709,854; 5,516,532; 5,654,381; and WO 98/52543, each of which is incorporated herein by reference in its entirety. Examples of materials which can be used to form a hydrogel include modified alginates. Alginate is a carbohydrate polymer isolated from seaweed, which can be cross-linked to form a hydrogel by exposure to a divalent cation such as calcium, as described, for example in WO 94125080, the disclosure of which is incorporated herein by reference. Alginate is ionically cross-linked in the presence of divalent cations, in water, at room temperature, to form a hydrogel matrix. As used herein, the term "modified alginates" refers to chemically modified alginates with modified hydrogel properties.

Additionally, polysaccharides which gel by exposure to monovalent cations, including bacterial polysaccharides, such as gellan gum, and plant polysaccharides, such as carrageenans, may be cross-linked to form a hydrogel using methods analogous to those available for the cross-linking of alginates described above.

Modified hyaluronic acid derivatives are particularly useful. As used herein, the term "hyaluronic acids" refers to

23

natural and chemically modified hyaluronic acids. Modified hyaluronic acids may be designed and synthesized with preselected chemical modifications to adjust the rate and degree of cross-linking and biodegradation.

Covalently cross-linkable hydrogel precursors also are useful. For example, a water soluble polyamine, such as chitosan, can be cross-linked with a water soluble diisothiocyanate, such as polyethylene glycol diisothiocyanate.

Alternatively, polymers may be utilized which include substituents which are cross-linked by a radical reaction upon contact with a radical initiator. For example, polymers including ethylenically unsaturated groups which can be photochemically cross-linked which may be utilized, as disclosed in WO 93/17669, the disclosure of which is incorporated herein by reference. In this embodiment, water soluble macromers that include at least one water soluble region, a biodegradable region, and at least two free radical-polymerizable regions, are provided. Examples of these macromers are PEG-oligolactyl-acrylates, wherein the acrylate groups are polymerized using radical initiating systems, such as an eosin dye, or by brief exposure to ultraviolet or visible light. Additionally, water soluble polymers which include cinnamoyl groups which may be photochemically cross-linked may be utilized, as disclosed in Matsuda et al., ASAID Trans., 38:154–157 (1992).

The preferred polymerizable groups are acrylates, diacrylates, oligoacrylates, dimethacrylates, oligomethacrylates, and other biologically acceptable photopolymerizable groups. Acrylates are the most preferred active species polymerizable group.

Naturally occurring and synthetic polymers may be modified using chemical reactions available in the art and described, for example, in March, "Advanced Organic Chemistry", 4th Edition, 1992, Wiley-Interscience Publication, New York.

Polymerization is preferably initiated using photoinitiators. Useful photoinitiators are those which can be used to initiate polymerization of the macromers without cytotoxicity and within a short time frame, minutes at most and most preferably seconds.

Numerous dyes can be used for photopolymerization. Suitable dyes are well known to those of skill in the art. Preferred dyes include erythrosin, phioxime, rose bengal, thonine, camphorquinone, ethyl eosin, eosin, methylene blue, riboflavin, 2,2-dimethyl-2-phenylacetophenone, 2-methoxy-2-phenylacetophenone, 2,2-dimethoxy-2-phenyl acetophenone, other acetophenone derivatives, and camphorquinone. Suitable cocatalysts include amines such as N-methyl diethanolamine, N,N-dimethyl benzylamine, triethanol amine, trithylamine, dibenzyl amine, N-benzylethanolamine, -isopropyl benzylamine. Triethanolamine is a preferred cocatalyst.

In another embodiment, the conditioned media, or alternatively particular extracellular matrix proteins elaborated into the media, are used to provide an excellent substance to coat sutures. The naturally secreted extracellular matrix provides the conditioned media with type I and type III collagens, fibronectin, terascin, glycosaminologycans, acid and basic FGF, TGF-α and TGF-β, KGF, versican, decorin and various other secreted human dermal matrix proteins. Similarly, the conditioned cell media of the invention or the extracellular matrix proteins derived from the conditioned media may be used to coat conventional implantation devices, including vascular prosthesis, in surgical approaches to correct defects in the body—resulting in superior implantation devices. The implants should be made

24

of biocompatible, inert materials, that replace or substitute for the defective function and made of either non-biodegradable materials or biodegradable materials. By coating implantation devices with the medium containing these extracellular proteins, the implant invites proper cellular attachments resulting in superior tissue at the implantation site. Thus, sutures, bandages, and implants coated with conditioned cell media, or proteins derived form the media, enhance the recruitment of cells, such as leukocytes and fibroblasts into the injured area and induce cell proliferation and differentiation resulting in improved wound healing.

In another embodiment, the medium may be formulated with a pharmaceutically acceptable carrier as a vehicle for internal administration. Also, the medium may be further processed to concentrate or reduce one or more factor or component contained within the medium, for example, enrichment of a growth factor using immunoaffinity chromatography or, conversely, removal of a less desirable component, for any given application as described herein.

Of course, wounds at specialized tissues may require medium conditioned by that specialized tissue. For example, injuries to neuronal tissues may require proteins contained in medium conditioned by neuronal cell cultures. Specific products may be derived, or alternatively, the conditioned medium may be enriched by immunoaffinity chromatography or enhanced expression of a desired protein from the specific medium such as, for example, NGF. NGF-controlled features include, but are not limited to, the cholinergic neurotransmitter function (acetylcholinesterase (AChE) and the acetylcholine-synthesizing enzyme (ChAT)), neuronal cell size, and expression of Type II NGF receptors; NGF is secreted into the conditioned medium conditioned by glial and other neuronal cells cultured on a three-dimensional stromal tissue, which can then be used in a composition for nerve healing.

Deficits of endogenous NGF aggravate certain human neurodegenerative disorders and there is an apparent inability of injured adult CNS neurons to regenerate. Specifically, injury to a nerve is followed by degeneration of the nerve fibers distal to the injury, the result of isolation of the axon from the cell body. In the central nervous system, there is no significant growth at the site of injury typically leading to death of the damaged neuron. NGF plays a crucial role in the regenerative capabilities of adult CNS cholinergic neurons at the cell body level (e.g. septum), the intervening tissue spaces (e.g., nerve bridge) and the reinervation area (e.g., hippocampal formation). Additionally, NGF may be beneficial in improving cognitive defects. Medium conditioned with glial cells for example, can supply exogenous NGF and other nerve growth factors so that new axons can grow out from the cut ends of the injured nerve (e.g., develop a growth cone) elongating to the original site of the connection.

Further, injury to the brain and spinal cord is often accompanied by a glial response to the concomitant axonal degeneration, resulting in scar tissue. This scar tissue was initially thought to be a physical barrier to nerve growth, however, of greater significance is the presence or absence of neuronotropic factors in the extra neuronal environment. Astrocytes appear to be capable of synthesizing laminin in response to injury (laminin can also be found in the conditioned media as discussed in greater detail in Section 5.8.2 relating to extracellular matrix proteins). Collagen and fibronectin, and especially laminin have been found to promote the growth of neurities from cultured neurons or neuronal explants in vitro. These extracellular matrix proteins appear to provide an adhesive substratum which facili-

US 6,372,494 B1

tates the forward movement of the growth cone and elongation of the axon. Thus, the presence of neuronotropic factors and a supportive substratum are required for successful nerve regeneration since regeneration appears to require that: the neuronal cell body be capable of mounting the appropriate biosynthetic response; and the environment surrounding the injury site be capable of supporting the elongation and eventual functional reconnection of the axon. Medium conditioned by nerve cells such as astrocytes and glial cells contains the neuronotropic growth factors and extracellular matrix proteins necessary for nerve regeneration in brain and spinal cord injuries.

Similarly, the treatment of skin, bones, liver, pancreas, cartilage, and other specialized tissues may be treated with media conditioned by their respective specialized cell types, preferably cultured in three-dimensions, resulting in a conditioned medium containing characteristic extracellular proteins and other metabolites of that tissue type useful for treating wounds to that respective tissue type.

The conditioned cell medium may also be added to devices used in periodontal surgery in order to promote uniform tissue repair, to provide biodegradable contact lenses, corneal shields or bone grafts, to provide surgical space fillers, to promote soft tissue augmentation, particularly in the skin for the purpose of reducing skin wrinkles, and as urinary sphincter augmentation, for the purpose of controlling incontinence.

In another embodiment, the compositions may be lyophilized/freeze-dried and added as a wound filler (e.g., fill holes left from hair plugs for implantation) or added to existing wound filling compositions to accelerate wound healing. In another embodiment, the medium is conditioned with genetically engineered cells to increase the concentration of wound healing proteins in the medium. For example, the cells may be engineered to express gene products such as any of the growth factors listed above.

4.8.2. The Repair and Correction of Congenital Anomalies, Acquired Defects and Cosmetic Defects

The medium compositions may also be used to repair and correct a variety of anomalies, both congenital and acquired as well as cosmetic defects, both superficial and invasive. For example, the compositions may be added in any form and may be used in a hydrogel, injectable, cream, ointment, and may even be added to eye shadow, pancake makeup, compacts or other cosmetics to fortify the skin topically.

The conditioned medium may be formulated for eliminating wrinkles, frown lines, scarring and other skin conditions instead of using silicone or other products to do so. The conditioned medium contains growth factors and inflammatory mediators such as, for example, VEGF, HGF, IL-6, IL-8, G-SCF and TFGβ, as well as extracellular matrix proteins such as type I and type III collagens, fibronectin, terascin, glycosaminologycans, acid and basic FGF, TGF-α and TGF-β, KGF, versican, decorin and various other secreted human dermal matrix proteins which are useful in repairing physical anomalies and cosmetic defects. Of course, the cells used to condition the medium may be genetically engineered to express improved concentrations of such proteins in the medium.

The conditioned media of the invention can be formulated into injectable preparations. Alternatively, products derived from the conditioned media can be formulated. For example, biologically active substances, such as proteins and drugs, can be incorporated in the compositions of the present invention for release or controlled release of these active substances after injection of the composition. Exemplary biologically active substances can include tissue growth

factors, such as TGF-β, and the like which promote healing and tissue repair at the site of the injection. Methods of product purification include, but are not limited to gel chromatography using matrices such as SEPIMFX®, ion exchange, metal chelate affinity chromatography, with an insoluble matrix such as cross-linked agarose, HPLC purification, hydrophobic interaction chromatography of the conditioned media. Such techniques are described in greater detail in *Cell & Tissue Culture; Laboratory Procedures, supra*; Sanbrook et al., 1989, *Molecular Cloning: A Laboratory Manual, 2nd Ed.*, Cold Spring Harbor Lab Press, Cold Spring Harbor, NY.

In the injectable embodiment, an aqueous suspension is used and the formulation of the aqueous suspension will typically have a physiological pH (i.e., about pH 6.8 to 7.5). Additionally, a local anesthetic, such as lidocaine, (usually at a concentration of about 0.3% by weight) is usually added to reduce local pain upon injection. The final formulation will also typically contain a fluid lubricant, such as maltose, which must be tolerated by the body. Exemplary lubricant components include glycerol, glycogen, maltose and the like. Organic polymer base materials, such as polyethylene glycol and hyaluronic acid as well as non-fibrillar collagen, preferably succinylated collagen, can also act as lubricants. Such lubricants are generally used to improve the injectability, intrudability and dispersion of the injected biomaterial at the site of injection and to decrease the amount of spiking by modifying the viscosity of the compositions. The final formulation is by definition the processed conditioned cell media in a pharmaceutically acceptable carrier.

The processed conditioned medium is subsequently placed in a syringe or other injection apparatus for precise placement of the conditioned medium at the site of the tissue defect. In the case of formulations for dermal augmentation, the term "injectable" means the formulation can be dispensed from syringes having a gauge as low as 25 under nonnal conditions under normal pressure without substantial spiking. Spiking can cause the composition to ooze from the syringe rather than be injected into the tissue. For this precise placement, needles as fine as 27 gauge (200μ I.D.) or even 30 gauge (150μ I.D.) are desirable. The maximum particle size that can be extruded through such needles will be a complex function of at least the following: particle maximum dimension, particle aspect ratio (length:width), particle rigidity, surface roughness of particles and related factors affecting particle:particle adhesion, the viscoelastic properties of the suspending fluid, and the rate of flow through the needle. Rigid spherical beads suspended in a Newtonian fluid represent the simplest case, while fibrous or branched particles in a viscoelastic fluid are likely to be more complex.

The above described steps in the process for preparing injectable secreted human conditioned medium are preferably carried out under sterile conditions using sterile materials. The processed conditioned medium in a pharmaceutically acceptable carrier can be injected intradermally or subcutaneously to augment soft tissue, to repair or correct congenital anomalies, acquired defects or cosmetic defects. Examples of such conditions are congenital anomalies as hemifacial microsomia, malar and zygomatic hypoplasia, unilateral mammary hypoplasia, pectus excavatum, pectoralis agenesis (Poland's anomaly) and velopharyngeal incompetence secondary to cleft palate repair or submucous cleft palate (as a retropharyngeal implant); acquired defects (post-traumatic, post-surgical, post-infectious) such as depressed scars, subcutaneous atrophy (e.g., secondary to

US 6,372,494 B1

**27**

discoid lupis erythematosus), keratotic lesions, enophthalmos in the unucleated eye (also superior sulcus syndrome), acne pitting of the face, linear scleroderma with subcutaneous atrophy, saddle-nose deformity, Romberg's disease and unilateral vocal cord paralysis; and cosmetic defects such as glabellar frown lines, deep nasolabial creases, circum-oral geographical wrinkles, sunken cheeks and mammary hypoplasia. The compositions of the present invention can also be injected into internal tissues, such as the tissues defining body sphincters to augment such tissues.

Other tissue types used to condition the media include but are not limited to bone marrow, skin, epithelial cells, and cartilage, however, it is expressly understood that the three-dimensional culture system can be used with other types of cells and tissues.

Alternatively, the conditioned cell medium of the present invention may be formulated with polymerizable or cross-linking hydrogels as described in the previous section on wound treatment.

4.8.3. Food Additives And Dietary Supplements

The conditioned media may be used as food additives and formulated into dietary supplements. The conditioned media of the invention contains many useful nutrients including essential amino acids, minerals, and vitamins in an abundance and variety not found in individual foods or good groups. Applicants are unaware of a more balanced food item (other than breast milk) containing such an extensive array of nutrients although such attempts are made in specially formulated, expensive liquid formulas available for both adults and babies. The conditioned cell media and/or products derived thereof, can be used as an inexpensive source for a balanced nutritional supplement for weight loss or alternatively for enhancing the nutritional content of food, particularly for third world countries. The medium is sterile and is free from contamination by human pathogens (i.e., aseptic). The conditioned medium may be concentrated and/or lyophilized and preferably administered in capsules or tablets for ingestion. Alternatively, the compositions may be directly added to adult or baby food to enhance nutritional content. This rich source of nutrients may be processed relatively inexpensively and can be invaluable to undernourished elderly people, and in particular, to children in underdeveloped countries where increased mortality due to poor responses to infection have been associated with malnutrition.

Additionally, many trace elements found in the conditioned media, such as iron and magnesium, are critical for mammalian survival and reproduction, and there is concern that marginal trace element deficiency may be a public health problem. The intake of various essential micronutrients has been suggested to decrease infection as well as cancer risk by modifying specific phases of carcinogenesis. Micronutrients also enhance the functional activities of the immune system and its interacting mechanism of T cells and B cells, Mos, and NK cells specifically by enhancing the production of various cytokines to facilitate their phagocytic and cytotoxic action against invading pathogens and/or to destroy emerging premalignant cells. See, Chandra, R. K. ed. (1988), *Nutrition and Immunology: Contemporary Issues in Clinical Nutrition*, Alan R. Liss, New York. Thus, there is a need for a relatively inexpensive source of balanced nutrients. Ideal food products for enrichment with the conditioned media are breads, cereals and other grain products such as pastas, crackers, etc. Also, the medium may be further processed to concentrate or reduce one or more factor or component contained within the medium, for example, enrichment of a growth factor using

**28**

immunoaffinity chromatography or, conversely, removal of a less desirable component, for any given application as described in this section.

4.8.4. Animal Feed Supplement

The compositions may be used as a supplemental to animal feed. In one embodiment, the conditioned medium contains bovine serum that provides a source of protein and other factors that are beneficial for mammals such as cattle and other ruminant animals, such as cows, deer and the like. The medium is screened for pathogens and is free of bovine pathogens and mycoplasma. The conditioned medium of the invention is preferably obtained from cows raised in the United States so that the likelihood of pathogens is markedly diminished.

4.8.5. Cell Culture Medium

The medium compositions may be "re-used" to culture cells, particularly cells that are difficult to culture in vitro. Conventional growth medium is typically supplemented with many of the factors already present in Applicants' conditioned medium. Further, the conditioned medium also contains factors that promote cell attachment and growth such as extracellular matrix proteins described above. Increasing fibronectin or collagen concentrations may be beneficial for promoting cell attachment to a scaffold or culture surface. Rather than add these factors to the medium, conditioned medium may be used for culturing cells and preparing three-dimensional tissue constructs, such as Dermagraft®. Cellular debris or other particulate matter as well as proteases, lactic acid and other components possibly detrimental to cell growth can be removed from the medium prior to its reuse as a cell culture medium. It may also be desirous to use serum in the conditioned cell medium for this application. Serum also contains attachment factors such as fibronectin and serum-spreading factor which promote cell attachment to the substrate. Such attachment is required for the growth of some, but not all, cells in vitro. In addition to providing substances necessary for cell growth, serum may also play a role in stabilizing and detoxifying the culture environment. For example, serum has a significant buffering capacity and contains specific protease inhibitors, such as $\alpha_1$-antitrypsin and $\alpha_2$-macro globulin. Serum albumin, present in high levels in medium containing, for example, 10% serum, may act as a nonspecific inhibitor of proteolysis as well as bind fat-soluble vitamins and steroid hormones which can be toxic in their free form. Serum components may also bind and detoxify heavy metals and reactive organics which may be present in the medium components.

4.8.6. Pharmaceutical Applications

The conditioned medium of the invention contain a variety of useful pharmaceutical factors and components such as growth factors, regulatory factors, peptide hormones, antibodies, etc., as described throughout the specification and are therefore useful for a variety of pharmaceutical applications. Also, products which may be added include, but are not limited to, antibiotics, antivirals, antifingals, steroids, analgesics, antitumor drugs, investigational drugs or any compounds which would result in a complimentary or synergistic combination with the factors in the conditioned media. As previously discussed, the cells are cultured, and the media recovered under aseptic conditions. Additionally, the media can be tested for pathogens. If sterilization is done, it must be done in a manner which minimally affects the desired biological activity as described, supra. The medium may be further processed to concentrate or reduce one or more factor or component contained within the medium, for example, enrichment of a growth factor using immunoaffinity chromatography or, conversely, removal of

29
30

a less desirable component, for any given application as described therein. In a preferred embodiment, formulations are made from medium conditioned by a three-dimensional cell construct. The three-dimensional cultures produce a multitude of growth factors and proteins that are secreted into the medium at optimal physiological ratios and concentrations. The medium, therefore, provides a unique combination of factors and specified ratios that closely represent those found in vivo. Bovine serum is generally not preferred in this application. It may be preferable to remove cellular debris or other particular matter as well as proteases, lactic acid and other components possibly detrimental to cell growth.

The conditioned media may be formulated into pharmaceuticals in the form of tablets, capsules, skin patches, inhalers, eye drops, nose drops, ear drops, suppositories, creams, ointments, injectables, hydrogels and into any other appropriate formulation known to one of skill in the art. For oral administration the pharmaceutical compositions may take the form of, for example, tablets or capsules prepared by conventional means with pharmaceutically acceptable excipients such as binding agents (e.g., pregelatinised maize starch, polyvinylpyrrolidone or hydroxypropyl methylcellulose); fillers (e.g., lactose, microcrystalline cellulose or calcium hydrogen phosphate); lubricants (e.g., magnesium stearate, talc or silica); disintegrants (e.g., potato starch or sodium starch glycolate); or wetting agents (e.g., sodium lauryl sulphate). Tablets may be coated using methods well known in the art. Liquid preparations for oral administration may take the form of, for example, solutions, syrups or suspensions, or they may be presented as a dry product for constitution with water or other suitable vehicle before use. Such liquid preparations may be prepared by conventional means with pharmaceutically acceptable additives such as suspending agents (e.g., sorbitol syrup cellulose derivatives or hydrogenated edible fats); emulsifying agents (e.g., lecithin or acacia); non-aqueous vehicles (e.g., almond oil, oily esters, ethyl alcohol or fractionated vegetable oils); and preservatives (e.g., methyl or propyl-p-hydroxybenzoates or sorbic acid). The preparations may also contain buffer salts, flavoring, coloring and sweetening agents as appropriate.

The pharmaceutical formulations of the invention may be delivered to a patient via a variety of routes using standard procedures well known to those of skill in the art. For example, such delivery may be site-specific, oral, nasal, intravenous, subcutaneous, intradermal, transdermal, intramuscular or intraperitoneal administration. Also, they may be formulated to function as controlled, slow release vehicles.

Therapeutic products contained in the conditioned media include, but are not limited to, enzymes, hormones, cytokines, antigens, antibodies, clotting factors, and regulatory proteins. Therapeutic proteins include, but are not limited to, inflammatory mediators, angiogenic factors, Factor VIII, Factor IX, erythropoietin, alpha-1 antitrypsin, calcitonin, glucocerebrosidase, human growth hormone and derivatives, low density lipoprotein (LDL), Erythropoietin (EPO), and apolipoprotein E, IL-2 receptor and its antagonists, insulin, globin, immunoglobulins, catalytic antibodies, the interleukins, insulin-like growth factors, superoxide dismutase, immune responder modifiers, BMPs (bone morphogenic proteins) parathyroid hormone and interferon, nerve growth factors, tissue plasminogen activators, and colony stimulating factors. Of course, the medium may be further processed to concentrate or reduce one or more factor or component contained within the medium, for example, enrichment of a growth factor using immunoaffinity chromatography or, conversely, removal of a less desirable component, for any given application as described herein.

Thus, the condition cell media, and products derived from the media of the invention may be used, for example, to provide insulin in the treatment of diabetes, nerve growth factor for the treatment of Alzheimer's disease, factor VIII and other clotting factors for the treatment of hemophilia, dopamine for the treatment of Parkinson's disease, enkaphalins via adrenal chromaffin cells for the treatment of chronic pain, dystrophin for the treatment of muscular dystrophy, and human growth hormone for the treatment of abnormal growth.

Assays commonly employed by those of skill in the art may be utilized to test the activity of the particular factor or factors, thereby ensuring that an acceptable level of biological activity (e.g., a therapeutically effective activity) is retained by the attached molecule or encapsulated molecule.

Doses of such therapeutic protein agents are well known to those of skill in the art and may be found in pharmaceutical compendia such as the PHYSICIANS DESK REFERENCE, Medical Economics Data Publishers; REMINGTON'S PHARMACEUTICAL SCIENCES, Mack Publishing Co.; GOODMAN & GILMAN, THE PHARMACOLOGICAL BASIS OF THERAPEUTICS, McGraw Hill Publ., THE CHEMOTHERAPY SOURCE BOOK, Williams and Wilkens Publishers.

The therapeutically effective doses of any of the drugs or agents described above may routinely be determined using techniques well known to those of skill in the art. A "therapeutically effective" dose refers to that amount of the compound sufficient to result in amelioration of at least one symptom of the processes and/or diseases being treated.

Toxicity and therapeutic efficacy of the drugs can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, e.g., for determining the $LD_{50}$ (the dose lethal to 50% of the population) and the $ED_{50}$ (the dose therapeutically effective in 50% of the population). The dose ratio between toxic and therapeutic effects is the therapeutic index and it can be expressed as the ratio $LD_{50}/ED_{50}$. Compounds which exhibit large therapeutic indices are preferred. While compounds that exhibit toxic side effects may be used, care should be taken to design a delivery system that targets such compounds to the site of affected tissue in order to minimize potential damage to uninfected cells and, thereby, reduce side effects.

The data obtained from the cell culture assays and animal studies can be used in formulating a range of dosage for use in humans. The dosage of such compounds lies preferably within a range of circulating concentrations that include the $ED_{50}$ with little or no toxicity. The dosage may vary within this range depending upon the dosage form employed and the route of administration utilized. For any compound used in the method of the invention, the therapeutically effective dose can be estimated initially from cell culture assays. A circulating plasma concentration range that includes the $IC_{50}$ (i.e., the concentration of the test compound which achieves a half-maximal inhibition of symptoms) as determined in cell culture. Such information can be used to more accurately determine useful doses in humans. Levels in plasma may be measure, for example, by high performance liquid chromatography.

Additionally, the cells and tissues may be genetically engineered to enhance expression of a desired product such as insulin, for example, and/or to express nucleotide sequences and/or moieties which target the gene products

US 6,372,494 B1

31

listed above e.g. ribozyme, antisense molecules and triple helices, which may have an inhibitory effect on target gene expression and/or activity. This might be advantageous when culturing tissues in which specialized stromal cells in the medium may play particular structural/functional roles, e.g., glial cells of neurological tissue, Kupffer cells of liver, etc.

4.8.7. Stimulation of Hair Growth

The medium may be conditioned using, for example, human hair papilla cells. Preferably, the medium conditioned by such cells is grown in three-dimensions. Hair papilla cells are a type of mesenchymal stem cell that plays a pivotal role in hair formation, growth and restoration (Matsuzaki et al., *Wound Repair Regen*, 6:524–530 (1998)). The conditioned medium is preferably concentrated and applied as a topical formulation. The conditioned media compositions may be formulated for topical applications using an agent that facilitates penetration of the compound into the skin, for example, DMSO, and applied as a topical application for stimulating hair growth.

The compositions promote or restore hair growth when applied topically by providing growth factors and other factors that increase epithelial cell migration to hair follicles. In addition to the growth factors found in the conditioned media, other compounds, such as minoxidil and antibiotics can be used. There is a reduction in blood supply during catagen (the transitional phase of the hair follicle between growth and resting phases) and telogen (the resting phase). Biologically active molecules derived from the conditioned cell medium can be determined and optimized for use during these phases using assays known in the art including the stump-tailed macaque model for male-patterned baldness, see for example, Brigham, P. a., A. Cappas, and H. Uno, The Stumptailed Macaque as a Model for Androgenetic Alopecia Effect; of Topical Minoxidil Analyzed by Use of the Folliculogram, *Clin Dermatol*, 1988, 6(4): p. 177–87; Diani, A. R. and C. J. Mills, Immunocytochemical Localization of Androgen Receptors in the Scalp of the Stumptail Macaque Monley, a Model of Androgenetic Alopecia, *J. Invest Dermatol*, 1994, 102(4): p. 511–4; Holland, J. M., Animal Models of Alopecia, *Clin Dermatol*, 1988, 6(4): p. 159–162; Pan, H. J., et al., Evaluation of RU58841 as an Anti-Androgen in Prostate PC3 Cells and a Topical Anti-Alopecia Agent in the Bald Scalp of Stumptailed Macaques, *Endocrine*, 1998, 9(1): p. 39–43; Rittmaster, R. S., et al., The Effects of N,N-diethyl-4-methyl-3-oxo-4-aza-5 alpha-androstane-17 beta-carboxamide, a 5 alpha-reductase Inhibitor and Antiandrogen, on the Development of Baldness in the Stumptail Macaque, *J. Clin Endocrinol Metab*, 1987, 65(1): p. 188–93 (each of which is incorporated by reference in its entirety). Additional models include measuring differences in hair follicle proliferation from follicles cultured from bald and hairy areas, see, Neste, D. V., The Growth of Human hair in Nude Mice, *Dermatol Clin.*, 1996, 14(4): p. 609–17; McElwee, K. J., E. M. Spiers, and R. F. Oliver, In Vivo Depletion of CD8+T Cells Restores Hair Growth in the DEBR Model for Alopecia Areata, *Br J Dermatol*, 1996, 135(2): p. 211–7; Hussein, A. M., Protec-

32

tion Against Cytosine Arabinowide-Induced Alopecia by Minoxidil in a Rat Animal Model, *Int J Dermatol*, 1995, 34(7): p. 470–3; Oliver, R. F., et al., The DEBR Rat Model for Alopecia Areata, *J Invest Dermatol*, 1991, 96(5): p. 978; Michie, H. J., et al., Immunobiological Studies on the Alopecic (DEBER) Rat, *Br J Dermatol*, 1990, 123(5): p. 557–67 (each of which is incorporated by reference in its entirety).

We claim:

1. A method of making a composition comprising:

(a) culturing fibroblast cells in three-dimensions in a cell culture medium sufficient to meet the nutritional needs required to grow the cells in vitro until the cell culture medium contains a desired level of extracellular products so that a conditioned medium is formed;

(b) removing the conditioned medium from the cultured cells; and

(c) combining the conditioned medium with a pharmaceutically acceptable carrier to form the composition.

2. The method of claim 1 wherein the conditioned medium is recovered from a continuous flow system.

3. The method of claim 2 wherein the conditioned medium is cultured in an aseptic environment.

4. The method of claim 1 wherein the conditioned medium is cultured in an aseptic environment.

5. The method of claim 1 further comprising processing the conditioned medium or the composition to form a solid, lyophilisate, powder, gel, or film.

6. The method of claim 1 wherein the fibroblast cells are human fibroblast cells.

7. The method of claim 1 wherein the composition is suitable for cosmetic application.

8. A method of making a composition comprising:

(a) culturing fibroblast cells in three-dimensions on a framework composed of a biocompatible, non-living material formed into a three-dimensional structure in a cell culture medium sufficient to meet the nutritional needs required to grow the cells into a stromal tissue, said stromal tissue comprising fibroblast cells and connective tissue proteins naturally secreted by the cells attached to and substantially enveloping the framework, and culturing the cells until the medium contains a desired level of extracellular products so that a conditioned medium is formed;

(b) removing the medium from the cultured cells; and

(c) combining the conditioned medium with a pharmaceutically acceptable carrier to form to the composition.

9. The method of claim 8 wherein the three-dimensional framework comprises a mesh, sponge or a polymerized hydrogel.

10. The method of claim 8 further comprising processing the conditioned medium or the composition to form a solid, lyophilisate, powder, gel, or film.

11. The method of claim 8 wherein the composition is suitable for cosmetic application.

* * * * *



US007160726B2

(12) **United States Patent**
Mansbridge

(10) Patent No.: **US 7,160,726 B2**
(45) Date of Patent: ***Jan. 9, 2007**

(54) **COMPOSITIONS COMPRISING CONDITIONED CELL CULTURE MEDIA AND USES THEREOF**

(75) Inventor: **Jonathan N. Mansbridge**, La Jolla, CA (US)

(73) Assignee: **Skin Medica, Inc.,** Carlsbad, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/165,860**

(22) Filed: **Jun. 7, 2002**

(65) **Prior Publication Data**

US 2004/0142861 A1   Jul. 22, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/297,177, filed on Jun. 7, 2001.

(51) **Int. Cl.**
*C12N 5/00* (2006.01)
*C12N 5/08* (2006.01)

(52) **U.S. Cl.** ...................... **435/391**; 435/325; 435/366; 435/371; 435/395; 424/198.1; 514/2

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,091,173 A | * | 2/1992 | Buultjens et al. ............. 514/3 |
| 5,229,493 A | | 7/1993 | Folkman et al. ............ 530/350 |
| 5,888,551 A | * | 3/1999 | Jimenez et al. ............ 424/534 |
| 5,935,849 A | | 8/1999 | Schinstine et al. .......... 435/325 |
| 5,965,125 A | | 10/1999 | Mineau-Hanschke .... 424/93.21 |
| 6,372,494 B1 | * | 4/2002 | Naughton et al. .......... 435/391 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 93 04164 | 3/1993 |
| WO | WO 96 18726 | 6/1996 |
| WO | WO 97 21442 | 6/1997 |
| WO | WO 98/21312 | 11/1997 |
| WO | WO 00 46349 | 8/2000 |

OTHER PUBLICATIONS

Pinney, Emmett et al., "Human Three-Dimensional Fibroblast Cultures Express Angiogenic Activity," Journal of Cellular Physiology, vol. 183, No. 1, Apr. 2000, pp. 74-82.
Pinney, Emmett et al., "Wound Healing Potential of Dermagraft® Conditioned Medium," Journal of Investigative Dermatology, vol. 114, No. 4, Apr. 2000, p. 828.

* cited by examiner

*Primary Examiner*—Eileen B. O'Hara
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57) **ABSTRACT**

The invention relates to compositions comprising cell culture medium conditioned by cells grown in three-dimensional culture. The cells used to condition the medium may be genetically modified to alter the concentration of growth factors and antioxidants in the medium. The conditioned cell medium (conditioned medium) may be used for at least one of cosmetic applications, cosmeceutical applications, and pharmaceutical applications, among other things. The invention also relates to proteins comprising a heterologous sequence that enhances cell penetration. The invention also relates to cells comprising DNA encoding such proteins. Methods for preparing the inventive compounds are also provided.

**48 Claims, 6 Drawing Sheets**



## FIG. 1

**U.S. Patent**      Jan. 9, 2007      Sheet 2 of 6      US 7,160,726 B2



ANALYSIS OF ANTI-OXIDANT ACTIVITY IN CONDITIONED
MEDIUM ON EPIDERMAL KERATINOCYTES IN CULTURE

# FIG. 2



## FIG. 3A



## FIG. 3B



## FIG. 3C



## FIG. 3D

Case 3:09-cv-00122-JLS-RBB   Document 1   Filed 01/22/09   Page 35 of 58



## FIG. 4



UP-REGULATION OF KGF IN
DERMAGRAFT EXPOSED TO IL-1α



## FIG. 5

Exhibit B Page _33_



## FIG. 6



## FIG. 7

US 7,160,726 B2

**1**

**COMPOSITIONS COMPRISING
CONDITIONED CELL CULTURE MEDIA
AND USES THEREOF**

RELATED APPLICATIONS

This application claims priority of provisional U.S. Patent Application Ser. No. 60/297,177, filed Jun. 7, 2001, which is expressly incorporated herein by reference, in its entirety, for any purpose. This application is related to U.S. patent application Ser. No.: 09/313,538, filed May 14, 1999, which is expressly incorporated herein by reference, in its entirety, for any purpose.

FIELD OF THE INVENTION

The invention relates to compositions comprising cell culture medium conditioned by cells grown in three-dimensional culture. The cells used to condition the medium may be genetically modified to alter the concentration of growth factors and antioxidants in the medium. The conditioned cell medium (conditioned medium) is useful in cosmetic applications, cosmeceutical applications, and pharmaceutical applications, among other things. The invention also includes proteins comprising a peptide sequence that enhances cell penetration, DNA encoding such proteins, and cells containing such DNA. Methods for preparing the inventive compounds are also provided.

SUMMARY OF THE INVENTION

The present invention is directed to compositions comprising conditioned cell culture medium, or an extract thereof, generated using three-dimensional cell cultures and an appropriate carrier. The invention is also directed to methods for preparing such compositions. In certain embodiments, the three-dimensional culture comprises eukaryotic cells or human cells, particularly dermal fibroblasts, keratinocytes, epithelial cells, chondrocytes, smooth muscle cells, and myocytes. In certain embodiments the appropriate carrier is a pharmaceutically-acceptable carrier, a cosmetically-acceptable carrier, or a cosmeceutically-acceptable carrier. In certain embodiments, the conditioned cell culture media is generated using pre-conditioned media that is serum-free or animal product-free.

In certain embodiments, the conditioned media comprises at least one genetically-engineered growth factor or at least one genetically-engineered antioxidant. In certain embodiments, the compositions of the invention comprise at least one genetically-engineered growth factor, at least one genetically-engineered antioxidant, at least one genetically-engineered extracellular matrix component, or combinations thereof. In certain embodiments, the at least one genetically-engineered growth factor, the at least one genetically-engineered antioxidant, or the at least one genetically-engineered extracellular matrix component comprises at least one transport-enhanced growth factor, transport-enhanced antioxidant, or transport-enhanced extracellular matrix component. In certain embodiments, the transport-enhanced growth factor, transport-enhanced antioxidant, or transport-enhanced extracellular matrix component further comprises one of the amino acid sequences of Table 1 (SEQ ID NO:1–SEQ ID NO: 19).

In certain embodiments, a growth factor comprising a heterologous peptide sequence that enhances cell penetration is provided. In certain embodiments a cell comprising

**2**

DNA encoding a growth factor comprising a heterologous peptide sequence that enhances cell penetration is provided.

In certain embodiments an antioxidant comprising a heterologous peptide sequence that enhances cell penetration is provided. In certain embodiments a cell comprising DNA encoding an antioxidant comprising a heterologous peptide sequence that enhances cell penetration is provided.

In certain embodiments an extracellular matrix component comprising a heterologous peptide sequence that enhances cell penetration is provided. In certain embodiments a cell comprising DNA encoding an extracellular matrix component comprising a heterologous peptide sequence that enhances cell penetration is provided.

In certain embodiments, the inventive compositions comprise lotions, creams, gels, including hydrogels, powders, serums, salves, foundations, facial masks, lip care products, sunscreens, hair care products, such as shampoos, conditioners, including deep conditioners, hair care treatments, hot oil treatments, and the like, skin cleansers, exfoliants, compact formulations, or the like.

In certain embodiments, the conditioned media comprises at least one culture-derived growth factor, the at least one growth factor comprising at least one of: vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, or IL-8; and at least one culture-derived antioxidant, the at least one antioxidant comprising at least one of: glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, or cystine. In certain embodiments, the compositions further comprise at least one extracellular matrix component, such as soluble collagen, for example, but not limited to collagen type I or collagen type III.

In certain embodiments, the methods comprise combining a pre-conditioned medium with a three-dimensional culture under appropriate conditions to generate a conditioned medium comprising at least one culture-derived growth factor, the at least one growth factor comprising at least one of: vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, or IL-8; and at least one culture-derived antioxidant, the at least one antioxidant comprising at least one of: glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, or cystine. According to the methods of the invention, the conditioned media or an extract thereof are combined with an acceptable carrier to form a composition. In certain embodiments, the composition is a cosmeceutical composition and the acceptable carrier is a cosmeceutically-acceptable carrier. In certain embodiments, the three-dimensional culture comprises eukaryotic cells, particularly human dermal fibroblasts, keratinocytes, chondrocytes, smooth muscle cells, and the like.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 graphically depicts the effect of serum-free medium, pre-conditioned media, or conditioned media on the in vitro proliferation of fibroblast or keratinocyte cultures. Fibroblast proliferation is shown in solid bars with error bars. Keratinocyte proliferation is shown in gray stippled bars with error bars.

**3**

FIG. **2** graphically depicts the antioxidant activity of serum-free medium, control medium (pre-conditioned medium) and conditioned medium on cultured epidermal keratinocytes.

FIG. **3** depicts graphic representations of the measurement of antioxidant levels in filtered medium. Panel 3A shows the results of the HPLC analysis of α-tocopherol and γ-tocopherol, components of Vitamin E. Panel 3B shows the results of the HPLC analysis of glutathione (GSH). Panel 3C shows the results of the HPLC analysis of cysteine. Panel 3D shows the results of the HPLC analysis of cysteine and cystine combined.

FIG. **4** graphically depicts the effects of control (pre-conditioned) medium and conditioned medium on the collagen deposition by cultured fibroblasts.

FIG. **5** graphically depicts the enhancement, or up-regulation, of KGF secretion by three-dimensional human dermal fibroblast cultures (Dermagraft®) in the presence of IL-1α compared to parallel cultures in the absence of IL-1α.

FIG. **6** graphically depicts the enhancement of VEGF secretion in the presence of increasing concentrations of PDGF AB chains.

FIG. **7** provides a graphic comparison of the levels of VEGF secretion by fibroblast monolayer cultures, fibroblast stressed collagen gel three-dimensional cultures, fibroblast contracted collagen gel three-dimensional cultures, and fibroblast scaffold-based three-dimensional cultures.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

In this application, the use of the singular includes the plural unless specifically stated otherwise. In this application, the use of "or" means "and/or" unless stated otherwise. Furthermore, the use of the term "including", as well as other forms, such as "includes" and "included", is not limiting. Also, terms such as "element" or "component" encompass both elements and components comprising one unit and elements and components that comprise more than one subunit unless specifically stated otherwise.

The section headings used herein are for organizational purposes only and are not to be construed as limiting the subject matter described. All references cited in this specification are expressly incorporated by reference, in their entirety, for any purpose.

The term "culture-derived" as used herein refers to a component of conditioned cell culture media that is not present in the starting cell culture media that is used to culture and feed the cells, but is produced by the cultured cells and enters the media. For example, vascular epithelial growth factor (VEGF) is present in conditioned cell culture media obtained from three-dimensional cultures of human fibroblasts, while VEGF is not typically present in the original pre-conditioned cell culture media ("pre-conditioned media") prior to conditioning. Thus, VEGF is secreted into the media by the cells. Also within the meaning of the term culture-derived are compounds that are initially present in the pre-conditioned media, but whose concentration is increased during the culture process. For example, but not as a limitation, if the original pre-conditioned media comprises 1 ng/ml VEGF and the same media after conditioning comprises 5 ng/ml VEGF, then the conditioned media comprises culture-derived VEGF.

The term "growth factor" as used herein refers to a protein, a polypeptide, or a complex of polypeptides, including cytokines, that are produced by a cell and which can effect itself and/or a variety of other neighboring or distant

**4**

cells. Typically growth factors affect the growth and/or differentiation of specific types of cells, either developmentally or in response to a multitude of physiological or environmental stimuli. Some, but not all, growth factors are hormones. Exemplary growth factors are insulin, insulin-like growth factor (IGF), nerve growth factor, VEGF, keratinocyte growth factor (KGF), fibroblast growth factors (FGFs), including basic FGF (bFGF), platelet-derived growth factors (PDGFs), including PDGF-AA and PDGF-AB, hepatocyte growth factor (HGF), transforming growth factor alpha (TGFα), transforming growth factor beta (TGFβ), including TGFβ₁ and TGFβ₃, epidermal growth factor (EGF), granulocyte-macrophage colony-stimulating factor (GM-CSF), granulocyte colony-stimulating factor (G-CSF), interleukin-6 (IL-6), IL-8, and the like. Growth factors are discussed in, among other places, Molecular Cell Biology, Scientific American Books, Darnell et al., eds., 1986; The Molecular and Cellular Biology of Wound Repair, Clark, Plenum Press, 1996; and Principles of Tissue Engineering, 2d ed., Lanza et al., eds., Academic Press, 2000. The skilled artisan will understand that any and all culture-derived growth factors in the conditioned media described herein are within the scope of the invention.

The term antioxidant is used in the broad sense herein and encompasses any substance that slows down or prevents oxidation or free radical formation. Thus, antioxidants include enzymes and other compounds that are able to counteract, at least in part, the damaging effects of free radicals produced by, among other things, ultraviolet light and environmental pollutants, in tissues such as, but not limited to, the skin. For example, the antioxidant defense system of the skin includes antioxidant enzymes and a group of low molecular weight antioxidants (LMWA). The LMWA have been shown to prevent oxidative damage, at least in part, by interacting with radical oxygen species, either directly or indirectly. Exemplary antioxidants are cysteine, glutathione, glutathione disulfide, glutathione peroxidase, glutathione reductase, catalase, vitamin E, including alpha- and gamma-tocopherol, ascorbic acid, ubiquinol 9, ubiquinone 9, and the like. Discussions of antioxidants may be found in, among other places, Kohen et al., Toxicology 148: 149–157 (2000); Kohen, Biomed. Pharmacother. 53: 181–192 (1999); Kohen et al., Methods of Enzymol. 300: 285–90, Academic Press (1999); Miyachi, Dermatol. Sci. 9:79–86 (1995); and Stohs, J. Basic Clin. Physio. Pharmacol. 6:206–228 (1995). The skilled artisan will understand that any and all culture-derived antioxidants in the conditioned media described herein are within the scope of the invention.

The skilled artisan will readily understand what is meant by terminology such as "treated with an amount of IL-1α sufficient to enhance the expression of KGF" or "treated with an amount of PDGF sufficient to enhance the expression of VEGF." Additionally, the skilled artisan will be able to determine whether the expression of a particular growth factor has been induced or enhanced by performing an appropriate assay. Exemplary assays include ELISA, western blot, polyacrylamide gel electrophoresis, HPLC, or the like, using appropriate markers, standards, and/or commercially-available kits, as appropriate. For example, ELISA kits for the quantitation of VEGF, KGF, or various other growth factors are commercially available from R & D Systems, Minneapolis, Minn.

The term extracellular matrix ("ECM") encompasses essentially all secreted molecules that are immobilized outside of the cell. In vivo, the ECM provides order in the extracellular space and serves functions associated with

US 7,160,726 B2

5

establishing, separating, and maintaining differentiated tissues and organs. The ECM is a complex structure that is found, for example, in connective tissues and basement membranes, also referred to as the basal lamina. Connective tissue typically contains isolated cells surrounded by ECM that is naturally secreted by the cells. Components of the ECM have been shown to interact with and/or bind growth and differentiation factors, cytokines, matrix metalloproteases (MMPs), tissue inhibitors of metalloproteases (TIMPs), and other soluble factors that regulate cell proliferation, migration, and differentiation. Descriptions of the ECM and its components may be found in, among other places, Guidebook to the Extracellular Matrix, Anchor, and Adhesion Proteins, 2d ed., Kreis and Vale, eds., Oxford University Press, 1999 ("Kreis et al."); Geiger et al., Nature Reviews Molecular Cell Biology 2:793–803, 2001; Iozzo, Annual Review of Biochemistry, 1998, Annual Reviews, Palo Alto, Calif.; Boudreau and Jones, Biochem. J. 339: 481–88, 1999; Extracellular Matrix Protocols, Streuli and Grant, eds., Humana Press 2000; Metzler, Biochemistry the Chemical Reactions of Living Cells, 2d ed., vol. 1, 2001, Academic Press, San Diego, particularly chapter 8; and Lanza et al., particularly chapters 4 and 20.

Certain embodiments include at least one component of the ECM. In certain embodiments, the extracellular matrix component comprises at least one of: at least one protein, at least one glycoprotein, at least one proteoglycan, and at least one glycosaminoglycan. Exemplary glycoproteins, proteoglycans, and glycosaminoglycans include but are not limited to, collagen type I, collagen type II, collagen type III, collagen type IV, collagen type V, collagen type VI, collagen type VII, collagen type VIII, collagen type IX, collagen type X, collagen type XI, collagen type XII, collagen type XIII, collagen type XIV, collagen type XV, collagen type XVI, collagen type XVII, collagen type XVIII, fibronectin, laminin, particularly laminin-1, laminin-2, laminin-4, and laminin-5, lumican, tenascin, versican, perlecan, thrombospondin, particularly thrombospondin-2 and thrombospondin-4, or laminin, particularly laminin-1, -2, -4, and -5, agrin, nidogen, bamacan, decorin, biglycan, fibromodulin, elastin, fibrillin, hyaluronan, vitronectin, chondroitin sulphate, dermatan sulphate, heparan sulphate, and keratan sulphate.

The term "extract" when used in reference to conditioned cell culture media refers to any subcomponent of fraction of the conditioned media, whether obtained by dialysis, fractionation, distillation, phase separation, gel filtration chromatography, affinity chromatography, hollow fiber filtration, precipitation, concentration, or the like.

The term "substantially free from," when used in reference phenol red, "components of bovine-origin," or "non-human animal products" refers to conditioned media or extracts thereof that contain little to no phenol red, little to no components of bovine-origin, little or no non-human animal products, or combinations thereof. In certain embodiments, the conditioned cell culture media comprises less than 49.999%, 30%, 20%, 10%, 5%, 1%, 0.5%, 0.05%, or no (0%) phenol red. In certain embodiments, the conditioned media comprises less than 49.999%, 30%, 20%, 10%, 5%, 1%, 0.5%, 0.05%, or no (0%) components of bovine-origin. Exemplary media components of bovine-origin include fetal calf serum, calf serum, bovine serum, bovine collagen, bovine insulin, bovine transferrin, and the like. In certain embodiments, the conditioned media comprises less than 49.999%, 30%, 20%, 10%, 5%, 1%, 0.5%, 0.05%, or no (0%) non-human animal products. In addition to the exemplary components of bovine-origin, listed above, non-human animal products include any animal products not of human

6

origin, such as tissue culture components and products of porcine-origin. The skilled artisan will know that "serum-free" media and animal product-free media is commercially available from several vendors of cell culture media. Likewise, phenol red free media is also commercially available or can be prepared.

The term cosmeceutical refers to a formulation or composition comprising at least one biologically active ingredient that has an effect on the user of the product and at least one cosmeceutically-acceptable carrier. Cosmeceuticals may be viewed as cosmetics that, in certain applications and under appropriate conditions, may provide medicinal or drug-like benefits. In certain applications, for example, cosmeceuticals may affect the underlying structure of the skin, decrease wrinkle depth, or reverse or ameliorate the effect of photooxidation or aging on the skin. Cosmeceuticals may be particularly useful as skin care products, hair care products, and sun care products. In certain embodiments, cosmeceutical compositions comprise delivery systems including at least one of liposomes, cyclodextrins, polymer systems, or hyaluronic acid or related compounds. Cosmeceutical compositions comprise cosmeceutically-acceptable carriers. The skilled artisan will understand that a pharmaceutically-acceptable carrier or formulation that is suitable for topical applications will typically also be a cosmeceutically-acceptable carrier or formulation.

A topical cosmetic or cosmeceutical ointment, lotion, or gel composition typically contains a concentration of active ingredients comprising conditioned media or extracts thereof, from about 1 to 99%, about 5 to 95%, about 20 to 75%, or about 5 to 20%, in a cosmetically-acceptable carrier or a cosmeceutically-acceptable carrier, such as a pharmaceutical cream base, an oil-in-water emulsion, a water-in-oil emulsion, a gel, or the like. Various cosmetic and cosmeceutical compositions for topical use include drops, tinctures, lotions, creams, salves, serums, solutions, and ointments containing conditioned media or extracts, and an appropriate carrier. The optimal percentage of the conditioned media or extract in each composition varies according to the composition's formulation and the therapeutic effect desired.

The skilled artisan in the formulation arts will understand that the inventive compositions may comprise any of a number of cosmetically-, cosmeceutically-, or pharmaceutically-acceptable formulations, depending on the type of product, the nature of the composition, the location of composition's use, the desired effect, and the like. While proprietary formulations are common in the formulation arts, formulators of ordinary skill will be able to determine or readily select appropriate formulations for specific applications without undue experimentation.

The skilled artisan will understand that the appropriate carriers of the inventive compositions typically will contain ingredients, such as those typically found in the cosmetic and cosmeceutical fields: oils, waxes or other standard fatty substances, or conventional gelling agents and/or thickeners; emulsifiers; moisturizing agents; emollients; sunscreens; hydrophilic or lipophilic active agents, such as ceramides; agents for combatting free radicals; bactericides; sequestering agents; preservatives; basifying or acidifying agents; fragrances; surfactants; fillers; natural products or extracts of natural product, such as aloe or green tea extract; vitamins; or coloring materials. The amounts of these various ingredients will vary depending on the use of the composition and the cosmetic or cosmeceutical effect desired.

Discussions of cosmetic- and cosmeceutically-acceptable ingredients and formulations may be found in, among other

US 7,160,726 B2

7

places, FDA Cosmetics Handbook, U.S. Food and Drug Administration; Handbook of Cosmetic and Personal Care Additives, Ash and Ash, compilers, 1994, Chemical Publishing, New York, N.Y.; Bennett's Cosmetic Formulary, 1993, Chemical Publishing Co.; Harry's Cosmeticology, 7th ed., Wilkinson & Moore, 1982 and 8th ed., Rieger, 2000, Chemical Publishing; Cosmetic Bench Reference-2001, Allerud Publishing Corp.; CTFA Compendium of Cosmetic Ingredient Composition, Nikitakis and McEwen, eds., 1990, Cosmetic, Toiletry, and Fragrance Association, Washington, D.C., Surfactant Encyclopedia, 2nd revised edition, Rieger, 1996, Allured Publishing; The Chemistry and Manufacture of Cosmetics, 2nd ed., De Navarre, Van Nostrand, Princeton, N.J.; Encyclopedia of Common Natural Ingredients Used in Food, Drugs, and Cosmetics, Leung, 1996, John Wiley; A Consumer's Dictionary of Cosmetic Ingredients, 5th ed., Winter, 1999, Three Rivers Press, New York, N.Y.; Cosmeceuticals: Active Skin Treatment, 1998, Allured Publishing; Handbook of Cosmetic Science and Technology, Knowlton and Pearce, 1993, Elsevier Advanced Technology, Oxford, UK; Personal-Care Formulas, 1997, Allured Publishing; Beginning Cosmetic Chemistry, Scheuller and Romanowski, 1999, Allured Publishing; and Skin Permeation: Fundamentals and Application, Zatz, 1993, Allured Publishing. Discussions of pharmaceutically-acceptable ingredients and formulations may be found in, among other places, Remington's Pharmaceutical Sciences, 18th ed., Gennaro, ed., 1990, Mack Publishing.

In certain embodiments, the conditioned media is generated using pre-conditioned media that is serum-free or animal product-free. Serum-free and animal product-free (sometimes referred to as protein-free) media is commercially available from, among other vendors, LifeTechnologies-GibcoBRL, Rockville, Md.; Sigma-Aldrich, Saint Louis, Mo.; or BioWhittaker, Walkersville, Md.). Exemplary serum-free media include: UltraCULTURE™, Ultra-DOMA™ and UltraCHO™, from BioWhittaker; Serum-free Hybridoma Medium, CHO Serum-free Medium, and MDCK Serum-free Medium, from Sigma-Aldrich; and Keratinocyte-SFM (KSFM), AIM V® Media, StemPro®-34 SFM, Human Endothelial-SFM, Macrophage-SFM, and HepatoZYME-SFM from Life Technologies. Exemplary protein-free media include: UltraDOMA-PF™ from Bio-Whittaker; Animal Component-free Hybridoma Medium, Serum-free and Protein-free Hybridoma Medium Hybri-Max®, CHO Protein-free Medium, Chemically-defined CHO Medium, and MDCK Protein-free Medium from Sigma-Aldrich; and Defined Keratinocyte-SFM from Life Technologies. The skilled artisan will appreciate that the use of serum-free media for mammalian cell culture is well established, and is described in, among other places, Cold

8

Spring Harbor Conferences on Cell Proliferation, Vol. 9, Sato et al., eds., (1982) Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.; Barnes et al., Anal. Biochem. 102, 255 (1980); BioWhittaker 1999/2000 catalog, pp. 42–51; Barnes, Serum-Free Animal Cell Culture, BioTechniques 5(6):534–42; and Freshney, Culture of Animal Cells, 3d ed., Wiley-Liss, New York, N.Y., 1994.

In certain embodiments, a three-dimensional cell culture comprises a scaffold or framework. Three-dimensional cell culture frameworks are described in, among other places, U.S. Pat. Nos. 4,963,489; 5,460,939; and U.S. application Ser. No. 09/137,567; see also, Pachence and Kohn, Biodegradable Polymers, pp. 263–77, in Principles of Tissue Engineering, 2d ed., Lanza et al., eds., Academic Press, 2000 (describing suitable materials and selection criteria). In other embodiments, a three-dimensional cell culture comprises a collagen matrix, including contracted collagen gels; a gelatin matrix; or a gel matrix. In certain embodiments, the collagen matrix comprises human collagen. In certain embodiments, the collagen matrix comprises bovine collagen, porcine collagen, rat collagen, or combinations thereof. Collagen gels for use as hydrogel scaffolds are described in, among other places, Pachence and Kohn, Biodegradable Polymers, pp. 263–77, in Principles of Tissue Engineering, 2d ed., Lanza et al., eds., Academic Press, 2000; and Parenteau, The First Tissue-Engineered Products, Scientific American 280:83–84,1999. See generally, Principles of Tissue Engineering, Lanza et al., eds., R. G. Landes Co. and Academic Press, 1997; and Principles of Tissue Engineering, 2d ed., Lanza et al., eds., Academic Press, 2000.

In certain embodiments, the conditioned media comprises at least one genetically-engineered growth factor, at least one genetically-engineered antioxidant, and/or at least one genetically-engineered extracellular matrix component, wherein the at least one growth factor or antioxidant includes a heterologous peptide sequence that is capable of enhancing cell penetration, also referred to as protein transduction. A heterologous peptide sequence is a contiguous string of amino acids that are not found in the naturally-occurring growth factor or antioxidant. Rather, the heterologous peptide has been introduced into the naturally-occurring growth factor or antioxidant, typically at or near the amino terminus or the carboxy terminus, using a conventional molecular biology technique such as genetic engineering. Such a "transport-enhanced" growth factor, antioxidant, or extracellular matrix component may, under appropriate conditions, penetrate the cell more readily or more quickly than its naturally-occurring counterpart. Exemplary heterologous peptides known to enhance cell membrane permeation or transport are shown in Table 1 below.

TABLE 1

| Exemplary Transport Peptides | | |
| --- | --- | --- |
| Amino Acid Sequence | Identity | Reference |
| Arg-Gln-Ile-Lys-Ile-Trp-Phe-Gln-Asn-Arg-Arg-Met-Lys-Trp-Lys-Lys (SEQ ID NO:1) | Antennapedia homeodomain (43–58) | Derossi et al. |
| Arg-Gln-Ile-Lys-Ile-Trp-Phe-Pro-Asn-Arg-Arg-Met-Lys-Trp-Lys-Lys (SEQ ID NO:2) | Pro 50 | Derossi et al. |
| Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg (SEQ ID NO:3) | HIV-1 Tat transduction domain (49–57) | Kwon et al. |

US 7,160,726 B2

9           10

TABLE 1-continued

Exemplary Transport Peptides

| Amino Acid Sequence | Identity | Reference |
|---|---|---|
| Gly-Trp-Thr-Leu-Asn-Ser-Ala-Gly-Tyr-Leu-Leu-Gly-Lys-Ile-Asn-Leu-Lys-Ala-Leu-Ala-Ala-Leu-Ala-Lys-Ile-Leu (SEQ ID NO:4) | Transportan | Pooga et al. |
| Thr-Arg-Gln-Ala-Arg-Arg-Asn-Arg-Arg-Arg-Arg-Trp-Arg-Glu-Arg-Gln-Arg (SEQ ID NO:5) | HIV-1 Rev (34-50) | Futaki et al. |
| Arg-Arg-Arg-Arg-Asn-Arg-Thr-Arg-Arg-Asn-Arg-Arg-Arg-Val-Arg (SEQ ID NO:6) | FHV coat (35-49) | Futaki et al. |
| Lys-Met-Thr-Arg-Ala-Gln-Arg-Ala-Ala-Ala-Arg-Arg-Asn-Arg-Trp-Thr-Ala-Arg (SEQ ID NO:7) | BMV Gag (7-25) | Futaki et al. |
| Thr-Arg-Arg-Gln-Arg-Thr-Arg-Arg-Ala-Arg-Arg-Asn-Arg (SEQ ID NO:8) | HTLV-II Rex (4-16) | Futaki et al. |
| Lys-Leu-Thr-Arg-Ala-Gln-Arg-Arg-Ala-Ala-Ala-Arg-Lys-Asn-Lys-Arg-Asn-Thr-Arg (SEQ ID NO:9) | CCMV Gag (7-25) | Futaki et al. |
| Asn-Ala-Lys-Thr-Arg-Arg-His-Glu-Arg-Arg-Arg-Lys-Leu-Ala-Ile-Glu-Arg (SEQ ID NO:10) | P22 N (14-30) | Futaki et al. |
| Met-Asp-Ala-Gln-Thr-Arg-Arg-Arg-Glu-Arg-Arg-Ala-Glu-Lys-Gln-Ala-Gln-Trp-Lys-Ala-Ala-Asn (SEQ ID NO:11) | γN (1-22) | Futaki et al. |
| Thr-Ala-Lys-Thr-Arg-Tyr-Lys-Ala-Arg-Arg-Ala-Glu-Leu-Ile-Ala-Glu-Arg-Arg (SEQ ID NO:12) | Φ21 N (12-29) | Futaki et al. |
| Thr-Arg-Arg-Asn-Lys-Arg-Asn-Arg-Lys-Gln-Glu-Gln-Leu-Asn-Leu-Lys (SEQ ID NO:13) | Yeast PRP6 (129-144) | Futaki et al. |
| Lys-Arg-Arg-Ile-Arg-Arg-Glu-Arg-Gln-Lys-Met-Ala-Ala-Ala-Lys-Ser-Arg-Asn-Arg-Arg-Arg-Glu-Leu-Thr-Asp-Thr (SEQ ID NO:14) | Human cFos (139-164) | Futaki et al. |
| Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Pro-Pro-Gln (SEQ ID NO:15) | D-Tat | Futaki et al. |
| Gly-Arg-Arg-Arg-Arg-Arg-Arg-Arg-Arg-Arg-Pro-Pro-Gln (SEQ ID NO:16) | R₉-Tat | Futaki et al. |
| Arg-Ile-Lys-Ala-Glu-Arg-Lys-Arg-Met-Arg-Asn-Arg-Ile-Ala-Ala-Ser-Lys-Ser-Arg-Lys-Arg-Lys-Leu-Glu-Arg-Ile-Ala-Arg (SEQ ID NO:17) | Human cJun (252-279) | Futaki et al. |
| Arg-Arg-Arg-Arg-Arg-Arg (SEQ ID NO:18) | R₆ | Futaki et al. |
| Lys-Arg-Ala-Arg-Asn-Thr-Glu-Ala-Ala-Arg-Arg-Ser-Arg-Ala-Arg-Lys-Leu-Gln-Arg-Met-Lys-Gln (SEQ ID NO:19) | Yeast GCN4 (231-252) | Futaki et al. |

55

The person of skill in the art will realize that although the transport peptides shown in Table 1 typically contain L-amino acids, transport peptides comprising D-amino acids, in whole or in part, such as D43-58 (Derossi et al.), are also within the scope of the invention. Such peptides may have the benefit of being more stable, for example, less susceptible to proteolysis than the L-enantiomer. The skilled artisan will appreciate that a genetically-engineered construct comprising a nucleic acid sequence encoding transport peptide, for example, but not limited to, one of the peptides shown in Table 1 (with or without D-amino acid residues)

operatively linked to a nucleic acid sequence encoding a growth factor, an antioxidant, or an extracellular matrix component, would produce a transport-enhanced growth factor, transport-enhanced antioxidant, or transport-enhanced extracellular matrix component, either inducibly or constitutively depending on the construct. Such genetically-engineered constructs, when operatively linked to appropriate regulatory sequences, such as one or more promoter, one or more enhancer, a polyA encoding sequence, and a termination sequence, could under appropriate conditions be used to stably transform eukaryotic cells, including, but not

Exhibit B Page 39

US 7,160,726 B2

**11**

limited to human cells, using methods known in the art. These stably transformed cells could be used to seed three-dimensional frameworks, collagen gels, or the like, and then propagated using conventional methods to generate a three-dimensional culture. The conditioned media from these cultures would, under appropriate conditions, comprise the transport-enhanced growth factor, transport-enhanced antioxidant, and/or transport-enhanced extracellular matrix component.

Examples of transport enhancing peptides and methods of genetically-engineering transport-enhanced molecules may be found in, among other places, Stephens et al., Proc. Natl. Acad. Sci., in press (2001) (www.pnas.org.cgi/doi/pnas.081065198); Schwarze et al., Trends in Cell Biology, 10:290–95 (2000); Falwell et al., Proc. Natl. Acad. Sci. 91:664–68 (1994); Pooga et al., FASEB J. 12:67–77 (1998); Vivés et al., J. Biol. Chem. 272:16010–17 (1997); Derossi et al., J. Biol. Chem. 271:18188–93 (1996); Kwon et al., FEBS Letters 485:163–67 (2000); Barka et al., J. Histochem. Cytochem. 48:1453–60 (2000); Steffen, Methods in Mol. Biol. 161:141–148 (2001); and Futaki et al., J. Biol. Chem. 276:5836–40 (2001).

Descriptions of conventional molecular biology techniques and protocols may be found in, among other places, Ausbel et al., Current Protocols in Molecular Biology, John Wiley & Sons, Inc. (1995, including supplements through Jun. 7, 2001)("Ausbel et al."); Sambrook et al., Molecular Cloning: A Laboratory Manual, 2 ed., Cold Spring Harbor Press (1989)("Sambrook et al."); Sambrook and Russell, Molecular Cloning: A Laboratory Manual, 3 ed., Cold Spring Harbor Press (2001)("Sambrook and Russell").

The term "transport-enhanced growth factor", "transport-enhanced antioxidant", or "transport-enhanced extracellular matrix component" as used herein refers to any protein or polypeptide having the growth factor, antioxidant, or extracellular matrix component properties, respectively, as the corresponding naturally-occurring growth factor, antioxidant, or extracellular matrix component, other than cell permeation or transport. For example, but not limited to, transport-enhanced VEGF and naturally-occurring VEGF. A specific transport-enhanced growth factor or transport-enhanced antioxidant refers to (1) an amino acid sequence encoded by a gene fragment encoding a specific growth factor or a specific antioxidant fused to a gene fragment encoding a transport peptide, and biologically active peptide or polypeptide fragments derived therefrom, (2) naturally-occurring allelic variants of the gene fragment which result in one or more amino acid substitutions, deletions, and/or insertions as compared to the corresponding naturally-occurring growth factor or antioxidant and/or (3) chemically modified derivatives as well as nucleic acid and or amino acid sequence variants thereof as provided for herein.

As used herein, the term "transport-enhanced growth factor fragment" or "transport-enhanced antioxidant fragment" refers to a peptide or polypeptide that contains less than the full length amino acid sequence of naturally occurring transport-enhanced growth factor or transport-enhanced antioxidant, but has substantially the same biological activity as transport-enhanced growth factor or transport-enhanced antioxidant. Such a fragment may be truncated at the amino terminus, the carboxy terminus, and/or internally, and may be chemically modified.

As used herein, the term "transport-enhanced growth factor derivative" or "transport-enhanced growth factor variant" refers to a transport-enhanced growth factor, or fragment that 1) has been chemically modified, as for example, by addition of one or more polyethylene glycol molecules,

**12**

sugars, phosphates, or other such molecules not naturally attached to naturally-occurring growth factor, and/or 2) contains one or more nucleic acid or amino acid sequence substitutions, deletions, and/or insertions as compared to the naturally-occurring growth factor. As used herein, the term "transport-enhanced antioxidant derivative" or "transport-enhanced antioxidant variant" refers to a transport-enhanced antioxidant, or fragment that 1) has been chemically modified, as for example, by addition of one or more polyethylene glycol molecules, sugars, phosphates, or other such molecules not naturally attached to the corresponding naturally-occurring antioxidant, and/or 2) contains one or more nucleic acid or amino acid sequence substitutions, deletions, and/or insertions as compared to the naturally-occurring antioxidant.

Percent sequence identity can be determined by standard methods that are commonly used to compare the similarity in position of the amino acids of two polypeptides. By way of example, using a computer program such as BLAST or FASTA, the two polypeptides for which the percent sequence identity is to be determined are aligned for optimal matching of their respective amino acids (the "matched span", which can include the full length of one or both sequences, or a pre-determined portion of one or both sequences). Each computer program provides a "default" opening penalty and a "default" gap penalty, and a scoring matrix such as PAM 250. Dayhoff et al., in: Atlas of Protein Sequence and Structure, vol. 5, supp.3 (1978) can be used in conjunction with the computer program. The percent identity can then be calculated by determining the percent identity using an algorithm contained in a program such as FASTA: ##EQU1##

Polypeptides that are at least 70 percent identical will typically have one or more amino acid substitutions, deletions, and/or insertions as compared with the corresponding naturally-occurring growth factor or antioxidant. Usually, the substitutions will be conservative so as to have little or no effect on the overall net charge, polarity, or hydrophobicity of the protein but optionally may increase the activity of the transport-enhanced growth factor or transport-enhanced antioxidant. Conservative substitutions are set forth in Table 2 below.

TABLE 2

| Conservative Amino Acid Substitutions | |
| --- | --- |
| Basic: | arginine |
| | lysine |
| | histidine |
| Acidic: | glutamic acid |
| | aspartic acid |
| Polar: | glutamine |
| | asparagine |
| Hydrophobic: | leucine |
| | isoleucine |
| | valine |
| Aromatic: | phenylalanine |
| | tryptophan |
| | tyrosine |
| Small: | glycine |
| | alanine |
| | serine |
| | threonine |
| | methionine |

As used herein, the terms "effective amount", "therapeutically-effective amount", and "cosmeceutically-effective

US 7,160,726 B2

**13**

amount" refer to the amount of conditioned media or extract necessary to produce the desired pharmaceutical or cosmeceutical effect.

The transport-enhanced growth factors or transport-enhanced antioxidants that have use in practicing the present invention may be naturally occurring full length polypeptides, or truncated polypeptides or peptides (i,e, "fragments"). The polypeptides or fragments may be chemically modified, i.e., glycosylated, phosphorylated, and/or linked to a polymer, as described below. In addition, the polypeptides or fragments may be variants of the corresponding naturally-occurring growth factors or antioxidants (i.e., may contain one or more amino acid deletions, insertions, and/or substitutions as compared with naturally-occurring growth factor or antioxidant).

The full length transport-enhanced growth factor or fragments thereof or full length transport-enhanced antioxidant or fragments thereof can be prepared using well known recombinant DNA technology methods. Alternatively, a gene fragment encoding the transport-enhanced growth factor or fragment, or the transport-enhanced antioxidant or fragment may be prepared by chemical synthesis using methods well known to the skilled artisan such as those described by Engels et al. (Angew. Chem. Intl. Ed., 28:716–734 (1989)). These methods include, inter alia, the phosphotriester, phosphoramidite, and H-phosphonate methods for nucleic acid synthesis. A preferred method for such chemical synthesis is polymer-supported synthesis using standard phosphoramidite chemistry. Typically, the DNA encoding the transport-enhanced growth factor or transport-enhanced antioxidant will be several hundred nucleotides in length. Nucleic acids larger than about 100 nucleotides can be synthesized as several fragments using these methods. The fragments can then be ligated together to form the full length transport-enhanced growth factor of the transport-enhanced antioxidant. In certain embodiments, the DNA fragment encoding the amino terminus of the polypeptide will have an ATG, which encodes a methionine residue. This methionine may or may not be present on the mature form of the transport-enhanced growth factor or transport-enhanced antioxidant.

In some cases, it may be desirable to prepare nucleic acid and/or amino acid variants of naturally-occurring growth factor or antioxidant. Nucleic acid variants (wherein one or more nucleotides are designed to differ from the wild-type or naturally-occurring growth factor or antioxidant) may be produced using site directed mutagenesis or PCR amplification where the primer(s) have the desired point mutations (see Sambrook et al., Sambrook and Russell, and Ausubel et al., for descriptions of mutagenesis techniques). Chemical synthesis using methods described by Engels et al., supra, may also be used to prepare such variants. Other methods known to the skilled artisan may be used as well. Preferred nucleic acid variants are those containing nucleotide substitutions accounting for codon preference in the host cell that is to be used to produce the transport-enhanced growth factor or transport-enhanced antioxidant. Other preferred variants are those encoding conservative amino acid changes as described above (e.g., wherein the charge or polarity of the naturally occurring amino acid side chain is not altered substantially by substitution with a different amino acid) as compared to wild type, and/or those designed to either generate a novel glycosylation and/or phosphorylation site(s) on growth factor or antioxidant component of the transport-enhanced protein, or those designed to delete an

**14**

existing glycosylation and/or phosphorylation site(s) on the growth factor or antioxidant component of the transport-enhanced protein.

The fused gene fragment encoding the transport-enhanced growth factor or the fused gene fragment encoding the transport-enhanced antioxidant can be inserted into an appropriate expression vector for expression in a host cell. The vector is typically selected to be functional in the particular host cell employed (i.e., the vector is compatible with the host cell machinery such that amplification of the fused gene fragment and/or expression of the fused gene fragment can occur).

Typically, the vectors used in any of the host cells will contain 5' flanking sequence (also referred to as a "promoter") and other regulatory elements as well such as an enhancer(s), a transcriptional termination element, a complete intron sequence containing a donor and acceptor splice site, a signal peptide sequence, a ribosome binding site element, a polyadenylation sequence, a polylinker region for inserting the nucleic acid encoding the polypeptide to be expressed, and a selectable marker element. Each of these elements are discussed below. Optionally, the vector may contain a "tag" sequence, i.e., an oligonucleotide sequence located at the 5' or 3' end of the transport-enhanced growth factor or transport-enhanced antioxidant coding sequence that encodes polyHis (such as hexaHis) or another small immunogenic sequence. This tag will be expressed along with the protein, and can serve as an affinity tag for purification of the transport-enhanced growth factor or transport-enhanced antioxidant from the host cell. Optionally, the tag can subsequently be removed from the purified transport-enhanced growth factor or transport-enhanced antioxidant by various means such as using an appropriate peptidase.

The 5' flanking sequence may be homologous (i.e., from the same species and/or strain as the host cell), heterologous (i.e., from a species other than the host cell species or strain), hybrid (i.e., a combination of 5' flanking sequences from more than one source), synthetic, or it may be the native growth factor or antioxidant 5' flanking sequence. As such, the source of the 5' flanking sequence may be any eukaryotic cell, typically mammalian cells, preferably human cells, provided that the 5' flanking sequence is functional in, and can be activated by, the host cell machinery.

The 5' flanking sequences useful in the vectors of this invention may be obtained by any of several methods well known in the art. Typically, 5' flanking sequences useful herein other than the naturally-occurring growth factor or antioxidant 5' flanking sequence will have been previously identified by mapping and/or by restriction endonuclease digestion and can thus be isolated from the proper tissue source using the appropriate restriction endonucleases. In some cases, the full nucleotide sequence of the 5' flanking sequence may be known. Here, the 5' flanking sequence may be synthesized using conventional molecular biology methods.

Where all or only a portion of the 5' flanking sequence is known, it may be obtained using PCR and/or by screening a genomic library with suitable oligonucleotide and/or 5' flanking sequence fragments from the same or another species.

Where the 5' flanking sequence is not known, a fragment of DNA containing a 5' flanking sequence may be isolated from a larger piece of DNA that may contain, for example, a coding sequence or even another gene or genes. Isolation may be accomplished by restriction endonuclease digestion using one or more carefully selected enzymes to isolate the proper DNA fragment. After digestion, the desired fragment

15

may be isolated by agarose gel purification, Qiagen® column (Valencia, Calif.) or other methods known to the skilled artisan. Selection of suitable enzymes to accomplish this purpose will be readily apparent to one of ordinary skill in the art.

The transcription termination element is typically located 3' of the end of the transport-enhanced growth factor coding sequence or the transport-enhanced antioxidant coding sequence and serves to terminate transcription of the transport-enhanced growth factor or transport-enhanced antioxidant.

A selectable marker gene element encodes a protein necessary for the survival and growth of a host cell grown in a selective culture medium, such as G418, or a readily identifiable marker, such as green fluorescent protein (GFP).

The ribosome binding element, commonly called the Kozak sequence in eukaryotes, is necessary for translation initiation of mRNA. The element is typically located 3' to the promoter and 5' to the coding sequence of the transport-enhanced growth factor or transport-enhanced antioxidant to be synthesized.

In many cases, transcription of the transport-enhanced growth factor or transport-enhanced antioxidant is increased by the presence of one or more introns on the vector. This is particularly true where the transport-enhanced growth factor or transport-enhanced antioxidant is produced in eukaryotic host cells, especially mammalian host cells. The introns used may be naturally-occurring within the corresponding growth factor or antioxidant sequence, especially where the growth factor or antioxidant sequence used is a full length genomic sequence or a fragment thereof. Where the intron is not naturally-occurring within the growth factor or antioxidant sequence (as for most cDNAs), the intron(s) may be obtained from another source. The position of the intron with respect to the 5' flanking sequence and the growth factor or antioxidant coding sequence is important, as the intron must be transcribed to be effective. As such, where the growth factor or antioxidant nucleic acid sequence is a cDNA sequence, the preferred position for the intron is 3' to the transcription start site, and 5' to the polyA transcription termination sequence. Preferably for growth factor or antioxidant cDNAs, the intron will be located on one side or the other (i.e., 5' or 3') of the growth factor or antioxidant coding sequence such that it does not interrupt the coding sequence. Any intron from any source, including any virus or eukaryotic organism, may be used to practice this invention, provided that it is compatible with the host cell(s) into which it is inserted. Also included herein are synthetic introns. Optionally, more than one intron may be used in the vector.

Where one or more of the elements set forth above are not already present in the vector to be used, they may be individually obtained and ligated into the vector. Methods used for obtaining each of the elements are well known to the skilled artisan and are comparable to the methods set forth above (i.e., synthesis of the DNA, library screening, and the like).

The final vectors used to practice this invention are typically constructed from a starting vectors such as a commercially available vector. Such vectors may or may not contain one of the elements to be included in the completed vector. If none of the desired elements are present in the starting vector, each element may be individually ligated into the vector by cutting the vector with the appropriate restriction endonuclease(s) such that the ends of the element to be ligated in and the ends of the vector are compatible for ligation. In some cases, it may be necessary to "blunt" the ends to be ligated together in order to obtain a satisfactory

16

ligation. Blunting is accomplished by first filling in "sticky ends" using Klenow DNA polymerase or T4 DNA polymerase in the presence of all four nucleotides. This procedure is well known in the art and is described for example in Sambrook et al.

Alternatively, two or more of the elements to be inserted into the vector may first be ligated together (if they are to be positioned adjacent to each other) and then ligated into the vector.

Another method for constructing the vector comprises ligating all of the various elements simultaneously in one reaction mixture. Here, many nonsense or nonfunctional vectors will be generated due to improper ligation or insertion of the elements, however the functional vector may be identified and selected by restriction endonuclease digestion.

Preferred vectors for practicing this invention are those which are compatible with mammalian host cells, particularly human cells. The skilled artisan will know that such vectors may be commercially available. After the vector has been constructed and the gene fragment encoding the transport peptide and the growth factor or antioxidant has been inserted into the proper site of the vector, the completed vector may be inserted into a suitable host cell.

Suitable cells or cell lines may be mammalian cells, preferably human cells such as human dermal fibroblasts, keratinocytes, or other cell types suitable for three-dimensional culture, as described above.

Insertion of the vector into the selected host cell may be accomplished using such methods as calcium chloride precipitation, electroporation, microinjection, lipofection or the DEAE-dextran method. The method selected will in part be a function of the type of host cell to be used. These methods and other suitable methods are well known to the skilled artisan, and are set forth, for example, in Sambrook et al., Sambrook and Russell, or Ausbel et al.

The host cells containing the vector may be cultured using standard media well known to the skilled artisan. The media will usually contain all nutrients necessary for the growth and survival of the cells. The host cells may be transiently transformed or stably transformed, depending on the long term presence of the vector. Typically, stably transformed cells are desired for seeding three-dimensional cultures.

The amount of the transport-enhanced growth factor or transport-enhanced antioxidant produced in the host cell can be evaluated using standard methods known in the art. Such methods include, without limitation, ELISA, Western blot analysis, SDS-polyacrylamide gel electrophoresis, non-denaturing gel electrophoresis, HPLC separation, immunoprecipitation, and the like.

The invention, having been described above, may be better understood by reference to examples. The following examples are intended for illustration purposes only, and should not be construed as limiting the scope of the invention in any way.

EXAMPLE 1

Fibroblast Monolayer Cell Culture

Normal human dermal fibroblasts, isolated from a human foreskin, were cultured in a 150 cm² tissue culture flasks (Corning, Corning, N.Y.) in monolayer culture using preconditioned cell culture media (in this example, high-glucose Dulbecco's Modified Eagle's Media (DMEM; Gibco-BRL, Grand Island, N.Y.) supplemented with 10% bovine calf serum (Hyclone Laboratories, Logan, Utah), nonessential amino acids (GibcoBRL), and 100 U/ml penecillin-

US 7,160,726 B2

17

streptomycin-250 ng/ml amphoterecin B (GibcoBRL) ("DMEM 1") in a 37° C., 5% $CO_2$ incubator. Monolayer cultures were fed twice weekly with fresh pre-conditioned media and passaged weekly using a 1 to 10 split, as described. See generally, Pinney et al., J. Cell. Physio., 183:74–82 (2000). The dermal fibroblasts may also be expanded in roller bottles with DMEM 1. The conditioned media from these monolayer cultures is collected and saved for future use.

While fibroblast cells have been used for illustrative purposes in this example, the skilled artisan will understand that many other types of cells, for example, but not limited to, other epithelial cell types, endothelial cells, smooth muscle cells, myocytes, keratinocytes, chondrocytes, and the like, may be grown in monolayer culture and in three-dimensional culture.

## EXAMPLE 2

### Fibroblast Three-Dimensional Culture

Human dermal fibroblasts, for example, from Example 1, can be seeded onto a variety of three-dimensional frame-works or suspended in a collagen matrix, using conventional technology. For example, cells can be seeded onto a bioab-sorbable polyglactin mesh framework, such as Vicryl™, a substance commonly used for suture material that is com-posed of biodegradable mesh fibers of polyglactin 910 (a copolymer of 90:10 polyglycolic acid to polylactic acid) or a three-dimensional lactate/glycolate polymer framework.

Fibroblasts were cultured for approximately two weeks on a three-dimensional lactate/glycolate copolymer framework in antibiotic-free, high-glucose DMEM supplemented with 10% calf serum, 2 mM L-glutamine, non-essential amino acids, and 50 µg/ml ascorbate (J. T. Baker) ("DMEM 2"). In the presence of DMEM 2 and under conditions appropriate for cell growth, the fibroblasts proliferate to fill the inter-stices of the framework. The cells secrete collagen and other extracellular matrix components, growth factors, and cytok-ines, among other things, and create a three-dimensional human tissue, such as Dermagraft®, a tissue-engineered product developed for inter alia the treatment of diabetic foot ulcers (Advanced Tissue Sciences, La Jolla, Calif.); see Naughton, Dermal Equivalents, in Principles of Tissue Engineering, 2d ed., Lanza et al., eds., Academic Press, 2000.

The cultures were fed every 3–4 days with pre-condi-tioned DMEM 2 and the conditioned media was collected, starting after day 10, and either tested immediately or frozen at –20° C. for future testing. To quantitate the concentration of various growth factors and cytokines in one preparation of conditioned media, immunoassays were performed using the appropriate commercially available human growth factor ELISA kits (Quantikine® Immunoassays, R & D Systems, Minneapolis, Minn.). Pre-conditioned DMEM 2 was assayed in parallel as a negative (background) control. Although the assays were identified as species specific, certain lots of bovine serum showed low levels of cross-reactivity in the TGFβ ELISA. As shown in Table 3, the conditioned media comprised at least six culture-derived growth factors.

18

TABLE 3

Growth Factor and Cytokine Concentrations in
Conditioned Media (background subtracted)

| Growth Factor | Concentration ng/ml |
|---|---|
| VEGF | 3.2 ng/ml |
| G-CSF | 2.3 ng/ml |
| IL-6 | 0.9 ng/ml |
| IL-8 | 3.2 ng/ml |
| KGF | 1.67 ng/ml |
| TGFβ | 0.8 ng/ml |
| EGF | Not Detected |
| FGF | Not Detected |

The skilled artisan will understand that, while these illustrative examples describe DMEM-based pre-condi-tioned media, depending on the cell type being cultured, many other types of cell culture media may be used. Exemplary cell culture media include Minimum Essential Medium Eagle (MEM), Keratinocyte Medium, Melanocyte Medium, Hepaotcyte Medium, Amniocyte Medium, Bone Marrow Medium, Basal Medium Eagle (BME), BGJb Medium (Fitton-Jackson Modification), Iscove's Modified Dulbecco's Medium (IMDM), L-15 Medium (Liebovitz), McCoy's 5A Modified Medium, MCDB Medium, Medium 199, Ham's F-10 Medium, Ham's F-12 Medium, RPMI-1640, Waymouth Medium, and the like; commercially avail-able from, among others, Sigma-Aldrich, Life Technologies-GibcoBRL, or BioWhittaker.

## EXAMPLE 3

### Alternative Three-Dimensional Fibroblast Culture

Passage 8 human dermal fibroblasts were seeded into conventional 1750 cm² corrugated roller bottles (Nalge or Nunc) containing a sterile nylon mesh scaffold (Industrial Fabrics) sitting on or near the inner surface of the roller bottle. The passage 8 fibroblasts were seeded at a density of approximately $4–6 \times 10^7$ cells per roller bottle and cultured in antibiotic-free pre-conditioned media (DMEM (# 078-0521–189, Life Technologies-Gibco), supplemented with 2 mM L-glutamine (Life Technologies), non-essential amino acids (Life Technologies), 56 mg/l L-ascorbic acid (J. T. Baker), and 10% calf serum (HyClone Laboratories)). The roller bottles were incubated at 37° C. in a roller apparatus. The medium in the roller bottles was replaced daily or every other day using the pre-conditioned media described above and the conditioned cell culture media was collected. The VEGF level in the conditioned media was quantitated by ELISA, using the Quantikine human VEGF assay (R & D Systems, Minneapolis, Minn.) according to the manufactur-er's instructions.

The conditioned media was pre-filtered to remove large particulate, such as cell debris using a 3M™ 522 High Performance Liquid Filter Bag (Southcoast) with a 2.5 micron rating to produce "filtered media" (also referred to as 1x conditioned media). For certain applications the filtered media was concentrated in a cross flow hollow fiber ultra-filtration cartridge (Model #UFP-10-C-55A, A/G Technol-ogy Corp., Needham, Mass.) at a flow rate of 25 liters per minute, according to the manufacturer's Operating Guide. The "nutrient solution," (also referred to as 10x conditioned media) concentrated to approximately three to fifteen times the initial concentration, was collected.

US 7,160,726 B2

19

The 1× and 10× conditioned media is used by formulators for preparing compositions comprising cosmetic, cosmeceutical, or pharmaceutical formulations with cosmetically-acceptable, cosmeceutically-acceptable or pharmaceutically-acceptable carriers. The skilled artisan will appreciate that cosmetically-acceptable carriers, cosmeceutically-acceptable carriers and pharmaceutically-acceptable carriers may be the same or different, depending on the intended application of the composition.

The person of skill in the art will understand that although roller bottles are described in this example, any number of bioreactors may be employed with appropriate modifications to the described conditions. The skilled artisan will also understand that any number of methods of processing the conditioned media, for example, but not limited to, chromatography, HPLC, phase separation, spray drying, evaporation, lyophilization, and the like, using methods known in the art.

EXAMPLE 4

Effect of Conditioned Media on Cell Proliferation

To verify that the culture-derived growth factors, such as measured in Example 2, were biologically active, human keratinocytes or fibroblasts were incubated with the conditioned media and their proliferation was measured. Briefly, $5 \times 10^3$ human keratinocytes or human fibroblasts were seeded into wells of a 96-well plate. These cells were fed with either serum-free media, pre-conditioned media, or pre-conditioned media supplemented with 10% (vol/vol) concentrated conditioned medium and incubated for 48 hours. After incubation the cells were freeze lysed and 200 mL of Cyquant dye was added (Molecular Probes, Eugene, Oreg.) and fluorescence was measured in a Cytofluor. EBM controls were used for a baseline. As shown in FIG. 1, in this experiment, the propagation of both keratinocytes and fibroblasts was highest in the conditioned media.

EXAMPLE 5

Antioxidant Effect of Conditioned Media

This example demonstrates the antioxidant activity of conditioned media. Primary epidermal keratinocytes in Keratinocyte SFM (GibcoBRL) are plated at $1 \times 10^5$ cells/$cm^2$ in conventional 12 well tissue culture plates and allowed to incubate overnight in a 37° C., 5% $CO_2$ incubator. The next day the media is replaced with fresh Keratinocyte SFM, DMEM 1, or DMEM 1 supplemented with conditioned media. The plates are returned to the incubator and cultured for 10 days. Cells are washed once in PBS, then dihydrorhodamine 123 (Molecular Probes, Eugene Oreg.) is added to a final concentration of 1 uM using a 1 mM stock solution in DMSO. Dihydrorhodamine 123 intercalates in cell membranes in a non-fluorescent form. When oxidized, this dye is converted to the fluorescent rhodamine derivative. The mean fluorescence is thus a measure of the total intracellular oxidative state. See, Handbook of Fluorescent Probes and Research Products, 8th ed., Chapter 19, Molecular Probes, Eugene, Oreg.; Royall et al., Arch. Biochem. Biophys. 302:348–55 (1993).

Cells are incubated for an additional 30 minutes in the incubator, then trypsinized and fixed in 2-paraformaldehyde. Fluorescence intensity is measured on a FACScan (Becton-Dickinson). In this experiment, cells grown in conditioned media have a significantly lower intracellular oxidation level

20

compared to cells grown in either the pre-conditioned or the serum-free medium (see FIG. 2).

EXAMPLE 6

HPLC Analysis of Antioxidants in the Conditioned Media

To quantify specific antioxidants present in the cultured media, aliquots of filtered media from Example 3 were analyzed using an HPLC electrochemical detection system (Coularray Detection System, ESA Inc). The electrochemical detector was set in series with a UV detector for 2-dimensional characterization of compounds and metabolites (Roy et al., Simultaneous Detection of Tocopherols and Tocotrienols in Biological Samples Using HPLC-Coulometric Electrode Array. Meth. Enzymol., 2001 (in press)).

a. Vitamin E (α-Tocopherol and γ-Tocopherol)

Phosphate buffered saline containing 1 mM $Na_2$EDTA, BHT (10 mg/ml) and SDS was added to the sample. The mixture was vigorousy vortexed for 15 min at 4° C. and ethanol was added. Vitamin E was extracted in hexane. Hexane phase was collected and dried under nitrogen. Samples were re-dissolved in vitamin E mobile phase and injected to the HPLC system. Authentic compounds were used to generate standard curves, as described (Sen et al., Molecular basis of vitamin E action. Tocotrienol potently inhibits glutamate-induced pp60(c-Src) kinase activation and death of HT4 neuronal cells. J Biol. Chem. 2000 Apr. 28;275(17):13049–55; Roy et al., Simultaneous Detection of Tocopherols and Tocotrienols in Biological Samples Using HPLC-Coulometric Electrode Array. Meth. Enzymol. 2001 (in press)). As shown in FIG. 3A, this filtered media preparation comprised 1.62 μM α-tocopherol and 0.06 μM γ-tocopherol.

b. Glutathione

Glutathione (GSH) was extracted from acidified samples and a C-18 column (150 mm×4.6 mm, 5 μm pore size; Alltech, Deerfield, Ill.) was used for GSH separation. HPLC was performed as described (Sen et al., Molecular basis of vitamin E action. Tocotrienol potently inhibits glutamate-induced pp60(c-Src) kinase activation and death of HT4 neuronal cells. J. Biol. Chem. 2000 Apr. 28;275(17):13049–55). As shown in FIG. 3B, this filtered media preparation contained 3.36 nM GSH.

c. Cysteine and Cystine

The samples were acidified using 8% m-phosphoric acid and the proteins were precipitated by centrifugation. Resultant extracts were filtered and injected into the HPLC instrument. For detection of cystine (oxidized-form), the samples were first treated with 2-mercaptoethanol for 10 min at room temperature followed by acid extraction with 8% m-phosphoric acid, as described above. HPLC conditions were similar to those of glutathione except for the mobile phase, the composition was 50 mM sodium phosphate (pH 3.0). As shown in FIGS. 3C and D, respectively, this filtered media preparation comprised 10.64 μM cysteine (reduced form) and 112.1 μM cysteine plus cystine.

Collectively these results demonstrate that the conditioned media comprises culture-derived antioxidants. HPLC testing for additional antioxidants, such as ubiquinone, ubiquinol, superoxide dismutase, catalase, glutathione peroxidase, and the like can be performed using the same or similar methodology. Alternatively, antioxidant enzyme activity can be determined using appropriate enzyme assays, as known in the art.

US 7,160,726 B2

<table>
<tr><td>21</td><td>22</td></tr>
</table>

EXAMPLE 7

Effect of Conditioned Media on Collagen Deposition

This example demonstrates the effect of conditioned media on the deposition of extracellular matrix components by fibroblast in three-dimensional cell cultures. Collagen type I pro-peptide (also known as collagen type I telopeptide) was used as an indicator of collagen type I, itself an indicator of extracellular matrix component production. Conditioned media was obtained from the end-term media change in the Dermagraft® process (approximately 2 weeks) and concentrated by ultrafiltration in a concentrator (Amicon, Beverley, Mass.) under nitrogen pressure. When volume of the conditioned media was concentrated to about one-tenth of the original volume, the concentrated conditioned media was collected. Human dermal fibroblasts in DMEM 1 were seeded into wells of a 96-well tissue culture plate at $5 \times 10^3$ cells/well and placed in a 37° C., 5% $CO_2$ incubator for approximately 48 hours. The media was replaced with either DMEM 1 or DMEM 1 supplemented with 10% concentrated conditioned media so that the final concentration of the conditioned media was approximately 1x. The plate was returned to the incubator for approximately 24 hours. The supernatant was collected from each well and tested for the presence of collagen type I pro-peptide using a commercially available collagen type I pro-peptide ELISA according to the manufacturer's instructions (Takara Biomedicals, Japan).

As shown in FIG. 4, in this experiment a statistically significant (p=0.05) increase in collagen deposition was observed in cultures maintained in conditioned medium compared to cultures maintained in the pre-conditioned medium. The skilled artisan will appreciate that enhanced in vivo deposition of extracellular matrix components such as collagen would be important for, among other things, the topical treatment of wrinkles and contour defects.

EXAMPLE 8

Conditioned Serum-free or Non-human Animal Product-free Media

This prophetic example illustrates the adaptation of human dermal fibroblast cultures grown in an exemplary serum-containing pre-conditioned DMEM media to pre-conditioned UltraCULTURE™ serum-free media using conventional technology. See, e.g., BioWhittaker 1999/2000 Catalog at pages 42–45. UltraCULTURE™ (BioWhittaker Cat. No. 12-725F) media is supplemented with L-glutamine (Cat. No.17-605) according to the manufacturer's instructions (pre-conditioned UltraCULTURE™ serum-free media).

Monolayer cultures of human dermal fibroblasts are prepared as described in Example 1 above, using pre-conditioned DMEM cell culture media (high-glucose Dulbecco's Modified Eagle's Media (DMEM; GibcoBRL, Grand Island, N.Y.) supplemented with 10% bovine calf serum (Hyclone Laboratories, Logan, Utah), nonessential amino acids (GibcoBRL), and 100 U/ml penecillin-streptomycin-250 ng/ml amphoterecin B (GibcoBRL). The cells are passaged, and split 1:2 using pre-conditioned UltraCULTURE™ serum-free media as the diluent. The cells are plated and incubated in a 37° C., 5% $CO_2$ incubator until maximum cell density is achieved, feeding with pre-conditioned UltraCULTURE™ serum-free media as necessary.

If the cells do not show at least 85% viability, they are passaged at a 1:2 ratio using pre-conditioned UltraCULTURE™ serum-free media supplemented with 0.5% bovine calf serum (HyClone Laboratories) for one passage. For each successive passage the amount of calf serum is decreased by 0.1% so that after five passages, the pre-conditioned UltraCULTURE™ serum-free media contains no serum. At this point the fibroblasts can be propagated in three-dimensional culture, as described in Examples 2 or 3, with the exception that the cells are maintained in pre-conditioned UltraCULTURE™ serum-free media, supplemented with ascorbic acid as appropriate. Conditioned serum-free media is collected at suitable intervals.

If the fibroblast monolayer culture does not successfully adapt to growth in pre-conditioned UltraCULTURE™ serum-free media, an alternate weaning process is used. Cells are passaged as described, centrifuged for 5 minutes at 350×g and resuspended in pre-conditioned UltraCULTURE™ serum-free media containing 5% bovine calf serum (Hyclone), split 1:2 and replated. At the next passage, the cell pellet is resuspended in pre-conditioned UltraCULTURE™ serum-free media containing 2% calf serum, split and plated, as described. On the next five passages, the pellet is resuspended and plated in pre-conditioned UltraCULTURE™ serum-free media containing 2%, then 1%, then 0.5%, then 0.1%, and finally 0% calf serum. At this point the fibroblasts can be propagated in three-dimensional culture, as described in Examples 2 or 3, with the exception that the cells are maintained in pre-conditioned UltraCULTURE™ serum-free media. Conditioned media is collected as appropriate.

UltraCULTURE™ serum-free media was selected for this prophetic example because, among other things, it is a DMEM-based medium and has been shown to support the growth of a number of human cell lines, including the HuS-1• AT skin cell line. See BioWhittaker 1999/2000 catalog at pages 46–47. The skilled artisan will appreciate, however, that a number of serum-free and animal product-free media are also reasonably likely to support the growth of various human cells and that such media can be routinely evaluated without undue experimentation.

While this prophetic example describes the adaptation of human dermal fibroblasts grown in an exemplary pre-conditioned DMEM cell culture medium to an exemplary pre-conditioned serum-free cell culture media, the skilled artisan will understand that the same procedure could be used to adapt a variety of cultured cells, in either serum-containing or serum-free medium, to growth in pre-conditioned animal product-free medium. Following adaptation to growth in animal product-free medium, such cells can be propagated in three-dimensional culture, as described, and conditioned non-human animal product-free medium collected as appropriate.

EXAMPLE 9

Enhancement of Expression of KGF

This example demonstrates the induction of keratinocyte growth factor (KGF) secretion by human dermal fibroblasts in a three-dimensional culture under appropriate conditions. Pieces of Dermagraft®, approximately 11 mm×11 mm, were placed in wells of a 24-well tissue culture plate. The cells were maintained in a 37° C., 5% $CO_2$ incubator and fed either DMEM2 or DMEM2 supplemented with interleukin-1-alpha (IL-1α) at a concentration of 1 ng/ml. Conditioned media was collected every 24 hours. The concentration of

US 7,160,726 B2

23

KGF in the conditioned media was determined using a human KGF immunoassay (Quantikine, R & D Systems) according to the manufacturer's instructions. The results, shown in FIG. 5, demonstrate that the level of KGF present in the conditioned media from Dermagraft® samples in the presence of IL-1α is, in this experiment, approximately four times greater than in the absence of IL-1α. Thus, in this experiment, KGF expression by human dermal fibroblasts in three-dimensional culture was enhanced by IL-1α.

EXAMPLE 10

Enhancement of Expression of VEGF

This example demonstrates that the expression of VEGF by human dermal fibroblasts in three-dimensional cultures may be enhanced under appropriate conditions. Three-dimensional human dermal fibroblast cultures were fed with either pre-conditioned DMEM 2 or pre-conditioned DMEM 2 supplemented with 0.5, 1, 2, 4, or 8 nM PDGF AB (combined A chain and B chain). After incubation for 48 hours at 37° C., the conditioned cell culture media was removed and typically tested the day of collection. The quantity of VEGF present in the six conditioned media samples (0, 0.5, 1, 2, 4, and 8 nM PDGF) was measured using the Quantikine human VEGF immunoassay kit (Cat. No. DVE00, R & D Systems) according to the manufacturer's instructions. As shown in FIG. 6, the presence of increasing quantities of PDGF in the pre-conditioned media resulted in an increase in VEGF secretion. In this experiment, three-dimensional cultures in the absence of exogenous PDGF produced approximately 1.3 ng/ml of VEGF, while parallel cultures in media comprising up to 8 nM PDGF, produced up to approximately 6 ng/ml of VEGF. These results demonstrate that the level of VEGF secretion can be enhanced in the presence nanomolar or even subnanomolar concentrations of PDGF.

EXAMPLE 11

Comparison of VEGF Secretion by Culture Conditions

To evaluate the effect of culture conditions on VEGF secretion, human dermal fibroblasts were grown in parallel in: a) monolayer culture, b) three-dimensional collagen gel culture, c) three-dimensional contracted collagen gel culture, and d) on a three-dimensional scaffold. For monolayer cultures, $3 \times 10^6$ passage 8 human dermal fibroblasts were seeded in 100 mm tissue culture dishes. The three-dimensional scaffold comprised a 5.5×5.5 cm silastic-backed knitted nylon mesh (Biobrane®, Dow Hickum) that was pre-soaked in fetal bovine serum. Following pretreatment, the scaffold was placed in a 100 mm tissue culture dish and $3 \times 10^6$ passage 8 human dermal fibroblasts were seeded onto the scaffold ("scaffold-based"). The cells were placed in 37° C., 5% $CO_2$ incubator and the cells were fed DMEM supplemented with 10% bovine calf serum, 2 mM L-glutamine, 50 µg/ml ascorbate-phosphate, and 10 U/ml penicillin-streptomycin.

The two collagen gel cultures were prepared by suspending $3 \times 10^6$ passage 8 human dermal fibroblasts in 10 ml Vitrogen (Collagen Corp.) and the suspension was poured into either conventional 100 mm tissue culture dishes ("stressed gel") or, for the contracted collagen gel culture, 100 mm non-treated culture dishes (Costar) ("contracting gel"). The dishes were placed in 37° C., 5% $CO_2$ incubator

24

and the cells were fed DMEM supplemented with 10% bovine calf serum, 2 mM L-glutamine, 50 µg/ml ascorbate-phosphate, and 10 U/ml penicillin-streptomycin. The collagen rapidly polymerized in the incubator with the fibroblasts in suspension. The collagen polymer in the conventional tissue culture dishes remained in contact with the sides of the dishes. In contrast, the collagen polymer in the non-treated culture dishes contracted, causing the polymer to pull away from the sides of the culture dish.

The cultures were fed with fresh pre-conditioned media every three to four days. Conditioned media was collected from each of the four culture systems after approximately two weeks and analyzed. The amount of human VEGF produced by each of the four cultures was determined using the Quantikine human VEGF immunoassay (R & D Systems) following the manufacturer's instructions. The results were standardized based on the nanograms of VEGF secreted per $10^6$ cells per day. As shown in FIG. 7, in this experiment, the monolayer culture secreted less than 1 ng VEGF/$10^6$ cells/day, and the stressed collagen gel and contracting collagen gel cultures secreted approximately 1.5 ng VEGF/$10^6$ cells/day and 0.5 ng VEGF/$10^6$ cells/day, respectively. The scaffold-based culture, by comparison, secreted more than 4.0 ng VEGF/$10^6$ cells/day.

EXAMPLE 12

Conditioned Media Safety Study

To evaluate the safety of the conditioned media for use in cosmeceutical compositions, nutrient solution was applied topically to human patients and the appearance of cutaneous irritation after successive and continuous exposure under normal and abraided conditions was determined.

Nutrient solution was tested for primary and cumulative irritation on normal, human, adult, forearm skin using standard cosmetic safety protocols. Two hundred microliters of either control or nutrient solution was applied to a 3.8 cm² occluded patch (Webril non-woven cotton pad) on the upper forearm. The patch was held in place with a 3M® hypoallergenic tape. The primary irritation study involved 15 subjects (13 females and two males, 28–77 years of age). Nutrient solution was applied in two 24 hour intervals to the occluded patches on normal and abraided (tape stripped five times using Transpore tape to remove outer layers of the stratum corneum) skin on the subject's upper forearm of. The cumulative irritation study involved 31 subjects (21 females and 10 males, 20–65 years of age). One subject withdrew due to tape irritation and one due to personal reasons. Twenty-nine subjects, 19 females and 10 males completed the study. Nutrient solution was on the upper forearm in 14, consecutive, 24 hour applications. Gross observations were graded for glazing, peeling, scabbing, fissuring, hyperpigmentation and hypopigmentation. Irritation was scored visually using a 5 point scale and graded numerically for erythema, edema, papules, vesicles, bulla reactions, weeping, spreading, and induration. As determined by licensed health care professionals, no adverse events were induced by the nutrient solution or control in these studies.

EXAMPLE 13

Conditioned Media Efficacy Study

To assess the cosmeceutical effect of nutrient solution on the histology of normal and photodamaged human skin, an occlusive patch test was conducted, essentially as described

25
26

in Example 12. An occluded patch with nutrient solution was applied daily to the forearm of each of 6 female subjects (37–46 years of age) from Monday through Friday with examination on Saturday. Three subjects received patches for 5 days and 3 subjects for 12 days. Punch biopsies (2 mm) were taken on the day after the last patch. The biopsies were fixed in 10% formalin, embedded in paraffin and 4 micron sections cut and stained with H&E, tri-chrome for collagen, Verhoeff Van Grieson stain for elastin. Irritation was scored as in the safety studies. No significant irritation was observed in the subjects. Upon histological examination of the stained sections at a magnification of 100x and 250x, no difference in cell architecture was seen between the nutrient solution and the control. A progressive increase in epidermal thickening and fibroblast and nuclei was seen from 0 to 2 to 4 weeks. By week 4, the average epidermal thickness increased by 22% and dermal fibroblast nuclei increased by 38%.

EXAMPLE 14

Clinical Evaluation of Three-Dimensional Culture (Dermagraft®) Conditioned Media

Conditioned cell culture media was obtained from a preparation of Dermagraft® (Advanced Tissue Sciences, La Jolla, Calif.), a tissue-engineered product comprising human dermal fibroblasts grown on a three-dimensional framework. The conditioned media was applied twice daily to the forearms of six human subjects. Biopsies were obtained at days 0, 14 and 28 of the study and examined histologically using conventional methods. The forearm biopsy material showed an increase in collagen type I (++), collagen type III (+++), hyaluronic acid (+++), and elastin (++) at day 28, compared to biopsy material collected at day 0. A progressive increase in epidermal thickening and fibroblast nuclei was also observed histologically over the four week study interval.

EXAMPLE 15

Generation of Transport-Enhanced Growth Factors

This prophetic example describes the generation of transport-enhanced growth factors using conventional molecular biology techniques. See, e.g., Ausbel et al., Sambrook and Russell, and Sambrook et al. A gene fragment encoding a growth factor, such as any of the growth factors identified on Table 3, is fused with a gene fragment encoding a transport peptide, for example, but not limited to, one of the transport peptide sequences shown in Table 1 (SEQ ID NO:1–SEQ ID NO:19). Typically, the gene fragment encoding the transport peptide is fused upstream of the gene fragment encoding the growth factor, such that the transport peptide is at the amino terminus of the transport-enhanced growth factor. For example, a fused gene fragment is generated using conventional molecular biology techniques, such as by ligating a DNA sequence encoding SEQ ID NO:3 with a DNA sequence encoding VEGF. The nucleotide sequence of VEGF is known in the art. Thus, an exemplary DNA sequence encoding the SEQ ID NO:3 transport peptide: CGUAAAAMCGUCGUCAACGUCGUCGU (SEQ ID NO:20) is ligated to the DNA sequence encoding VEGF. Due to the redundancy of the DNA code, the skilled artisan will understand that many alternate sequences encode the transport peptide and the amino acid sequence of VEGF. For example, one of many alternate sequence encoding the SEQ

ID NO:3 transport peptide is CGCAAAAMCGCCGC-CAACGCCGCCGC (SEQ ID NO:21). Thus, the skilled artisan understands that typically, any nucleic acid sequence that encodes the amino, acid sequence of the desired transport peptide can be fused with any nucleic acid sequence that encodes the amino acid sequence of the desired growth factor to yield the transport-enhanced growth factor fused gene fragment.

The transport-enhanced growth factor fused gene fragment is then inserted into an appropriate expression vector for expression in the desired host cell, typically human cells such as fibroblasts, keratinocytes, chondrocytes, smooth muscle cells, and the like, using conventional molecular biology techniques. The expression vector will typically comprise a 5' flanking sequence and other appropriate regulatory elements as well as an enhancer(s), a transcriptional termination element, optionally, a complete intron sequence containing a donor and acceptor splice site, a signal peptide sequence if necessary, a ribosome binding site element, a polyadenylation sequence, and a selectable marker.

The transport-enhanced growth factor expression vector is then used to tranfect, for example, but not limited to, human dermal fibroblasts, using conventional molecular biology techniques such as, for example, calcium phosphate co-precipitation or electroporation. Transformed cells comprising the transport-enhanced growth factor expression vector are selected, using conventional molecular biology techniques, and the cells expanded in monolayer culture. The monolayer cells may then be used to seed three-dimensional cultures, such as those describe above. Media conditioned using such three-dimensional cultures should comprise the desired transport-enhanced growth factor, hence transport-enhanced VEGF.

The skilled artisan understands that while this example describes the formation of a transport-enhanced growth factor gene fragment using the HIV-1 Tat transduction domain (SEQ ID NO:3) and VEGF, any number of combinations of nucleic acid sequence encoding desired growth factors can be fused with any number of nucleic acid sequences encoding any of the transport peptides shown in Table 1 to generate a transport-enhanced growth factor gene fragment without undue experimentation.

EXAMPLE 16

Generation of Transport-Enhanced Antioxidants

This prophetic example describes the generation of transport-enhanced antioxidants using conventional molecular biology techniques. See, e.g., Ausbel et al., Sambrook and Russell, and Sambrook et al. A gene fragment encoding an antioxidant is fused with a gene fragment encoding a transport peptide. Typically, the gene fragment encoding the transport peptide is fused upstream of the gene fragment encoding the antioxidant, such that the transport peptide is at or near the amino terminus of the transport-enhanced antioxidant.

For example, a gene fragment encoding an antioxidant, such as glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, or ascorbic acid, is fused with a gene fragment encoding a transport peptide, for example, but not limited to, one of the transport peptide sequences shown in Table 1 (SEQ ID NO:1–SEQ ID NO:19). Typically, the gene fragment encoding the transport peptide is fused upstream of the gene fragment encoding the antioxidant, such that the trans-

US 7,160,726 B2

27                                                          28

port peptide is at the amino terminus of the transport-enhanced antioxidant. For example, a fused gene fragment is generated using conventional molecular biology techniques, such as by ligating a DNA sequence encoding SEQ ID NO:18 with a DNA encoding glutathione, the nucleotide sequence of which is readily available in the art. Thus, an exemplary DNA sequence encoding the SEQ ID NO:18 transport peptide: AGAAGAAGMGAAGAAGA (SEQ ID NO:22) is ligated to the DNA sequence encoding glutathione (γ-glutamylcysteinylglycine), for example, CAAUGUGGU (SEQ ID NO:23). Due to the redundancy of the DNA code, the skilled artisan will understand that many alternate sequences encode the transport peptide and the amino acid sequence of glutathione. For example, one of several alternate sequence encoding for glutathione is CAAUGUGGC (SEQ ID NO:24). Thus, the skilled artisan understands that typically, any nucleic acid sequence that encodes the amino acid sequence of the desired transport peptide can be fused with any nucleic acid sequence that encodes the amino acid sequence of the desired antioxidant to yield the transport-enhanced antioxidant fused gene fragment.

The transport-enhanced antioxidant fused gene fragment is then inserted into an appropriate expression vector for expression in the desired host cell, typically human cells such as fibroblasts, keratinocytes, chondrocytes, smooth muscle cells, and the like, using conventional molecular biology techniques. The expression vector will typically comprise a 5' flanking sequence and other appropriate regulatory elements as well as an enhancer(s), a transcriptional termination element, optionally, a complete intron sequence containing a donor and acceptor splice site, a signal peptide sequence if necessary, a ribosome binding site element, a polyadenylation sequence, and a selectable marker.

The transport-enhanced antioxidant expression vector is then used to tranfect, for example, but not limited to, human dermal fibroblasts, using conventional molecular biology techniques such as, for example, calcium phosphate coprecipitation or electroporation. Stably transformed cells comprising the transport-enhanced growth factor expression vector are selected, using conventional molecular biology techniques, and the cells expanded in monolayer culture. The monolayer cells may then be used to seed three-dimensional cultures, such as those describe above. Media conditioned using such three-dimensional cultures should comprise the desired transport-enhanced antioxidant, here transport-enhanced glutathione.

The skilled artisan understands that while this example describes the formation of a transport-enhanced antioxidant gene fragment using the R$_6$ sequence (SEQ ID NO:18) and glutathione, any number of combinations of nucleic acid sequence encoding desired antioxidants can be fused with any number of nucleic acid sequences encoding any of the transport peptides shown in Table 1 to generate a transport-enhanced antioxidant gene fragment without undue experimentation.

Methods such as described in Examples 15 and 16 can also be used to generate transport-enhanced extracellular matrix components, which are also within the scope of the invention.

Although the invention has been described with reference to various applications, methods, and compositions, it will be appreciated that various changes and modifications may be made without departing from the scope of the invention.

---

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 24

<210> SEQ ID NO 1
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Drosophila melanogaster

<400> SEQUENCE: 1

Arg Gln Ile Lys Ile Trp Phe Gln Asn Arg Arg Met Lys Trp Lys Lys
1               5                   10                  15


<210> SEQ ID NO 2
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Drosophila melanogaster

<400> SEQUENCE: 2

Arg Gln Ile Lys Ile Trp Phe Pro Asn Arg Arg Met Lys Trp Lys Lys
1               5                   10                  15


<210> SEQ ID NO 3
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 1

<400> SEQUENCE: 3

Arg Lys Lys Arg Arg Gln Arg Arg Arg
1               5

US 7,160,726 B2

29                                                         30

–continued

<210> SEQ ID NO 4
<211> LENGTH: 27
<212> TYPE: PRT
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: derived from galanin and mastoparan

<400> SEQUENCE: 4

Gly Trp Thr Leu Asn Ser Ala Gly Tyr Leu Leu Gly Lys Ile Asn Leu
1               5                   10                  15

Lys Ala Leu Ala Ala Leu Ala Lys Lys Ile Leu
        20                  25


<210> SEQ ID NO 5
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 1

<400> SEQUENCE: 5

Thr Arg Gln Ala Arg Arg Asn Arg Arg Arg Trp Arg Glu Arg Gln
1               5                   10                  15

Arg


<210> SEQ ID NO 6
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 1

<400> SEQUENCE: 6

Arg Arg Arg Arg Asn Arg Thr Arg Arg Asn Arg Arg Arg Val Arg
1               5                   10                  15


<210> SEQ ID NO 7
<211> LENGTH: 19
<212> TYPE: PRT
<213> ORGANISM: Brome mosaic virus

<400> SEQUENCE: 7

Lys Met Thr Arg Ala Gln Arg Arg Ala Ala Ala Arg Arg Asn Arg Trp
1               5                   10                  15

Thr Ala Arg


<210> SEQ ID NO 8
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 2

<400> SEQUENCE: 8

Thr Arg Arg Gln Arg Thr Arg Arg Ala Arg Arg Asn Arg
1               5                   10


<210> SEQ ID NO 9
<211> LENGTH: 19
<212> TYPE: PRT
<213> ORGANISM: Cowpea chlorotic mottle virus

<400> SEQUENCE: 9

Lys Leu Thr Arg Ala Gln Arg Arg Ala Ala Ala Arg Lys Asn Lys Arg
1               5                   10                  15

Asn Thr Arg


<210> SEQ ID NO 10

31                                                          32

-continued

```
<211> LENGTH: 17
<212> TYPE: PRT
<213> ORGANISM: Bacteriophage lambda

<400> SEQUENCE: 10

Asn Ala Lys Thr Arg Arg His Glu Arg Arg Arg Lys Leu Ala Ile Glu
1               5                   10                  15

Arg


<210> SEQ ID NO 11
<211> LENGTH: 22
<212> TYPE: PRT
<213> ORGANISM: Bacteriophage lambda

<400> SEQUENCE: 11

Met Asp Ala Gln Thr Arg Arg Arg Glu Arg Arg Ala Glu Lys Gln Ala
1               5                   10                  15

Gln Trp Lys Ala Ala Asn
            20


<210> SEQ ID NO 12
<211> LENGTH: 18
<212> TYPE: PRT
<213> ORGANISM: Bacteriophage phi-21

<400> SEQUENCE: 12

Thr Ala Lys Thr Arg Tyr Lys Ala Arg Arg Ala Glu Leu Ile Ala Glu
1               5                   10                  15

Arg Arg


<210> SEQ ID NO 13
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 13

Thr Arg Arg Asn Lys Arg Asn Arg Lys Gln Glu Gln Leu Asn Leu Lys
1               5                   10                  15


<210> SEQ ID NO 14
<211> LENGTH: 26
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 14

Lys Arg Arg Ile Arg Arg Glu Arg Gln Lys Met Ala Ala Ala Lys Ser
1               5                   10                  15

Arg Asn Arg Arg Arg Glu Leu Thr Asp Thr
            20                  25


<210> SEQ ID NO 15
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 1

<400> SEQUENCE: 15

Gly Arg Lys Lys Arg Arg Gln Arg Arg Arg Pro Pro Gln
1               5                   10


<210> SEQ ID NO 16
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Human immunodeficiency virus type 1
```

US 7,160,726 B2

33                                                                      34

–continued

```
<400> SEQUENCE: 16

Gly Arg Arg Arg Arg Arg Arg Arg Arg Pro Pro Gln
1               5                   10


<210> SEQ ID NO 17
<211> LENGTH: 28
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 17

Arg Ile Lys Ala Glu Arg Lys Arg Met Arg Asn Arg Ile Ala Ala Ser
1               5                   10                  15

Lys Ser Arg Lys Arg Lys Leu Glu Arg Ile Ala Arg
            20                  25


<210> SEQ ID NO 18
<211> LENGTH: 6
<212> TYPE: PRT
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: completely synthesized

<400> SEQUENCE: 18

Arg Arg Arg Arg Arg Arg
1               5


<210> SEQ ID NO 19
<211> LENGTH: 22
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 19

Lys Arg Ala Arg Asn Thr Glu Ala Ala Arg Arg Ser Arg Ala Arg Lys
1               5                   10                  15

Leu Gln Arg Met Lys Gln
            20


<210> SEQ ID NO 20
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: exemplary sequence encoding SEQ ID NO:3

<400> SEQUENCE: 20

cguaaaaaac gucgucaacg ucgucgu                                      27


<210> SEQ ID NO 21
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: exemplary sequence encoding SEQ ID NO:3

<400> SEQUENCE: 21

cgcaaaaaac gccgccaacg ccgccgc                                      27


<210> SEQ ID NO 22
<211> LENGTH: 18
<212> TYPE: RNA
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: exemplary sequence encoding SEQ ID NO:18
```

US 7,160,726 B2

35                                                          36

-continued

```
<400> SEQUENCE: 22

agaagaagaa gaagaaga                                    18


<210> SEQ ID NO 23
<211> LENGTH: 9
<212> TYPE: RNA
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: exemplary sequence encoding glutathione
                        (gamma-glutamylcysteinylglycine)


<400> SEQUENCE: 23

caauguggu                                               9


<210> SEQ ID NO 24
<211> LENGTH: 9
<212> TYPE: RNA
<213> ORGANISM: Artificial
<220> FEATURE:
<223> OTHER INFORMATION: exemplary sequence encoding glutathione
                        (gamma-glutamylcysteinylglycine)


<400> SEQUENCE: 24

caauguggc                                               9
```

What is claimed is:

1. A composition comprising: conditioned cell culture media, or an extract thereof, comprising at least one culture-derived growth factor, wherein the at least one growth factor comprises at least one of vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, and IL-8; at least one culture-derived antioxidant, wherein the at least one antioxidant comprises at least one of glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, and cystine; and at least one culture-derived soluble collagen; and an appropriate carrier, and wherein the cell culture media is conditioned by human fibroblasts in three-dimensional culture.

2. The composition of claim 1, wherein the at least one growth factor comprises a genetically-engineered growth factor.

3. The composition of claim 2, wherein the genetically-engineered growth factor comprises at least one transport-enhanced growth factor.

4. The composition of claim 1, wherein the at least one antioxidant comprises at least one genetically-engineered antioxidant.

5. The composition of claim 4, wherein the at least one genetically-engineered antioxidant comprises at least one transport-enhanced antioxidant.

6. The composition of claim 1, wherein the appropriate carrier is a pharmaceutically-acceptable carrier.

7. The composition of claim 1, wherein the appropriate carrier is a cosmetically-acceptable carrier.

8. The composition of claim 1, wherein the appropriate carrier is a cosmeceutically-acceptable carrier.

9. The composition of claim 1 wherein the three-dimensional culture comprises a framework, a collagen matrix, a gelatin matrix, or a gel matrix.

10. The composition of claim 9, wherein the three-dimensional culture comprises a framework or a contracted collagen gel matrix.

11. The composition of claim 9, wherein the three-dimensional culture comprises a framework.

12. The composition of claim 1, wherein the composition is substantially free from phenol red.

13. The composition of claim 1, wherein the composition is substantially free from components of bovine-origin.

14. The composition of claim 1, wherein the composition is substantially free from non-human animal products.

15. The composition of claim 1, wherein at the least one growth factor comprises a genetically-engineered growth factor.

16. The composition of claim 15, wherein the genetically-engineered growth factor comprises at least one transport-enhanced growth factor.

17. The composition of claim 16, wherein the at least one transport-enhanced growth factor comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

18. The composition of claim 16, wherein the at least one antioxidant comprises at least one genetically-engineered antioxidant.

19. The composition of claim 18, wherein the at least one genetically-engineered antioxidant comprises at least one transport-enhanced antioxidant.

20. The composition of claim 19, wherein the at least one transport-enhanced antioxidant comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

US 7,160,726 B2

37

38

21. A cosmeceutical composition comprising: cell culture media or an extract thereof, conditioned by incubation with a three-dimensional cell culture, wherein the conditioned media or extract comprises at least one culture-derived growth factor, the at least one growth factor comprising at least one of: vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, and IL-8; and at least one culture-derived antioxidant, the at least one antioxidant comprising at least one of: glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, and cystine; and a cosmeceutically-acceptable carrier, and wherein the cell culture media is conditioned by human fibroblasts in three-dimensional culture.

22. The composition of claim 21, wherein at least one growth factor comprises a genetically-engineered growth factor.

23. The composition of claim 22, wherein the genetically-engineered growth factor comprises at least one transport-enhanced growth factor.

24. The composition of claim 23, wherein the at least one transport-enhanced growth factor comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

25. The composition of claim 21, wherein the at least one antioxidant comprises at least one genetically-engineered antioxidant.

26. The composition of claim 25, wherein the at least one genetically-engineered antioxidant comprises at least one transport-enhanced antioxidant.

27. The composition of claim 26, wherein the at least one transport-enhanced antioxidant comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

28. The composition of claim 21, wherein said at least one growth factor comprises KGF.

29. The composition of claim 28, wherein the three-dimensional fibroblast culture is treated with an amount of IL-1α a sufficient to enhance the expression of KGF.

30. The composition of claim 21, wherein the three-dimensional fibroblast culture is treated with an amount of PDGF sufficient to enhance the expression of VEGF.

31. The composition of claim 21, wherein the composition is substantially free from phenol red.

32. The composition of claim 21, wherein the composition is substantially free from components of bovine-origin.

33. The composition of claim 21, wherein the composition is substantially free from non-human animal products.

34. The composition of claim 21, wherein the three-dimensional culture comprises a framework, a collagen matrix, a gelatin matrix, or a gel matrix.

35. The composition of claim 34, wherein the three-dimensional culture comprises a framework or a contracted collagen gel matrix.

36. The composition of claim 35, wherein the three-dimensional culture comprises a framework.

37. The composition of claim 21, further comprising at least one culture-derived soluble collagen.

38. A method for preparing a cosmeceutical composition comprising: combining a pre-conditioned medium with a three-dimensional cell culture under appropriate conditions to generate a conditioned medium comprising at least one culture-derived growth factor, the at least one growth factor comprising at least one of: vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, and IL-8; and at least one culture-derived antioxidant, the at least one antioxidant comprising at least one of: glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, and cystine; and combining the conditioned medium with a cosmeceutically-acceptable carrier to form a cosmeceutical composition, wherein the cell culture media is conditioned by human fibroblasts in three-dimensional culture, and wherein the at least one growth factor comprises at least one genetically-engineered transport-enhanced growth factor and/or the at least one antioxidant comprises at least one genetically-engineered transport-enhanced antioxidant.

39. A method for preparing a composition comprising: combining a pre-conditioned medium with a three-dimensional cell culture under appropriate conditions to generate a conditioned medium comprising at least one culture-derived growth factor, the at least one growth factor comprising at least one of: vascular endothelial growth factor (VEGF), transforming growth factor beta (TGFβ), hepatocyte growth factor (HGF), keratinocyte growth factor (KGF), interleukin-3 (IL-3), IL-6, and IL-8; and at least one culture-derived antioxidant, the at least one antioxidant comprising at least one of: glutathione, glutathione peroxidase, glutathione reductase, glutathione disulfide, catalase, superoxide dismutase, alpha-tocopherol, gamma-tocopherol, ubiquinol-9, ubiquinone 9, ascorbic acid, cysteine, and cystine; and combining the conditioned medium with an acceptable carrier to form a composition, wherein the cell culture media is conditioned by human fibroblasts in three-dimensional culture, and wherein the at least one growth factor comprises at least one genetically-engineered transport-enhanced growth factor and/or the at least one antioxidant comprises at least one genetically-engineered transport-enhanced antioxidant.

40. The method of claim 39, wherein the acceptable carrier is a pharmaceutically-acceptable carrier.

41. The method of claims 38 or 39, wherein the three-dimensional culture comprises a framework, a collagen matrix, a gelatin matrix, or a gel matrix.

42. The method of claim 41, wherein the three-dimensional culture comprises a framework or a contracted collagen gel matrix.

43. The method of claims 38 or 39, wherein the composition is substantially-free from phenol red.

44. The method of claims 38 or 39, wherein the composition is substantially-free from components of bovine-origin.

45. The method of claims 38 or 39, wherein the composition is substantially-free from non-human animal products.

46. The method of claim 38 or 39, wherein the at least one transport-enhanced growth factor comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO:11, SEQ ID NO:12, SEQ ID

US 7,160,726 B2

<table>
<tr><td>39</td><td>40</td></tr>
</table>

NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

47. The method of claim 38 or 39, wherein the at least one transport-enhanced antioxidant comprises SEQ ID NO:1, SEQ ID NO:2, SEQ ID NO:3, SEQ ID NO:4, SEQ ID NO:5, SEQ ID NO:6, SEQ ID NO:7, SEQ ID NO:8, SEQ ID NO:9, SEQ ID NO:10, SEQ ID NO: 11; SEQ ID NO:12, SEQ ID

NO:13, SEQ ID NO:14, SEQ ID NO:15, SEQ ID NO:16, SEQ ID NO:17, SEQ ID NO:18, or SEQ ID NO:19.

48. The method of claims 38 or 39, wherein an extract of the conditioned medium is combined with the carrier to form the composition.

\* \* \* \* \*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SKINMEDICA, INC.

**DEFENDANTS**

HISTOGEN INC.; HISTOGEN AESTHETICS LLC; GAIL K. NAUGHTON

'09 JAN 22 AM 11: 33

**(b)** County of Residence of First Listed Plaintiff   CARLSBAD
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

WILSON SONSINI GOODRICH & ROSATI (858) 350-2300
12235 EL CAMINO REAL, SUITE 200, SAN DIEGO CA 92130

Attorneys (If Known)

'09 CV 0122 WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**

☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**

☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §§ 1 et seq.   35:145 for

Brief description of cause:
Patent infringement; trade secret misappropriation; unfair competition

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                    DOCKET NUMBER

DATE
01/22/2009

SIGNATURE OF ATTORNEY OF RECORD
Peter R. Munson (SBN 193216)   *Peter R. Munson*

**FOR OFFICE USE ONLY**

RECEIPT # 159235   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE

JAC 1/22/09

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 159235     — TC**

**January 22, 2009
11:34:58**

**Civ Fil Non-Pris**
USAO #.: 09CV0122
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: 103558

**Total—>   $350.00**

FROM: SKINMEDICA VS HISTOGEN