# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKINMEDIA, INC.,<br><br>                       Plaintiff,<br><br>     v.<br><br>HISTOGEN INC., et al,<br><br>                       Defendants. | CASE NO: 09-CV-122 W (NLS)<br><br>**ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT (DOC. NO. 29.)** |

On May 6, 2009, Plaintiff filed a motion for leave to filed a First Amended Complaint ("FAC") as a matter of course under Fed.R.Civ.P. 15. Although not filed as a joint motion, Plaintiff asserts that Defendants do not oppose this request. (Doc. No. 29 at 2:14–16.) Good cause appearing, the Court **GRANTS** the motion. (Doc. No. 29.) Plaintiff shall file the FAC, a copy of which was attached to this motion, by **May 29, 2009**.

**IT IS SO ORDERED.**

DATED: May 21, 2009

_____
Hon. Thomas J. Whelan
United States District Judge