UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKINMEDICA, INC.,<br><br>             Plaintiff,<br><br>    vs.<br><br>HISTOGEN INC., a Delaware Corporation; HISTOGEN AESTHETICS LLC, a California Limited Liability Company; and GAIL K. NAUGHTON, an individual,<br><br>             Defendants. | CASE NO. 09-CV-122 JLS (RBB)<br><br>**ORDER: (1) GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND (2) REFERRING ALL FURTHER PROCEEDINGS TO MAGISTRATE JUDGE RUBEN BROOKS**<br><br>(ECF No. 380) |

Presently before the Court is the parties' Joint Motion for Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 380.) Also before the Court is the parties' Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. (*See id.*)

Good cause appearing, the Court **GRANTS** the parties' Joint Motion for Dismissal. The above-entitled action—including all claims, counterclaims, and defenses asserted in this case as between the parties—is hereby **DISMISSED WITH PREJUDICE**. As stipulated by the parties, each shall bear its own costs and fees.

Furthermore, pursuant to the parties' Notice, the Court **REFERS** all further

1 | proceedings in this action, including enforcement of the parties' settlement agreement,
2 | to Magistrate Judge Ruben Brooks.
3 |     **IT IS SO ORDERED**.
4 | DATED: February 4, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge